# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 14 PM 12: 13

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.:<br>SECT. L MAG:<br><br>CLASS ACTION<br>COMPLAINT |
| Plaintiffs, | |
| v. | **11-080**<br><br>JURY TRIAL DEMAND |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD.;[ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | SECT. L MAG. 2 |
| Defendants. | |

## PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (VII)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing problematic Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the Taishan entities,[1] who are the manufacturers of the drywall

---

[1] The Taishan entities consist of Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe

(continued...)

1

Fee 350
Process
X Dktd
CtRmDep
Doc. No.

located in plaintiffs' homes.  Subordinate to these national class actions, the identified class

representatives are participating in subclasses asserting claims against each of their distributors,

suppliers, importers, exporters, and brokers (Subclasses 1-55); each of their builders and

developers (Subclasses 56-215); and each of their contractors and installers (Subclasses 216-293)

for whom they have standing (class and subclass members shall be collectively referred to herein

as "Class Members").  Each of the Defendants in this action are liable for damages incurred by

Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply,

marketing, inspecting, installing, or sale of the problematic drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1. Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the

Class Action Fairness Act ("CAFA").  *See* 28 U.S.C. § 1711, *et. seq.*  The Plaintiffs and certain

of the Defendants in these actions are citizens of different states and the amounts in controversy

in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2. For each subclass, the Court has original jurisdiction under CAFA and/or

supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c)

because Plaintiffs and a significant number of the absent class members reside in this jurisdiction

and a substantial amount of the events and occurrences giving rise to these claims occurred in

this District, or a substantial part of the property that is the subject of this action is situated in this

---

[1](...continued)
Dongxin Co., Ltd.; Taian Taishan Plasterboard Co., Ltd. and Qinhuangdao Taishan Building
Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. (collectively
"Taishan").

district.  Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the

June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML").  *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4.  For purposes of clarity, the Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5.  Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized.  For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

6.  Plaintiff, Kenneth Abel is a citizen of Florida and owns real property located at 10400 SW Stephanie Way #5210, Port St. Lucie, Florida 34987.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

7.  Plaintiffs, Eddie and Rose Adams are citizens of Louisiana and together own real property located at 900 Union Avenue, Bogalusa, Louisiana 70427.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

8.  Plaintiffs, Antonio and Jenice Aguilar are citizens of Florida and together own real property located at 208 NW 1st Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9. Plaintiffs, Axas Aleman and Enrique Salazar are citizens of Florida and together own real property located at 376 NE 34th Avenue, Homestead, Florida 33033. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10. Plaintiffs, Henry and Penny Alexander are citizens of Louisiana and together own real property located at 4968 Pauline Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11. Plaintiff, Almeida Properties, LLC owns real property located at 3325 Golden Drive, Apartments A, B, C and D, Chalmette, Louisiana 70043. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

12. Plaintiff, Lana Alonzo is a citizen of Louisiana and owns real property located at 3205 Maureen Lane, Meraux, Louisiana 70075. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

13. Plaintiff, Lucille Alveris is a citizen of Louisiana and owns real property located at 3220 Oak Drive, Violet, Louisiana 70092. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

4

14. Plaintiffs, Antonio and Isabel Amaral are citizens of Maine and together own real property located at 5221 Athens Way, Venice, Florida 34293. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

15. Plaintiff, Rosalie Ambrose is a citizen of Louisiana and owns real property located at 7631 Scottwood Drive, New Orleans, Louisiana 70128. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

16. Plaintiffs, Jason and Heather Ancer are citizens of Florida and together own real property located at 21523 Draycott Way, Land O'Lakes, Florida 34637. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

17. Plaintiffs, Clarence and Constance Anderson are citizens of Louisiana and together own real property located at 4113-4115 Willow Street, New Orleans, Louisiana 70115 and 7510 Dalewood, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

18. Plaintiffs, Rich and Lory Ankiel are citizens of Florida and together own real property located at 126 Sandpiper Circle, Jupiter, Florida 33477. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

19. Plaintiffs, Mike and Nicole Arnold are citizens of Alabama and together own real

5

property located at 9413 Brighton Avenue, Elberta, Alabama 36530. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

20. Plaintiff, Angela Arrington is a citizen of Florida and owns real property located at 2113 Delightful Drive, Ruskin, Florida 33570. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

21. Plaintiffs, Scott and Terri Astrin are citizens of New Jersey and together own real property located at 8600 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

22. Plaintiff, Kenneth Attard is a citizen of Florida and owns real property located at 194 SE 2nd Avenue, Deerfield Beach, Florida 33441. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

23. Plaintiffs, John and Pamela Aubert are citizens of Louisiana and together own real property located at 7400 Mayo Blvd., New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

24. Plaintiffs, Jason and Tara Austin are citizens of Alabama and together own real property located at 403 Dearmanville Drive, Anniston, Alabama 36207. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

25. Plaintiffs, Randy and Carrie Ayers are citizens of Alabama and together own real property located at 2379 Ridgemont Drive, Birmingham, Alabama 35244. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

26. Plaintiffs, Harry and Stephania Azor are citizens of Florida and together own real property located at 12430 SW 50th Street, Unit 105, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

27. Plaintiffs, Charles and Mary Back are citizens of Louisiana and together own real property located at 1215 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

28. Plaintiffs, Ive and Loraine Badon are citizens of Louisiana and together own real property located at 418 S. Salcedo Street, New Orleans, Louisiana 70119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

29. Plaintiff, Delores Bailey is a citizen of Louisiana and owns real property located at 2213 Beachead Lane, Violet, Louisiana 70092. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

30. Plaintiffs, Garry and Lynn Baker are citizens of Ohio and together own real property

located at 2817 NW 4th Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

31. Plaintiffs, Luke and Deborah Banner are citizens of Florida and together own real

property located at 1766 SE North Buttonwood Drive, Port St. Lucie, Florida 34952. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

32. Plaintiff, Tammy Banner is a citizen of Louisiana and owns real property located at

1206 Aycort Street, Arabi, Louisiana 70032. Plaintiff is participating as class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

33. Plaintiffs, Harrison and Regina Baptiste are citizens of Louisiana and together own

real property located at 10831 Harrow Road, New Orleans, Louisiana 70127. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

34. Plaintiff, Gloria Barbarin is a citizen of Louisiana and owns real property located at

5419 Marais Street, New Orleans, Louisiana 70017. Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

35. Plaintiff, David Bargky is a citizen of Louisiana and owns real property located at

2811 Clermont Street, Apartment I, New Orleans, Louisiana 70121. Plaintiff is participating as

class representative in the class and subclasses as set forth in the schedules accompanying this

8

complaint which are incorporated herein by reference.

36.  Plaintiffs, Frances Barisich, Joseph Barisich, George Barisich and Ann Marie Barisich Sever are citizens of Louisiana and together own real property located at 408 Livingston Avenue, Arabi, Louisiana 70032.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

37.  Plaintiff, Arlanda Barnes is a citizen of Florida and owns real property located at 4745/47 28th Street, SW, Lehigh Acres, Florida 33973.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

38.  Plaintiffs, Eugene and Cynthia Bart are citizens of Louisiana and together own real property located at 5531 Rickert Drive, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39.  Plaintiff, Bonnie Bartholomew is a citizen of Louisiana and owns real property located at 2820 Meadow Drive, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

40.  Plaintiffs, Eric and Anne Marie Bartschat are citizens of New York and together own real property located at 7855 Hawthorne Terrace, Unit 1604, Naples, Florida 38113.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

41. Plaintiffs, Frank and Gralina Batiste are citizens of Louisiana and together own real property located at 5632 6th Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

42. Plaintiff, Kevin Batsch is a citizen of Florida and owns real property located at 186 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

43. Plaintiff, Silas Battie is a citizen of Louisiana and owns real property located at 4668 Corrinne Street, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

44. Plaintiff, Mario Bautista is a citizen of Florida and owns real property located at 184 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

45. Plaintiffs, Mavis Baxter, Joseph V. Baxter and Lillian Baxter are citizens of Florida and together own real property located at 17335 35th Place, Loxahatchee, Florida 33470. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

46. Plaintiff, Lidan Bekhos is a citizen of Florida and owns real property located at 14141 Citrus Crest Circle, Tampa, Florida 33625. Plaintiff is participating as class representative

10

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

47.   Plaintiff, Marvaleen Bell is a citizen of Alabama and owns real property located at 4720 Terrace, Birmingham, Alabama 35208.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

48.   Plaintiff, Thomas Bell is a citizen of Alabama and owns real property located at 180 Tessa Circle, Albertville, Alabama 35950.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

49.   Plaintiffs, Scott and Jennifer Belsom are citizens of Louisiana and together own real property located at 2912 Bradbury Drive, Meraux, Louisiana 70075.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

50.   Plaintiff, Mary Anne Benes is a citizen of Florida and owns real property located at 174 SE 2nd Street, Deerfield Beach, Florida 33441.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

51.   Plaintiff, Andrew Bennett is a citizen of Alabama and owns real property located at 100 Jewel Circle, Bessemer, Alabama 35020.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11

52.   Plaintiffs, Lonette Bentley and Kenneth Lowery are citizens of Florida and together own real property located at 4458 Preacher Lane, Jay, Florida 32565.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

53.   Plaintiff, Joseph Bereijo is a citizen of Florida and owns real property located at 8007 West 36 Avenue, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

54.   Plaintiffs, Colin Berthaut and Dayne Gelpi Berthaut are citizens of Louisiana and together own real property located at 1218 Magnolia Alley, Lot 42, Mandeville, Alabama 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

55.   Plaintiff, Eric Bienemy is a citizen of Louisiana and owns real property located at 2823 Daniel Drive, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

56.   Plaintiffs, Cindy and Nathaniel Bierria are citizens of Louisiana and together own real property located at 7631 Brevard Avenue, New Orleans, Louisiana 70127.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

57.   Plaintiffs, William and Thadius Billy are citizens of Louisiana and together own real property located at 9900 Grant Street, New Orleans, Louisiana 70127.  Plaintiffs are participating

12

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

58.  Plaintiff, Brian Bishop is a citizen of Mississippi and owns real property located at 60 Oak Lane, Waynesboro, Mississippi 39367.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

59.  Plaintiff, Angeles Blalock is a citizen of Louisiana and owns real property located at 3400 Napolean Avenue, New Orleans, Louisiana 70125.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

60.  Plaintiffs, Elbert and Gloria Bland are citizens of Louisiana and together own real property located at 2315 Industry Street, New Orleans, Louisiana 70122 and 2317 Industry Street, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

61.  Plaintiffs, Johnny and Rachelle Blue are citizens of Louisiana and together own real property located at 422 28th Street, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

62.  Plaintiff, Blue Water Condominium owns real property located at 178 Shadroe Cove Circle, Units 902, 903, Cape Coral, Florida 33991.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

63.   Plaintiff, Blue Water of Cape Coral, Inc. owns real property located at 174 Shadroe Cove Circle, Units 1001, 1002, 1004, Cape Coral, Florida 33991; 194 Shadroe Cove Circle, Units 601, 602, 604, Cape Coral, Florida 33991; 178 Shadroe Cove Circle, Units 901, 902, Cape Coral, Florida 33991.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

64.   Plaintiffs, Richard and Regina Boglin are citizens of Alabama and together own real property located at 2028 Pratt Highway, Birmingham, Alabama 35214. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

65.   Plaintiffs, Jarrod Bookman and Sheryl Fishman-Bookman are citizens of Florida and together own real property located at 9821 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

66.   Plaintiffs, Barry and Mary Borne are citizens of Louisiana and together own real property located at 1217 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

67.   Plaintiff, Yunia Bosch is a citizen of Florida and owns real property located at 8049 W. 36th Avenue 2, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

14

incorporated herein by reference.

68. Plaintiffs, David N. and Christina Bosse are citizens of Florida and together own real property located at 1916 Brightwater Drive, Gulf Breeze, Florida 62563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

69. Plaintiff, Shane Boucvait is a citizen of Florida and owns real property located at 14147 Citrus Crest Circle, Tampa, Florida 33625. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70. Plaintiff, James Bourg is a citizen of Louisiana and owns real property located at 2031 Benjamin Street, Arabi, Louisiana 70032. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

71. Plaintiff, Marc P. Bourgeois is a citizen of Louisiana and owns real property located at 4315 Annunciation Street, New Orleans, Louisiana 70115. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

72. Plaintiff, Gloria Boutte is a citizen of Louisiana and owns real property located at 3537 Republic Street, New Orleans, Louisiana 70122. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

73. Plaintiff, Kevin Boutte is a citizen of Louisiana and owns real property located at

15

4947 Pauline Drive, New Orleans, Louisiana 70126. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

74. Plaintiffs, Charles and Tracy Bowden are citizens of Mississippi and together own real property located at 73 Thomas School Road, Lumberton, Mississippi 39455. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

75. Plaintiff, Tiffany Braden, as Representative of the Estate of Jane Bienemy, Deceased is a citizen of Louisiana and owns real property located at 2024 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

76. Plaintiffs, Leon Bradley, Sr. and Robin Bradley are citizens of Florida and together own real property located at 1661 Lewis Road, Milton, Florida 32570. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

77. Plaintiffs, William and Betty Branning are citizens of Alabama and together own real property located at 4066 McFarland Road, Mobile, Alabama 36695. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

78. Plaintiff, Holly Braselman is a citizen of Louisiana and owns real property located at 1206 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

79.  Plaintiff, Russell Breckenridge is a citizen of Louisiana and owns real property located at 311 S. Laurel Street, Amite, Louisiana 70422.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

80.  Plaintiff, Arlene Brennan is a citizen of Florida and owns real property located at 7 NW 13 Place, Cape Coral, Florida 33993.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

81.  Plaintiffs, Sonia and I.D. Brewton, III are citizens of Florida and together own real property located at 8804 Jernigan Road, Pensacola, Florida 32514.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

82.  Plaintiffs, Jill and James Browne are citizens of Florida and together own real property located at 2507 Tylers River Run, Lutz, Florida 33559.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

83.  Plaintiffs, Debra and Adam Bryant are citizens of Louisiana and together own real property located at 27 South Oak Ridge Court, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

84.  Plaintiffs, Victor and Falana Bryant are citizens of Alabama and together own real

17

property located at 1910 Randall Drive, Demopolis, Alabama 36732. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

85. Plaintiffs, David and Wendy Buck are citizens of Florida and together own real property located at 10320 SW Stephanie Way, Unit 207, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

86. Plaintiffs, Kenneth and Cindy Burke are citizens of Florida and together own real property located at 7709 Tangle Rush Drive, Gibsonton, Florida 33534. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

87. Plaintiffs, Samantha and John Burkhead are citizens of Florida and together own real property located at 4457 Marvin Reaves Road, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

88. Plaintiffs, Ronald and Joan Burns are citizens of Florida and together own real property located at 3237 N.W. 21st Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

89. Plaintiffs, Clarence and Sheri Busbee, Jr. are citizens of Florida and together own real property located at 3031 Lake Manatee Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

18

accompanying this complaint which are incorporated herein by reference.

90. Plaintiff, Bernice Butler is a citizen of Georgia and owns real property located at 2999 Silver Hill Drive, Douglasville, Georgia 30135. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

91. Plaintiffs, Israel and Diana Cabrera are citizens of Florida and together own real property located at 8037 W 36th Avenue 2, Hialeah, Florida 33018. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

92. Plaintiffs, Gary and Michelle Callais are citizens of Louisiana and together own real property located at 14 Callais Lane, St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

93. Plaintiffs, Frederic and Amanda Calloway are citizens of Florida and together own real property located at 2333 Hwy. 168, Century, Florida 32535. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

94. Plaintiff, Carlos A. Campos is a citizen of Louisiana and owns real property located at 940 N. Carrollton Avenue, New Orleans, Louisiana 70119. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

95. Plaintiff, Cindy Carrol is a citizen of Louisiana and owns real property located at

12202 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

96.  Plaintiff, Andrea Carter is a citizen of Louisiana and owns real property located at 10201 Deerfield Drive, New Orleans, Louisiana 70128.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

97.  Plaintiff, Dulce Casanas a citizen of Florida and owns real property located at 8019 W 36th Avenue 2, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

98.  Plaintiff, William Cashion is a citizen of Alabama and owns real property located at 183 Cashion Avenue, Wetumpka, Alabama 36092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

99.  Plaintiff, Mary Ann Catalanotto is a citizen of Louisiana and owns real property located at 743 Louque Street, New Orleans, Louisiana 70124.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

100.  Plaintiffs, Ryan and Julie Chalmers are citizens of Louisiana and together own real property located at 6359 Marshall Foch, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

101. Plaintiff, Marva Charles is a citizen of Louisiana and owns real property located at 1532 O'Brien Street, Lake Charles, Louisiana 70601. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

102. Plaintiff, Lillian Chatmon is a citizen of Florida and owns real property located at 4151 Bismarck Palm Drive, Tampa, Florida 33610. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

103. Plaintiffs, Bertoul and Joan Cheramie are citizens of Louisiana and together own real property located at 266 Carriage Pines, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

104. Plaintiff, Thomas Chestnut is a citizen of Louisiana and owns real property located at 3700 Lena Drive, Chalmette, Louisiana 70043. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

105. Plaintiff, Rosary Chetta is a citizen of Louisiana and owns real property located at 1614 Charlton Drive, New Orleans, Louisiana 70122. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

106. Plaintiff, James Clark is a citizen of Florida and owns real property located at 6710

SW Miami Avenue, Arcadia, Florida 34266.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

107.  Plaintiff, Nicolas Cocquerelle is a citizen of California and owns real property located at 4351 Bellaria Way #433, Ft. Myers, Florida 33916.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

108.  Plaintiffs, Sharon and Samuel Collingwood are citizens of Virginia and together own real property located at 12777 Kentwood Avenue, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

109.  Plaintiffs, John and Sharon Colomb are citizens of Louisiana and together own real property located at 419 Florida Blvd., New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

110.  Plaintiff, Ariane Conrad is a citizen of Louisiana and owns real property located at 2921 Monica Lane, Marrero, Louisiana 70072.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

111.  Plaintiff, Conway Centre, L.L.C. owns real property located at 1660 S. Brentwood Blvd., Ste. 770, St. Louis, Missouri 63144.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

112.  Plaintiff, Steve Corvaia is a citizen of Florida and owns real property located at 900 E. Marion Drive, Unit 1401, Punta Gorda, Florida 33950.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

113.  Plaintiffs, Shawn and Lisa Cox are citizens of Michigan and together own real property located at 9404 Scarborough Court, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

114.  Plaintiff, Diane Craik is a citizen of California and owns real property located at 5910 Memphis Street, New Orleans, Louisiana 70124.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

115.  Plaintiff, Angela Crandle is a citizen of Louisiana and owns real property located at 2232/2234 Joliet Street, New Orleans, Louisiana 70118.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

116.  Plaintiff, Robert Cresson, Sr. is a citizen of Mississippi and owns real property located at 67337 Salt Lick Lane, Lacombe, Louisiana 70445.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

117.  Plaintiffs, Elia Cueva and Christian Romera are citizens of Florida and together own

real property located at 11103 NW 83rd Street, Apt. 205, Bldg. 2, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

118.  Plaintiff, Kim Dakin is a citizen of Louisiana and owns real property located at 3521 Lyndell Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

119.  Plaintiff, Donnett Daley is a citizen of Florida and owns real property located at 2518 55th Street, W., Lehigh Acres, Florida 33971.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

120.  Plaintiff, Dalton, Inc. owns real property located at 502 A&B Shiloh Road, Cornith, Mississippi 38834.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

121.  Plaintiff, Lula Daniels is a citizen of Florida and owns real property located at 5918 Bilek Drive, Pensacola, Florida 32526.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

122.  Plaintiff, Chris Davis is a citizen of Florida and owns real property located at 300 East Bogia Road, McDavid, Florida 32568.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

123.  Plaintiff, Lolita Davis is a citizen of Louisiana and owns real property located at 4821 Piety Drive, New Orleans, Louisiana 70126.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

124.  Plaintiffs, Joyce and Richard DeFrancesco are citizens of Florida and together own real property located at 2218 S.W. Embers Terrace, Cape Coral, Florida 33091.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

125.  Plaintiffs, Lee and Phyllis DeKeyser are citizens of Wisconsin and together own real property located at 6051 Jonathan's Bay, Unit 401, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

126.  Plaintiff, William S. Demarrais is a citizen of Alabama and owns real property located at 205 41st St. South, Birmingham, Alabama 35222.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

127.  Plaintiff, Harry DeOliveira is a citizen of South Carolina and owns real property located at 1819 Carraige Oak Court, Harstville, South Carolina 29550.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

128.  Plaintiffs, Judy and Barry Desmore and Lorena Hartenstein are citizens of Louisiana

and together own real property located at 111 Honeysuckle Drive, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

129.  Plaintiff, Brent Desselle is a citizen of Louisiana and owns real property located at 2917 Monica Lane, Marrero, Louisiana 70072.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

130.  Plaintiffs, Amanda Dier and Derek Campo are citizens of Louisiana and together own real property located at 2912 Blanchard Drive, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

131.  Plaintiffs, Matthew and Christa Diffley are citizens of Alabama and together own real property located at 7484 Dickey Springs Road, Bessemer, Alabama 35022.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

132.  Plaintiffs, Ray and Selestin Dillon are citizens of Louisiana and together own real property located at 30147 Ola Magee Road, Angie, Louisiana 70426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

133.  Plaintiffs, Matthew and Stephanie Distel are citizens of Florida and together own real property located at 1145 NW 28th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

26

accompanying this complaint which are incorporated herein by reference.

134.  Plaintiff, Christopher Doerre is a citizen of New Jersey and owns real property located at 5280 Tamiami Court, Cape Coral, Florida 33904.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

135.  Plaintiffs, Craig and Lesa Domingue are citizens of Louisiana and together own real property located at 205 Thistledown Court, Pearl River, Louisiana 70452.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

136.  Plaintiffs, Jill Donaldson and Jared Oertling are citizens of Louisiana and together own real property located at 18 Log Cabin Lane, Pearl River, Louisiana 70452.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

137.  Plaintiffs, Scott and Kristin Donmeyer are citizens of Louisiana and together own real property located at 4436 Park Shore Drive, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

138.  Plaintiffs, Michael and Kristin Donofrio are citizens of Louisiana and together own real property located at 2401 Jefferson Avenue, New Orleans, Louisiana 70115.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

139.  Plaintiff, Francis J. Donohue, Jr. is a citizen of Virginia and owns real property

located at 408 Jefferson Avenue, Cape Charles, Virginia 23310.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

140.  Plaintiff, Jared Dow is a citizen of Florida and owns real property located at 172

S.E. 2nd Street, Deerfield Beach, Florida 33441.  Plaintiff is participating as class representative

in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

141.  Plaintiffs, Darren and Kim Dowell are citizens of Louisiana and together own real

property located at 421 Lavoisier Street, Gretna, Louisiana 70053.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

142.  Plaintiffs, Kenneth and Maria Downing are citizens of Florida and together own real

property located at 10540 E. Park Avenue, Port St. Lucie, Florida 34987.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

143.  Plaintiff, Evelyn Duboq De Vicente is a citizen of Florida and owns real property

located at 8049 NW 108 Place, Doral, Florida 33178.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

144.  Plaintiff, Michael Dunbar is a citizen of Florida and owns real property located at

1045 Venetian Drive, Unit 104, W. Melbourne, Florida 32904.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

145.  Plaintiff, Diane Dunn is a citizen of Louisiana and owns real property located at 1733 Davenport Avenue, Bogalusa, Louisiana 70427.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

146.  Plaintiff, Barry Durrance is a citizen of Florida and owns real property located at 18030 Driftwood Lane, Lutz, Florida 33558.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

147.  Plaintiffs, Peter and Amanda Earley are citizens of Florida and together own real property located at 15828 Caloosa Creek Circle, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

148.  Plaintiffs, Howard and Lisa Ehrsam are citizens of Florida and together own real property located at 10320 S.W. Stephanie Way, Unit 209, Port St. Lucie, Florida  34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

149.  Plaintiffs, Stale and Anne Eide are citizens of Texas and together own real property located at 1201 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

150.  Plaintiff, Mark Elias is a citizen of Louisiana and owns real property located at 3028

Ivy Place, Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

151.  Plaintiffs, Ernest and Portia Elly are citizens of Louisiana and together own real property located at 4516 Desire Drive, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

152.  Plaintiffs, Sherif Eltahawy and Mikhail Leoyn are citizens of New York and together own real property located at 2195 34rd Lane SW, Vero Beach, Florida  32962.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

153.  Plaintiffs, Paul and Patricia Engasser are citizens of Florida and together own real property located at 1451 NW 39th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

154.  Plaintiffs, Ileana Escalona and Ruben Delgado are citizens of Florida and together own real property located at 8141 W 36th Avenue 4, Hialeah, Florida 33018.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

155.  Plaintiffs, Frantz and Guirlaine Etienne are citizens of Florida and together own real property located at 5406 Hammock View Lane, Appollo Beach, Florida 33572.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

156.  Plaintiff, Robyn Evans is a citizen of Florida and owns real property located at 1045 Venetian Drive, Unit 102, W. Melbourne, Florida 32904.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

157.  Plaintiff, Ronald Evans is a citizen of Louisiana and owns real property located at 9235 Olive Street, New Orleans, Louisiana 70118.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

158.  Plaintiffs, Elliott and Angelia Everard are citizens of Louisiana and together own real property located at 3000 N. Palm Drive, Slidell, Louisiana 70458.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

159.  Plaintiffs, Charles Everette and Dawn Newell Eugene are citizens of Alabama and together own real property located at 393 Rothley Avenue, Fairhope, Alabama  36532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

160.  Plaintiffs, Thomas and Christina Ewald are citizens of Michigan and together own real property located at 6050 Jonathan's Bay, Unit 401, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

161.  Plaintiff, Jameson Falls is a citizen of Alabama and owns real property located at

31

852 Barkley Drive, Alabaster, Alabama 35007.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

162.  Plaintiff, Donna Feltner is a citizen of Florida and owns real property located at 4139 Constantine Loop, Wesley Chapel, Florida 33543.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

163.  Plaintiffs, Jarred and Rochelle Fenlason are citizens of Florida and together own real property located at 10440 SW Stephanie Way #212, Port St. Lucie, Florida  34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

164.  Plaintiffs, James and Ann Fermoile are citizens of Florida and together own real property located at 178 Shadroe Cove Circle, 901, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

165.  Plaintiffs, Frederico and Maria Fernandez are citizens of Florida and together own real property located at 8061 W. 36th Avenue #1, Hialeah, Florida 33018.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

166.  Plaintiff, Haydee Ferrer is a citizen of Florida and owns real property located at 10845 NW 79 Street, Miami, Florida 33178.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

167.  Plaintiffs, Peter and Christian Ferroni are citizens of Florida and together own real property located at 188 SE 2nd Street, Deerfield Beach, Florida 33441.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

168.  Plaintiff, Lawrence Fields is a citizen of Mississippi and owns real property located at 384 Hunter Avenue, Pass Christian, Mississippi 39571.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

169.  Plaintiffs, Thomas Filardo and Thomas Filardo, Jr. are citizens of New York and together own real property located at 182 SE 2nd Street, Deerfield Beach, Florida  33441.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

170.  Plaintiffs, Nicola and Connie Fineschi are citizens of Louisiana and together own real property located at 1200 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

171.  Plaintiffs, Donald and Nadja Fisher are citizens of Louisiana and together own real property located at 3140 N. Roman Avenue, New Orleans, Louisiana 70117.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

172.  Plaintiffs, Joseph Flint and Danielle Sloan are citizens of Florida and together own

real property located at 1192 S.W. Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

173. Plaintiffs, Carson and Charlene Fluharty are citizens of Florida and together own real property located at 1706 Graduate Way, Pensacola, Florida 32514. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

174. Plaintiff, Scott Forbes is a citizen of Florida and owns real property located at 240 West End Drive, #1011, Punta Gorda, Florida 33950; 240 West End Drive, #1012, Punta Gorda, Florida 33950; 240 West End Drive, #1013, Punta Gorda, Florida 33950. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

175. Plaintiffs, Gerard and Hopal Forest are citizens of Florida and together own real property located at 564 Conover Avenue, Palm Bay, Florida 32907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

176. Plaintiffs, Blaise and Patsy Forsythe are citizens of Louisiana and together own real property located at 2733 South Lake Blvd., Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

177. Plaintiff, Van Foster is a citizen of Alabama and owns real property located at 1514 11th Street, Birmingham, Alabama 35204. Plaintiff is participating as class representative in the

class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

178. Plaintiffs, Craig and Linda Foxwell are citizens of Florida and together own real property located at 11207 Laurel Brook Court, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

179. Plaintiffs, Sal and Susan Francipane are citizens of Florida and together own real property located at 4005 SW 23rd Avenue, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

180. Plaintiffs, Thomas and Jane Francisco are citizens of Florida and together own real property located at 1728 Bobcat Trail, North Port, Florida 32288. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

181. Plaintiffs, Peter and Elizabeth Frank are citizens of Louisiana and together own real property located at 11230 North Idlewood Court, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

182. Plaintiffs, Steve and Harriet Frasiolas are citizens of New Jersey and together own real property located at 11436 Mountain Ash Circle, Port Saint Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

183. Plaintiff, Debra Frazier is a citizen of Louisiana and owns real property located at 10231 Castlewood Drive, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

184. Plaintiff, Isis Freijo is a citizen of Florida and owns real property located at 8049 W. 36th Avenue #7, Hialeah, Florida 33018. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

185. Plaintiffs, Timothy and Julie Gaines are citizens of Florida and together own real property located at 5302 SW 27th Place, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

186. Plaintiffs, Lloyd E. and Sherrie R. Galatas, Jr. are citizens of Louisiana and together own real property located at 4637 Mandeville Street, New Orleans, Louisiana 70122. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

187. Plaintiffs, Gary and Patricia Gallucci are citizens of Florida and together own real property located at 10862 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

188. Plaintiffs, Stephen and Tiffany Galmiche are citizens of Louisiana and together own real property located at 3516 Jacob Drive, Chalmette, Louisiana 70043. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

189. Plaintiff, Dr. Daniel Gammage is a citizen of Louisiana and owns real property located at 1210 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

190. Plaintiffs, Ronald and Debra Garraffa are citizens of Florida and together own real property located at 13025 Beech Street, Odessa, Florida 33556. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

191. Plaintiffs, Peter and Kelly Gaylord are citizens of Florida and together own real property located at 240 West End Drive, #321, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

192. Plaintiffs, Norman and Sharon Gilchrist are citizens of Louisiana and together own real property located at 2408 Culotta Street, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

193. Plaintiff, James Gilman c/o Carolyn Houck is a citizen of Florida and owns real property located at 6435 Dallas Avenue, Pensacola, Florida 32526. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

194.  Plaintiffs, Leroy and Rose Givens are citizens of Louisiana and together own real property located at 6007 Warfield Street, New Orleans, Louisiana 70126 and 6009 Warfield Street, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

195.  Plaintiff, Travis Glasscox is a citizen of Alabama and owns real property located at 1441 Valley Grove Road, Remlap, Alabama 35133.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

196.  Plaintiffs, Franklin and Veronia Godwin are citizens of Michigan and together own real property located at 9864 E. Grand River, Suite 100, Brighton, Michigan 48116.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

197.  Plaintiffs, Sergei and Natalia Golovkin are citizens of Florida and together own real property located at 17763 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

198.  Plaintiff, Patricia Gordon is a citizen of Louisiana and owns real property located at 7409 Cornwall Place, New Orleans, Louisiana 70126.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

199.  Plaintiffs, Gerald and Terry Graham are citizens of Alabama and owns real property

located at 414 Ruben Avenue, Saraland, Alabama 36571.  Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

200.  Plaintiffs, Edward and Coretta Grant are citizens of Louisiana and together own real

property located at 2241 Athis Street, New Orleans, Louisiana 70122.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

201.  Plaintiffs, Marcus and Jevon Grant are citizens of Louisiana and together own real

property located at 4559 Knight Drive, New Orleans, Louisiana 70127.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

202.  Plaintiff, Tonia Grant is a citizen of Florida and owns real property located at 2412

E. 31st Avenue, Tampa, Florida 33610.  Plaintiff is participating as class representative in the

class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

203.  Plaintiffs, William and Debra Grasso are citizens of Alabama and together own real

property located at 3500 Griffith Bend Road, Talladega, Alabama 35160.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

204.  Plaintiffs, Michael Graziano and Frankie Garcia are citizens of New Jersey and

together own real property located at 8079 W. 36th Avenue #1, Hialeah, Florida  33018.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

205.   Plaintiff, Crystal Green is a citizen of Florida and owns real property located at 2408 E. 31st Avenue, Tampa, Florida 33610.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

206.   Plaintiff, Mary Green is a citizen of Louisiana and owns real property located at 1632 Pauline Street, New Orleans, Louisiana 70117.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

207.   Plaintiff, Betty Gregory is a citizen of Mississippi and owns real property located at 269 Kelly Street, Pontotoc, Mississippi 38863.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

208.   Plaintiffs, Robert and Fern Gregory are citizens of Florida and together own real property located at 11420 SW Mountain Ash Circle, Port Saint Lucie, Florida  34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

209.   Plaintiffs, Cheryl and David Gross are citizens of Louisiana and together own real property located at 400 Hay Place, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

210.   Plaintiffs, John and Lynette Grout are citizens of Florida and together own real

40

property located at 9174 Estero River Circle, Estero, Florida 33928. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

211. Plaintiff, Shelia Guidry is a citizen of Louisiana and owns real property located at 11111 S. Idlewood Court, New Orleans, Louisiana 70128. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

212. Plaintiff, Stephnea Hadley is a citizen of Louisiana and owns real property located at 5524 Feliciana Drive, New Orleans, Louisiana 70126. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

213. Plaintiff, Mary Haindel is a citizen of Louisiana and owns real property located at 1224 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

214. Plaintiffs, Mary and Lorne Hall are citizens of Louisiana and together own real property located at 5319 St. Anthony Avenue, Gentilly, Louisiana 70122. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

215. Plaintiffs, Nathaniel and Darlene Hall are citizens of Louisiana and together own real property located at 421 Kennedy Street, Ama, Louisiana 70031. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

41

this complaint which are incorporated herein by reference.

216.  Plaintiff, Torin Hall is a citizen of Louisiana and owns real property located at 7908 Pompano Street, New Orleans, Louisiana 70126.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

217.  Plaintiffs, Helen Hampton and L.C. Bingham are citizens of Louisiana and together own real property located at 2013 Caluda Lane, Violet, Louisiana 70092.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

218.  Plaintiff, Konrad Hampton is a citizen of Louisiana and owns real property located at 2514 Kenneth Drive, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

219.  Plaintiff, Vernon Hampton is a citizen of Louisiana and owns real property located at 5641 St. Matthews Circle, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

220.  Plaintiffs, Earl and Louise Hankton are citizens of Louisiana and together own real property located at 4939 Wright Road, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

221.  Plaintiffs, Matthew and Kristin Harding are citizens of Louisiana and together own

real property located at 4444 Park Shore Drive, Marrero, Louisiana 70072. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

222. Plaintiff, Linda Hargrove is a citizen of Louisiana and owns real property located at

12 Marywood Court, New Orleans, Louisiana 70128. Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

223. Plaintiffs, Barbara and Frank Harmer are citizens of Florida and together own real

property located at 181 Shore Drive, Vero Beach, Florida 32963. Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

224. Plaintiffs, Thomas and Maxine Harrington are citizens of Louisiana and together

own real property located at 11338 Will Stutley Drive, New Orleans, Louisiana  70128.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

225. Plaintiffs, Jessica and Brandon Harris are citizens of Alabama and together own real

property located at 881 Thomason Road, Albertville, Alabama 35951. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

226. Plaintiff, Belinda Harrison is a citizen of Louisiana and owns real property located

at 1929 Alvar Street, New Orleans, Louisiana 70117. Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

227.  Plaintiffs, Charles and Janet Hartley are citizens of Florida and together own real property located at 11106 Kiskadee Circle, New York Richey, Florida 34654.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

228.  Plaintiffs, Ronald and Brandy Harvey, Jr. are citizens of Florida and together own real property located at 5919 Bilek Drive, Pensacola, Florida 32526.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

229.  Plaintiffs, Lawrence and Patricia Harvey are citizens of Louisiana and together own real property located at 3217 Upperline Street, New Orleans, Louisiana 70118.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

230.  Plaintiff, Tracy Haskin is a citizen of Louisiana and owns real property located at 1740 Sere Street, New Orleans, Louisiana 70122.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

231.  Plaintiffs, Cecil and Lena Hatcher are citizens of Alabama and together own real property located at 7400 Arabia Avenue, Birmingham, Alabama 35224.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

232.  Plaintiff, Gabriel Hatten is a citizen of Mississippi and owns real property located at

44

1663 Monroe Road, Hattiesburg, Mississippi 39401. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

233. Plaintiffs, Laura Haya, Daniel Haya and Irene Haya are citizens of Florida and together own real property located at 5113 Lanai Way, Tampa, Florida 33624. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

234. Plaintiffs, Merlin and Gail Haydel are citizens of Louisiana and together own real property located at 61310 Timberbend Drive, Lacombe, Louisiana 70445. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

235. Plaintiff, Gloria Hayes is a citizen of Louisiana and owns real property located at 7022 Bundy Road, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

236. Plaintiffs, Joseph and Selena Hayes are citizens of Alabama and together own real property located at 3930 Walter Moore Road, Chanchula, Alabama 36521. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

237. Plaintiffs, Robert and Deborah S. Hayes are citizens of Alabama and together own real property located at 3935 Butler Springs Way, Birmingham, Alabama 35226. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

238.  Plaintiffs, Danny and Cathy Headley are citizens of Alabama and together own real property located at 5313 County Road 24, Verbena, Alabama 36091.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

239.  Plaintiffs, Bernie and Barbara Heinemann are citizens of Florida and together own real property located at 5202 SW 28th Place, Cape Coral, Florida 33901.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

240.  Plaintiff, Valentine Hendrix is a citizen of Florida and owns real property located at 2404 E. 31st Avenue, Tampa, Florida 33610.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

241.  Plaintiffs, John and Bertha Hernandez are citizens of Florida and together own real property located at 3416 N. Perry Avenue, Tampa, Florida 33603.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

242.  Plaintiffs, Jerry and Sharon Hill are citizens of Florida and together own real property located at 194 Shadroe Cove Circle, Unit 601, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

243.  Plaintiff, Tonya Hite is a citizen of Louisiana and owns real property located at

4404 Parise Avenue, New Orleans, Louisiana 70122. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

244. Plaintiffs, Mary Hodo and Jessee and Melinda Simpson are citizens of Alabama and together own real property located at 4941 Zoba Circle, Birmingham, Alabama 35235. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

245. Plaintiff, Dawn Holden is a citizen of Louisiana and owns real property located at 3305 Meraux Lane, Violet, Louisiana 70092. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

246. Plaintiffs, Sylvia and Louis Holloway are citizens of Florida and together own real property located at 174 Shadroe Cove Circle, 1002, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

247. Plaintiff, Virgie Holloway is a citizen of Louisiana and owns real property located at 2522 Pauger Street, New Orleans, Louisiana 70116. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

248. Plaintiffs, Herschel and Karen Holt are citizens of Florida and together own real property located at 200 Camp Henderson Lane, Baker, Florida 32531. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

47

this complaint which are incorporated herein by reference.

249.  Plaintiff, Christopher Hotard is a citizen of Louisiana and owns real property located at 2602 Chalona Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

250.  Plaintiff, Thomas Houghton is a citizen of Louisiana and owns real property located at 1007 Desire Street, New Orleans, Louisiana 70117.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

251.  Plaintiffs, Victor and Loumertistene Howell are citizens of Georgia and together own real property located at 5275 Sandbar Cove, Winston, Georgia 30187.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

252.  Plaintiffs, Jason and Marie Howerton are citizens of Louisiana and together own real property located at 2140 North Lexington Avenue, Terrytown, Louisiana 70056.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

253.  Plaintiff, Adam Hudson is a citizen of Mississippi and owns real property located at 1818 Perdido Blvd., Gautier, Mississippi 39553.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

254.  Plaintiff, Deborah A. Hueston is a citizen of Rhode Island and owns real property

located at 10320 SW Stephanie Way, Unit 211, Bldg. 7, Port St. Lucie, Florida 34987. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

255. Plaintiffs, Mathew and Jan Huges are citizens of Louisiana and together own real property located at 3513 Van Cleave Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

256. Plaintiff, Amanda Hughes is a citizen of Florida and owns real property located at 5938 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

257. Plaintiffs, Walter and Catherine Hunt, II are citizens of Alabama and together own real property located at 16095 Durban Fork Road, Bay Minette, Alabama 36507. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

258. Plaintiffs, April and Jonathan Hurley are citizens of Florida and together own real property located at 3745 Rockwood Drive, Pace, Florida 32571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

259. Plaintiff, Leon Indovina is a citizen of Louisiana and owns real property located at 8721 Livington Avenue, Chalmette, Louisiana 70043. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

260.  Plaintiff, Jon Jackel is a citizen of Louisiana and owns real property located at 244 Springrose Drive, Belle Chasse, Louisiana 70037.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

261.  Plaintiffs, Paul and Michelle Jacques are citizens of Florida and together own real property located at 2336 NW Padova Street, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

262.  Plaintiff, Ruben Jaen is a citizen of Florida and owns real property located at 10320 SW Stephanie Way, Unit 202, Port St. Lucie, Florida 34987.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

263.  Plaintiffs, Steve and Kim Jamison are citizens of New Jersey and together own real property located at 10560 S.W. Stephanie Way, Unit 1-209, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

264.  Plaintiffs, Henrik and Jennifer Johansson are citizens of Florida and together own real property located at 27070 Eden Rock Court, Bonita Springs, Florida 34135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

265.  Plaintiff, Audrey Mae Johnson is a citizen of Louisiana and owns real property

located at 3444 Toledano Street, New Orleans, Louisiana 70125.  Plaintiff is participating as

class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

266.  Plaintiffs, Barbara and Herbert Johnson are citizens of Louisiana and together own

real property located at 2425 Independence Street, New Orleans, Louisiana  70117.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

267.  Plaintiffs, Edward and Gail Johnson are citizens of Florida and together own real

property located at 2724 SW 36th Lane, Cape Coral, FL 33914.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

268.  Plaintiff, Jimmie S. Johnson, Sr. is a citizen of Louisiana and owns real property

located at 3313 Shannon Drive, Violet, Louisiana 70092.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

269.  Plaintiffs, Robert and Elizabeth Johnson are citizens of Mississippi and together

own real property located at 2607 Nina Drive, Picayune, Mississippi 39466.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

270.  Plaintiff, Simartra Johnson is a citizen of Florida and owns real property located at

2404 E. 31st Avenue, Tampa, Florida 33610.  Plaintiff is participating as class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

271.  Plaintiffs, Alice and Jeannie Jones are citizens of Louisiana and together own real property located at 212 16th Street, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

272.  Plaintiff, Daphne Jones is a citizen of Louisiana and owns real property located at 2531 Delery Street, New Orleans, Louisiana 70117.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

273.  Plaintiff, Kenneth Jones is a citizen of Alabama and owns real property located at 6079 SE Crooked Oak Avenue, Hobe Sound, Florida 33455.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

274.  Plaintiffs, Rosetta and Lucious Jones are citizens of Florida and together own real property located at 494 Genevive Court, Pensacola, Florida 32526.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

275.  Plaintiff, Louise Joseph is a citizen of Louisiana and owns real property located at 1021 Leonidas Street, New Orleans, Louisiana 70118.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

276.  Plaintiffs, Daniel and Danielle Kapalin are citizens of Florida and together own real

52

property located at 14115 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

277. Plaintiff, Molly Kehoe is a citizen of Louisiana and owns real property located at 1204 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

278. Plaintiff, Jerry Kelly, Jr. is a citizen of Mississippi and owns real property located at 277 W. Reynolds, Ponotoc, Mississippi 38863. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

279. Plaintiff, Christopher Kelso is a citizen of Florida and owns real property located at 4234 Tyler Circle, N., #102B, St. Petersburg, Florida 33709. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

280. Plaintiff, Sherrie Kelson is a citizen of Florida and owns real property located at 5951 Annette Street, Pensacola, Florida 32506. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

281. Plaintiffs, Edward and Donna Kent are citizens of Florida and together own real property located at 14143 Citrus Crest Circle, Tampa, Florida 33625. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

282.  Plaintiff, Kepler, LLC owns real property located at 6071 Jonathan's Bay Circle, Unit 501, Fort Myers, Florida  33908.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

283.  Plaintiffs, Mai and Bui Kim are citizens of Florida and together own real property located at 8561 Pegasus Drive, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

284.  Plaintiffs, Ron and Christy Klipsch are citizens of Alabama and together own real property located at 10854 Sterling Court, Daphne, Alabama  36526.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

285.  Plaintiffs, Timothy and Tosha Knowles are citizens of Florida and together own real property located at 7636 Killiam Road, Century, Florida 32535.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

286.  Plaintiffs, Gregory and Jolanta Kowalik are citizens of Florida and together own real property located at 3382 Lago De Talavera, Wellington, Florida 33467.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

287.  Plaintiff, Barry Labell is a citizen of Florida and owns real property located at

10560 SW Stephanie Way, Unit 206, Port St. Lucie, Florida 34987.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

288.  Plaintiff, Labo, LLC owns real property located at 900 E. Marion Avenue, Unit 1303, Punta Gorda, Florida  33950.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

289.  Plaintiff, Alean Lampton is a citizen of Mississippi and owns real property located at 1518 Martin Luther King Drive, Tylertown, Mississippi 39667.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

290.  Plaintiff, Dean Latusek is a citizen of Louisiana and owns real property located at 3604 Marietta Street, Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

291.  Plaintiff, Donald K. Lau, Trustee is a citizen of Florida and owns real property located at 13936 Clubhouse Drive, Tampa, Florida 33618.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

292.  Plaintiff, Beatrice LeBlanc is a citizen of Louisiana and owns real property located at 4510 Cerise Avenue, New Orleans, Louisiana 70127.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

293.  Plaintiff, Samuel Ledford is a citizen of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

294.  Plaintiff, Marie Leger is a citizen of Florida and owns real property located at 3803 Machado Street, Tampa, Florida 33610.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

295.  Plaintiff, Michele Legere is a citizen of Mississippi and owns real property located at 10756 Linchau Way, Diamondhead, Mississippi 39525.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

296.  Plaintiffs, Horst and Linda Lehmann are citizens of Louisiana and together own real property located at 10512 SW Sarah Way, Port St. Lucie, Florida 34981.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

297.  Plaintiffs, Aldo and Tanya Leon are citizens of Florida and together own real property located at 2656 Juniper Lane, Davie, Florida 33330.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

298.  Plaintiff, Revocable Trust of Jayme C. Lewis owns real property located at 6040

Jonathan's Bay Circle, Unit 501, Ft. Myers, Florida 33908.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

299.  Plaintiff, Judith Lewis is a citizen of Alabama and owns real property located at 940

46th Street Easley, Birmingham, Alabama 35080.  Plaintiff is participating as class representative

in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

300.  Plaintiff, Leonard Lewis is a citizen of Alabama and owns real property located at

6201 Eastern Valley Road, McCalla, Alabama 35111.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

301.  Plaintiff, Wanda Lewis is a citizen of Louisiana and owns real property located at

4221 Van Avenue, New Orleans, Louisiana 70122.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

302.  Plaintiffs, Horace and Donna Lindsay are citizens of Florida and together own real

property located at 2804 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

303.  Plaintiffs, Mindy and Martin Lister are citizens of Florida and together own real

property located at 1698 Brightleaf Circle, Cantonment, Florida 32533.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

304. Plaintiff, Alvin J. Livers is a citizen of Louisiana and owns real property located at 930 Caffin Avenue, New Orleans, Louisiana 70117. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

305. Plaintiff, John Lonergan is a citizen of Maryland and owns real property located at 393 Stratford Lane, Port St. Lucie, Florida 34983. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

306. Plaintiff, Kenneth Long is a citizen of Louisiana and owns real property located at 4700 San Marco Road, New Orleans, Louisiana 70129. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

307. Plaintiffs, Joseph and Sherry Loper are citizens of Mississippi and together own real property located at 190 Buddy Finch Road, Lucedale, Mississippi 39452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

308. Plaintiff, Christie Lopez is a citizen of Mississippi and owns real property located at 92 Oak Lane, Waynesboro, Mississippi 39367. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

309. Plaintiff, Herbert Louis is a citizen of Louisiana and owns real property located at

2401 Clouet Street, New Orleans, Louisiana 70117. Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

310. Plaintiffs, Leonard and Wanda Louis are citizens of Louisiana and together own real

property located at 2366 Odin Street, New Orleans, Louisiana 70122. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

311. Plaintiff, Nakisha Rockliff Christie Love is a citizen of Florida and owns real

property located at 2540 Middleton Grove Drive, Brandon, Florida 33511. Plaintiff is

participating as class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

312. Plaintiffs, Raymond and Mary Lubrano are citizens of Louisiana and together own

real property located at 3909 Jacob Drive, Chalmette, Louisiana 70043. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

313. Plaintiffs, Daniel and Elizabeth Lund, III are citizens of Louisiana and together own

real property located at 5829 Silvia Drive, New Orleans, Louisiana 70124. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

314. Plaintiffs, Leslie Lund and Anna Bertholette are citizens of Louisiana and together

own real property located at 4412 Olive Drive, Meraux, Louisiana 70075. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

59

accompanying this complaint which are incorporated herein by reference.

315.  Plaintiffs, William and Gena Lundy are citizens of Florida and together own real property located at 8820 Hwy. 89, Milton, Florida 32560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

316.  Plaintiff, Lynne Lussier is a citizen of Florida and owns real property located at 5914 Bilek Drive, Pensacola, Florida 32526.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

317.  Plaintiff, Noe A. Machado Bohorquez is a citizen of Florida and owns real property located at 10837 NW 79 Street, Miami, Florida 33185.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

318.  Plaintiff, Shawn Macomber is a citizen of Louisiana and owns real property located at 221 West Camellia Drive, Slidell, Louisiana 70458.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

319.  Plaintiff, Jeremy Macon is a citizen of Alabama and owns real property located at 346 Korreckt Drive, Lincoln, Alabama 35096.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

320.  Plaintiff, Magdalena Gardens Condominium Association owns real property located

at 240 West End Drive #313, 321, 322, 421, 512, 711, 721, 723, 911, 912, 913, 1011, 1012, 1013, 1422, 1511, 1512, Punta Gorda, Florida 33950.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

321.  Plaintiffs, Peter and Frankie Maggiore are citizens of Louisiana and together own real property located at 3852 Alexander Lane, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

322.  Plaintiffs, Kim Lien Mai and David Nguyen are citizens of Louisiana and together own real property located at 4921 Friar Tuck Drive, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

323.  Plaintiff, Long Mai is a citizen of Louisiana and owns real property located at 4900 Wright Road, New Orleans, Louisiana 70128.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

324.  Plaintiffs, Jack and Louise Maloy are citizens of Florida and together own real property located at 1328 SW 4th Avenue, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

325.  Plaintiff, Richard Mancini is a citizen of Florida and owns real property located at 11813 Bayport Lane, #304, Ft. Myers, Florida 33908.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

326. Plaintiff, Jose Manso is a citizen of Florida and owns real property located at 8099 W. 36th Avenue #4, Hialeah, Florida 33018. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

327. Plaintiffs, Jose and Monica Marin are citizens of Florida and together own real property located at 8904 SW 229th Street, Miami, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

328. Plaintiff, James Marion is a citizen of Florida and owns real property located at 1172 SW Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

329. Plaintiff, Belkys Marquina is a citizen of Florida and owns real property located at 8129 W. 36th Avenue #5, Hialeah, Florida 33018. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

330. Plaintiff, Ingrid Marrero is a citizen of Florida and owns real property located at 8105 W. 36th Avenue 4, Hialeah, Florida 33018. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

331.  Plaintiffs, Cornell and Beverly Martin are citizens of Louisiana and together own real property located at 116265 Notaway Lane, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

332.  Plaintiff, Jude Marullo is a citizen of Louisiana and owns real property located at 5870 Sylvia Drive, New Orleans, Louisiana 70124.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

333.  Plaintiff, Dread Mattox is a citizen of Florida and owns real property located at 6551 Woodlawn Road, Macclenny, Florida 32063.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

334.  Plaintiff, Argerie Matute is a citizen of Florida and owns real property located at 8884 SW 229th Street, Cutler Bay, Florida 33190.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

335.  Plaintiffs, Bobby and Gina Mays are citizens of Louisiana and together own real property located at 540 South Kenner Avenue, Waggaman, Louisiana 70094.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

336.  Plaintiffs, Leroy and Lona McCallum are citizens of Louisiana and together own real property located at 2309 Riverbend Drive, Violet, Louisiana 70092.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

337.  Plaintiff, Scott McDougal is a citizen of Louisiana and owns real property located at 204 W. Judge Perez Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

338.  Plaintiff, Elaine McKenzie is a citizen of Louisiana and owns real property located at 13025 Laval Street, New Orleans, Louisiana 70129.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

339.  Plaintiff, Ali McKinney is a citizen of Florida and owns real property located at 10806 SW Meeting Street, Port St. Lucie, Florida 32987.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

340.  Plaintiffs, Kionne and Terral McKinnies are citizens of Louisiana and together own real property located at 2612 Sand Bar Lane, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

341.  Plaintiffs, Joseph and Christina McKinnon are citizens of Florida and together own real property located at 528 Wheaton Trent Place, Tampa, Florida 33619.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

342.  Plaintiffs, James and Fran McNealy are citizens of Florida and together own real property located at 8882 SW 229ᵗʰ Street, Cutler Bay, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

343.  Plaintiff, Gabe McNeil is a citizen of Mississippi and owns real property located at 64 CR 122, Bay Springs, Mississippi 39422.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

344.  Plaintiffs, Mark and Jennifer Meinke are citizens of Florida and together own real property located at 11540 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

345.  Plaintiffs, David and Diane Meister are citizens of Ohio and together own real property located at 6060 Jonathan's Bay Circle, Unit 302, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

346.  Plaintiff, Andy Mertlitz is a citizen of Texas and owns real property located at 100 Andy Drive, Dekalb, Texas 75559.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

347.  Plaintiff, Grenes Meyaski is a citizen of Louisiana and owns real property located at 532 Emerald Street, New Orleans, Louisiana 70124.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

348. Plaintiffs, Stuart and Lee Meyers are citizens of Florida and together own real property located at 12491 Verandah Blvd., Fort Myers, Florida 33905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

349. Plaintiff, Gail Mickens is a citizen of Louisiana and owns real property located at 7735 Lafourche Street, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

350. Plaintiffs, Craig and Danyell Miller are citizens of Alabama and together own real property located at 1045 Venetian Drive, Unit 203, Melbourne, Florida 32904. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

351. Plaintiffs, Karen Miller and Clyde Buras, Sr. are citizens of Louisiana and together own real property located at 2301 Guillot Drive, St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

352. Plaintiffs, Ronald and Lisa Miller, Sr. are citizens of Alabama and together own real property located at 9660 Harbour Drive, Alberta, Alabama 36530. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

353.  Plaintiff, Yasha Miller is a citizen of Louisiana and owns real property located at 2912 Shannon Drive, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

354.  Plaintiffs, Jose and Adela Miranda are citizens of Florida and together own real property located at 8890 SW 229th Street, Miami, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

355.  Plaintiffs, James and Kelsey Mitchell are citizens of Louisiana and together own real property located at 1214 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

356.  Plaintiff, George Mizell, Jr. is a citizen of Florida and owns real property located at 163 SW Haines Road, Palm Bay, Florida 32908.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

357.  Plaintiff, Erika Monge is a citizen of Florida and owns real property located at 8171 W. 36th Avenue #3, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

358.  Plaintiffs, Gildardo and Kelly Monge are citizens of Florida and together own real property located at 177 SE 2nd Court, Deerfield Beach, Florida 33441.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

359. Plaintiffs, Deborah and David Moore are citizens of Florida and together own real property located at 10320 SW Stephanie Way, #7-208, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

360. Plaintiff, Leon Moore is a citizen of Louisiana and owns real property located at 6945 Virgilian Street, New Orleans, Louisiana 70126. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

361. Plaintiff, Rudolph Morel is a citizen of Louisiana and owns real property located at 1236 Alvar Street, New Orleans, Louisiana 70124. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

362. Plaintiffs, Keith and Shirley Morgan are citizens of Florida and together own real property located at 6545 Caicos Court, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

363. Plaintiff, Rogchelle Morgan is a citizen of Louisiana and owns real property located at 1925 Alvar Street, New Orleans, Louisiana 70117. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

364.  Plaintiffs, Onel and Margareth Morisset are citizens of Florida and together own real property located at 2414 E 31st Avenue, Tampa, Florida 33610.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

365.  Plaintiff, Robert Morris is a citizen of Florida and owns real property located at 14123 Stilton Street, Tampa, Florida 33626.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

366.  Plaintiffs, Robert and Nancy Morton are citizens of Florida and together own real property located at 900 E. Marion Avenue, Unit 1301, Punta Gorda, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

367.  Plaintiff, Toni Mosley is a citizen of Florida and owns real property located at 6143 Laurelwood Drive, Fort Myers, Florida 33905.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

368.  Plaintiffs, Edwin A. and Debra Mullet are citizens of Louisiana and together own real property located at 2008 E. Sylvia Blvd., St. Bernard, Louisiana 70085.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

369.  Plaintiff, Fazeel Muradali is a citizen of Rhode Island and owns real property located at 8032 NW 125 Terrace, Parkland, Florida 33076.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

370.  Plaintiffs, Lawrence and Sharon Murphy are citizens of Louisiana and together own real property located at 7021 Mayo Boulevard, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

371.  Plaintiffs, Massimo and Karrie Musa are citizens of Florida and together own real property located at 2208 SoHo Bay Court, Tampa, Florida 33606.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

372.  Plaintiffs, Paul and Lisa Myers are citizens of Florida and together own real property located at 376 NW Sheffield Circle, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

373.  Plaintiffs, Earline and Salah Nane are citizens of Louisiana and together own real property located at 10104 S. Kelly Lane, Waggaman, Louisiana 70094.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

374.  Plaintiff, Stephen Neal is a citizen of Florida and owns real property located at 2817 NE 5th Avenue, Cape Coral, Florida 33909.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

375. Plaintiff, Frances Nelson is a citizen of Louisiana and owns real property located at 4619 Nighthart Street, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

376. Plaintiff, Melissa Nelson is a citizen of Louisiana and owns real property located at 1916 Mandeville Street, New Orleans, Louisiana 70117. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

377. Plaintiffs, Connie and Terry Ney are citizens of Louisiana and together own real property located at 5521 West End Blvd., New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

378. Plaintiff, Cathy Mai Thi Nguyen is a citizen of Louisiana and owns real property located at 3009 Acorn Drive, Violet, Louisiana 70092. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

379. Plaintiffs, Thai and Lieu Nguyen are citizens of Florida and together own real property located at 26 NW 6th Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

380. Plaintiff, Raquel Nobo is a citizen of Florida and owns real property located at 8100 W. 36th Avenue #2, Hialeah, Florida 33018. Plaintiff is participating as class representative in

71

the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

381. Plaintiff, Don Noldge is a citizen of Oregon and owns real property located at 2046 Beach Blvd., Biloxi, Mississippi 39531. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

382. Plaintiff, John Nord is a citizen of Florida and owns real property located at 13960 Clubhouse Drive, Tampa, Florida 33618. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

383. Plaintiff, Agostina Notarpasquale is a citizen of New York and owns real property located at 11401 Bright Star Lane, Riverview, Florida 33569. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

384. Plaintiffs, Michael and Angel Nowling are citizens of Florida and together own real property located at 3324 Farrish Road, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

385. Plaintiff, Alvaro Nunez is a citizen of Florida and owns real property located at 10833 NW 79 Street, Doral, Florida 33178. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

386.  Plaintiffs, Jeovany and Monica Nunez are citizens of Florida and together own real property located at 8049 W. 36th Avenue #4, Hialeah, Florida 33018.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

387.  Plaintiff, Patricia Nunez is a citizen of Louisiana and owns real property located at 22 E. Carmack Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

388.  Plaintiff, Doug Nuss is a citizen of Florida and owns real property located at 20044 Larino Loop, Estero, Florida 33928.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

389.  Plaintiffs, Benjamin and Nancy Ojeda are citizens of Florida and together own real property located at 765 East Oklahoma Avenue, Labelle, Florida 33935.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

390.  Plaintiffs, Danette and Raymond Oler are citizens of North Carolina and together own real property located at 160 E. Mariana Avenue, North Fort Myers, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

391.  Plaintiff, Maria Veronica Organista Guzman is a citizen of Florida and owns real property located at 2902 Nadine Lane, Lehigh Acres, Florida 33971.  Plaintiff is participating as

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

392. Plaintiffs, Daysi Ortiz and Rafael Diaz are citizens of Florida and together own real property located at 8199 W. 36th Avenue #10, Hialeah, Florida 33018. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

393. Plaintiff, Brenda Owens is a citizen of Alabama and owns real property located at 2105 Lane Avenue, Birmingham, Alabama 35217. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

394. Plaintiffs, Stephen and Angela Oyer are citizens of Georgia and together own real property located at 900 E. Marion Avenue, Unit 1402, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

395. Plaintiff, Frances Palmer is a citizen of Louisiana and owns real property located at 4601 Lafton Drive, New Orleans, Louisiana 70126. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

396. Plaintiffs, Mark and Allison Palombi are citizens of Florida and together own real property located at 10612 SW Kelsey Way, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

397.  Plaintiff, William Parker, Jr., is a citizen of Florida and owns real property located

at 2322 Athens Avenue, Pensacola, Florida 32507.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

398.  Plaintiff, William Parker, Sr., is a citizen of Florida and owns real property located

at 2318 Athens Avenue, Pensacola, Florida 32507.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

399.  Plaintiff, Catherine Patchan is a citizen of Florida and owns real property located at

1345 Lyonshire Drive, Wesley Chapel, Florida 33543.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

400.  Plaintiff, Jeremy Pate is a citizen of Florida and owns real property located at 6311

Ard Road, Pensacola, Florida 32526.  Plaintiff is participating as class representative in the class

and subclasses as set forth in the schedules accompanying this complaint which are incorporated

herein by reference.

401.  Plaintiffs, Lee and Brandie Patterson are citizens of Alabama and together own real

property located at 913 Highland Road, Birmingham, Alabama 35209.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

402.  Plaintiffs, Kevin and Laura Patton are citizens of Alabama and together own real

property located at 129 Cheaha Trail, Childersburg, Alabama 35044.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

403. Plaintiff, Peace Harbor Condominium owns real property located at 900 E. Marion Avenue, Units 1201, 1301, 1401, 1402, Punta Gorda, Florida 33950. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

404. Plaintiff, Anna R. Pelligra is a citizen of Florida and owns real property located at 1922 SE 22 Court, Homestead, Florida 33035. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

405. Plaintiffs, Isaac Peltier and Shanon Brown are citizens of Florida and together own real property located at 2811 W. Shelton Avenue, Tampa, Florida 33611. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

406. Plaintiff, Alfredo Pena is a citizen of Florida and owns real property located at 8019 W. 36th Avenue #1, Hialeah, Florida 33018. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

407. Plaintiff, Dorothy Pennington is a citizen of Louisiana and owns real property located at 302 West Shannon Lane, Harahan, Louisiana 70123. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

76

408.  Plaintiff, Jose J. Pereira dos Ramos is a citizen of Florida and owns real property located at 10841 NW 79 Street, Doral, Florida 33178.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

409.  Plaintiffs, Karen and Hector Perez are citizens of Louisiana and together own real property located at 2120 Etienne Drive, Meraux, Louisiana 70075.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

410.  Plaintiff, Mike Perez is a citizen of Florida and owns real property located at 10829 NW 79 Street, Doral, Florida 33178.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

411.  Plaintiffs, Sandra and Pedro Perez are citizens of Louisiana and together own real property located at 1927 Abundance Street, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

412.  Plaintiffs, John and Sydna Peterson are citizens of Louisiana and together own real property located at 6334 Canal Blvd., New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

413.  Plaintiffs, Vince and Whitney Petric are citizens of Louisiana and together own real property located at 2816 Moss Street, Violet, Louisiana 70092.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

414.  Plaintiff, Marion Pfeiffer is a citizen of Florida and owns real property located at 1117 Cassin Avenue, Lehigh Acres, Florida 33971.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

415.  Plaintiff, Alton Pierce is a citizen of Louisiana and owns real property located at 7452 Briarheath Drive, New Orleans, Louisiana 70128.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

416.  Plaintiffs, Renior and Sherry Pierre are citizens of Louisiana and together own real property located at 5651 St. Bernard Avenue, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

417.  Plaintiff, Myriam Pinchinat is a citizen of Florida and owns real property located at 200 NW Goldcoast Avenue, Port St. Lucie, Florida 34983.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

418.  Plaintiff, Samantha Pineda is a citizen of Florida and owns real property located at 1142 Earhart Street, E, Lehigh Acres, Florida 33974.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

78

419. Plaintiffs, Juan Pinero and Veronica Rodriguez are citizens of Florida and together own real property located at 2611 75th Street, W, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

420. Plaintiff, Diane Pitre is a citizen of Louisiana and owns real property located at 10830 Yardley Road, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

421. Plaintiffs, Earnest and Beverly Pittman are citizens of Florida and together own real property located at 711 Hibiscus Avenue, Lehigh Acres, Florida 33972. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

422. Plaintiffs, Calvin and Lindsay Pizanni are citizens of Louisiana and together own real property located at 2661 Rue Jesann, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

423. Plaintiff, Donna Polk is a citizen of Mississippi and owns real property located at 330 Lang Avenue, Pass Christian, Mississippi 39571. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

424. Plaintiffs, Todd and Robyn Pollman are citizens of Florida and together own real property located at 417 Holly Fern Terrace, Deland, Florida 32713. Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

425.  Plaintiffs, Sidney and Sandra Portnoy are citizens of Pennsylvania and together own real property located at 6572 East 41st Court, Sarasota, Florida 34243.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

426.  Plaintiff, Susan Posey is a citizen of Florida and owns real property located at 5934 Bilek Drive, Pensacola, Florida 32526.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

427.  Plaintiff, Belkis Prieto is a citizen of Florida and owns real property located at 8049 W. 36th Avenue #5, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

428.  Plaintiff, Carla Pritchett Wale is a citizen of Washington and owns real property located at 5814 Willow Street, New Orleans, Louisiana 70115.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

429.  Plaintiff, William A. Quattrocchi is a citizen of Florida and owns real property located at 10320 SW Stephanie Way, Unit #212, Port St. Lucie, Florida 34987.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

430.  Plaintiff, Xiomara Ramirez is a citizen of Florida and owns real property located at 8019 W. 36th Avenue #5, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

431.  Plaintiffs, Edward and Pamela Rankins are citizens of Louisiana and together own real property located at 4841 Francisco Verrette Drive, New Orleans, Louisiana  70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

432.  Plaintiffs, Maria and Stephanie Raspall are citizens of Florida and together own real property located at 8105 W. 36th Avenue #3, Hialeah, Florida 33018.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

433.  Plaintiffs, Todd and Melissa Reber are citizens of Florida and together own real property located at 5385 Schaag Road, Molino, Florida 32577.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

434.  Plaintiffs, Corey Ike and Angelynn Reed are citizens of Alabama and together own real property located at 119 Ike and Ann Road, McIntosh, Alabama 36553.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

435.  Plaintiffs, Ernest and Rosie Reed are citizens of Louisiana and together own real property located at 7539 Ebbtide Drive, New Orleans, Louisiana 70126.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

436. Plaintiff, Randy Reed is a citizen of Alabama and owns real property located at 494 Cedar Creek Road, Odenville, Alabama 35120. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

437. Plaintiff, Carrie Reeves is a citizen of Alabama and owns real property located at 4926 Paradise Lake Circle, Birmingham, Alabama 35244. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

438. Plaintiffs, Michael and Kathryn Reeves are citizens of Florida and together own real property located at 2226 Soho Bay Court, Tampa, Florida 33606. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

439. Plaintiff, Michael Reinstein is a citizen of Florida and owns real property located at 100 Spring Hill Drive, Jensen Beach, Florida 34957. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

440. Plaintiff, Angel Rey is a citizen of Louisiana and owns real property located at 1332 Riviera Avenue, New Orleans, Louisiana 70122. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

441.  Plaintiffs, Gabriel Rincon and Luz Angela Rosas are citizens of Florida and together own real property located at 6038 NW 116th Drive, Coral Springs, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

442.  Plaintiffs, Mark and Beverly Ann Risko are citizens of Florida and together own real property located at 5910 Bilek Drive, Pensacola, Florida 32526.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

443.  Plaintiff, Robinhood Terrace, LLC owns real property located at 5611 Shannon Drive, Fort Pierce, Florida 34951.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

444.  Plaintiff, Allison Robinson is a citizen of Louisiana and owns real property located at 5613 North Villere Street, New Orleans, Louisiana 70117.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

445.  Plaintiffs, Jerome and Ellen Robinson are citizens of Louisiana and together own real property located at 2609 Sand Bar Lane, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

446.  Plaintiff, Louis Robinson is a citizen of Florida and owns real property located at 2809 37th Street, SW, Lehigh Acres, Florida 33976.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

447.  Plaintiffs, Amparo and Jose Robles are citizens of Florida and together own real property located at 12430 SW 50th Street, Apt. 147, Miramar, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

448.  Plaintiff, Michelle L. Rogers is a citizen of Louisiana and owns real property located at 8313 Creole Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

449.  Plaintiffs, Eric and Tracey Romain are citizens of Louisiana and together own real property located at 2350 Lyndel Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

450.  Plaintiffs, Stephen and Leslie Roth are citizens of Florida and together own real property located at 6050 Jonathan's Bay Circle, Unit 402, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

451.  Plaintiff, Clifford Roy is a citizen of Florida and owns real property located at 8007 West 36 Avenue, Apt. 4, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

452.  Plaintiff, Sandy Roy is a citizen of Florida and owns real property located at 10560 SE Stephanie Way #203, Port St. Lucie, Florida 34988.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

453.  Plaintiff, Shirley Rushing is a citizen of Louisiana and owns real property located at 4727 Eunice Drive, New Orleans, Louisiana 70127.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

454.  Plaintiff, John Russo is a citizen of Louisiana and owns real property located at 7416 Read Blvd., New Orleans, Louisiana 70126.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

455.  Plaintiffs, Timothy and Minnie Rutski are citizens of Florida and together own real property located at 8807 Osceola Acres Trail, Odessa, Florida 33556.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

456.  Plaintiff, Rickey Ryckman is a citizen of Louisiana and owns real property located at 4820 Janice Avenue, Kenner, Louisiana 70065.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

457.  Plaintiffs, Esteban Salas and Yvette Gomez are citizens of Florida and together own real property located at 8129 W. 36th Avenue #1, Hialeah, Florida 33018.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

458.  Plaintiffs, Samir and Julia Salman are citizens of Michigan and together own real property located at 3620 SE 3rd Terrace, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

459.  Plaintiffs, Kenneth and Cindy Salter are citizens of Florida and together own real property located at 5484 Inwood Drive, Pace, Florida 32571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

460.  Plaintiffs, Scott and Jordana Saltzman are citizens of Florida and together own real property located at 8485 Breezy Hill Drive, Boynton Beach, Florida 33437.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

461.  Plaintiff, Deneen Samples is a citizen of Louisiana and owns real property located at 2711 Bristol Place, New Orleans, Louisiana 70131.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

462.  Plaintiffs, Julio and Nelaine Sanchez are citizens of Florida and together own real property located at 8037 W. 36th Avenue #1, Hialeah, Florida 33018.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

463.  Plaintiff, Paul Conrad Sanden is a citizen of Florida and owns real property located at 824 Boca Ciega Isle Drive, St. Petersburg Beach, Florida 33706.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

464.  Plaintiff, Joseph Sanders is a citizen of Florida and owns real property located at 174 Shadroe Cove Circle #1001, Cape Coral, Florida  33991.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

465.  Plaintiffs, Robert and Joanne Santimauro are citizens of New York and together own real property located at 2220 Red Laurel Lane, Estero, Florida 33928.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

466.  Plaintiffs, Vickie and Gary Schenck are citizens of Louisiana  and together own real property located at 308 St. John the Baptist, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

467.  Plaintiffs, Kathleen and Ken Schoenberg are citizens of Florida and together own real property located at 3801 Sabal Lakes Road, Delray Beach, Florida 33445.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

468.  Plaintiffs, Alex and Beth Schubert are citizens of Louisiana and together own real property located at 2301 Livaccari Drive, Violet, Louisiana 70092.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

469. Plaintiff, Bart Scocco is a citizen of Florida and owns real property located at 3330 NW 39th Lane, Cape Coral, Florida 33993. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

470. Plaintiff, Denise Scott is a citizen of Florida and owns real property located at 14051 Danpark Loop, Ft. Myers, Florida 33912. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

471. Plaintiffs, Karen and James Scott are citizens of Florida and together own real property located at 525 W. Akron Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

472. Plaintiff, Robert Seddon is a citizen of New Jersey and owns real property located at 13946 Clubhouse Drive, Tampa, Florida 33945. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

473. Plaintiff, Samuel P. Seelig is a citizen of Louisiana and owns real property located at 152 Elaine Avenue, Harahan, Louisiana 70123. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

474.  Plaintiff, Semyon Lumar Trust owns real property located at 11825 Bayport Ln. #504, Ft. Myers, Florida 33908.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

475.  Plaintiffs, Irene Serrano and Kenneth Pouncey are citizens of Florida and together own real property located at 10360 Stephanie Way, #210, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

476.  Plaintiffs, Fred and Susan Shehadi are citizens of Florida and together own real property located at 1423 Joseph Circle, Gulf Breeze, Florida 32563.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

477.  Plaintiff, Geraldine Shelmire is a citizen of Louisiana and owns real property located at 4208 Van Avenue, New Orleans, Louisiana 70122.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

478.  Plaintiff, Austin Shepard is a citizen of Alabama and owns real property located at 14215 Brook Hollow Road, Summerdale, Alabama 36580.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

479.  Plaintiffs, Felix and Jacqueline Shepherd and Tracy Shepherd and Diane Bryson are citizens of Florida and together own real property located at 1045 Venetian Drive, Unit 205,

Melbourne, Florida 32901. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

480. Plaintiffs, Aryn and Cody Sherman are citizens of Florida and together own real property located at 3833 Misty Landing Drive, Valrico, Florida 33594. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

481. Plaintiffs, James and Cheryl Silverblatt are citizens of Florida and together own real property located at 194 Medici Terrace, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

482. Plaintiffs, Sandra and James Simmons are citizens of Louisiana and together own real property located at 240 Latigue Road, Waggaman, Louisiana 70094. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

483. Plaintiff, Catherine Simon is a citizen of Louisiana and owns real property located at 3817 Napolean Avenue, New Orleans, Louisiana 70125. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

484. Plaintiff, Fred Sims is a citizen of Florida and owns real property located at 1206 North "V" Street, Pensacola, Florida 32505. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

485.  Plaintiff, Willie Sims is a citizen of Florida and owns real property located at 3720 James Street, Pensacola, Florida 32505.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

486.  Plaintiff, Deirdre Singleton is a citizen of Louisiana and owns real property located at 552 Huseman Lane, Covington, Louisiana 70435.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

487.  Plaintiffs, Phillip and Cheryl Skipper are citizens of Florida and together own real property located at 1600 Evers Haven, Cantonment, Florida 32533.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

488.  Plaintiffs, John and Jacquelyn Smiles are citizens of Louisiana and together own real property located at 2021 Walkers Lane, Meraux, Louisiana 70075.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

489.  Plaintiff, Curtis Smith is a citizen of Louisiana and owns real property located at 2717 Palmetto Street, Chalmette, LA 70043.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

490.  Plaintiffs, Daniel L. and Nicole Smith are citizens of Alabama and together own

real property located at 766 Tabernacle Road, Monroeville, Alabama 36460. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

491.  Plaintiffs, Gary and Carlette Smith are citizens of Louisiana and together own real property located at 4849-51 Lynhuber Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

492.  Plaintiff, Tarika Smith is a citizen of Louisiana and owns real property located at 3005 Oak Drive, Violet, Louisiana 70092. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

493.  Plaintiffs, Wendy and Scott Smith are citizens of Florida and together own real property located at 3840 Sorrel Pine Drive, Westley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

494.  Plaintiff, Marlen Solana is a citizen of Florida and owns real property located at 507 Lincoln Avenue, Lehigh Acres, Florida 33972. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

495.  Plaintiff, Bob Somerhalder is a citizen of Mississippi and owns real property located at 218 Surf Street, Bay St. Louis, Mississippi 39576. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

496.  Plaintiff, Martha Somohano is a citizen of Florida and owns real property located at 388 NE 34th Avenue, Homestead, Florida 33033.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

497.  Plaintiffs, Eric and Andrea Sonnie are citizens of Ohio and together own real property located at 10864 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

498.  Plaintiffs, Saturnino and Susan Spiga are citizens of New Jersey and together own real property located at 8617 Via Rapallo Drive, Unit 37-203, Estero, Florida 33928.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

499.  Plaintiffs, Rus and Linda Spotts are citizens of New Jersey and together own real property located at 194 Shadroe Cove Circle, Unit 602, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

500.  Plaintiff, Keith St. Germain is a citizen of Louisiana and owns real property located at 3213 Angelique Drive, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

501.  Plaintiff, St. Martin's Lion's Club and Donald Richardson owns real property

93

located at 15900 LaMoyne Blvd., St. Martin, Mississippi 39532. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

502. Plaintiffs, Dana and Marcus Staub are citizens of Louisiana and together own real property located at 1208 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

503. Plaintiffs, Sandra Steffy and Peggy Meyers are citizens of Louisiana and together own real property located at 26121 Highway 40, Bush, Louisiana 70431. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

504. Plaintiff, Elvin Sterling, Jr. is a citizen of Louisiana and owns real property located at 9921 Cane Bayou Road, Port Allen, Louisiana 70767. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

505. Plaintiff, Gregory Stevens is a citizen of Florida and owns real property located at 14151 Citrus Crest Circle, Tampa, Florida 33625. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

506. Plaintiffs, Michael and Kristina Stout are citizens of Louisiana and together own real property located at 2308 Legend Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

507. Plaintiffs, Christina Swan and Michael Hardwick are citizens of Florida and together own real property located at 14125 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

508. Plaintiffs, Patrick and Susan Sweeney are citizens of Florida and together own real property located at 3100 Orangetowntree Bend, Ft. Myers, Florida 33905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

509. Plaintiffs, Theodore and Cynthia Tarver are citizens of Alabama and together own real property located at 1016 Woodbrook Road, Birmingham, Alabama 35215. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

510. Plaintiffs, Martin and Doris Tatum are citizens of Louisiana and together own real property located at 3808 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

511. Plaintiffs, George and Anna Taylor are citizens of Florida and together own real property located at 9345 Bell Ridge Drive, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

512. Plaintiff, Noel Taylor is a citizen of Louisiana and owns real property located at

95

3110 Law Street, New Orleans, Louisiana 70117. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

513. Plaintiff, Willie Taylor is a citizen of Louisiana and owns real property located at 1409 Deloney Street, New Orleans, Louisiana 70117. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

514. Plaintiff, Celeste Thomas is a citizen of Louisiana and owns real property located at 4780 Demontlutin Street, New Orleans, Louisiana 70122. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

515. Plaintiffs, Herman and Valice Thomas are citizens of Louisiana and together own real property located at 2215 Joilet Street, New Orleans, Louisiana 70118. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

516. Plaintiffs, Steven and Elaine Thomas are citizens of Florida and together own real property located at 1840 Cody Lane, Ft. Pierce, Florida 34945. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

517. Plaintiffs, Jason and Jennifer Thompson are citizens of Florida and together own real property located at 1045 Venetian Drive, Unit 202, W. Melbourne, Florida 32904. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

518.  Plaintiff, Dontroy Thorne is a citizen of Louisiana and owns real property located at 5520 Ricket Drive, New Orleans, Louisiana 70126.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

519.  Plaintiff, Christopher Thrower is a citizen of Alabama and owns real property located at 541 Ledbetter Road, Munford, Alabama 36268.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

520.  Plaintiff, Marjorie Tinney is a citizen of Florida and owns real property located at 171 S.E. 2nd Court, Deerfield Beach, Florida 33441.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

521.  Plaintiff, Maria Toledo is a citizen of Florida and owns real property located at 8141 W. 36th Avenue #1, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

522.  Plaintiffs, Tom and Carrie Tomac are citizens of Florida and together own real property located at 11601 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

523.  Plaintiffs, Ferdinand and Charlotte Toney are citizens of Louisiana and together

97

own real property located at 2115 Pleasure Street, New Orleans, Louisiana 70122 and 2117 Pleasure Street, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

524.  Plaintiffs, Ramiro and Noel Torres-Barajas are citizens of Florida and together own real property located at 1031 SW College Park Road, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

525.  Plaintiff, Christopher Touriz is a citizen of Florida and owns real property located at 8031 W. 36th Avenue #3, Hialeah, Florida 33018 and 8079 W. 36th Avenue #2, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

526.  Plaintiff, Ron Tracy is a citizen of Mississippi and owns real property located at 402 Waveland Avenue, Waveland, Mississippi 39576.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

527.  Plaintiffs, Danny and Kathy Treadaway are citizens of Louisiana and together own real property located at 2009 Kingbird Boulevard, St. Bernard, Louisiana 70085.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

528.  Plaintiffs, Glen and Susan Triche are citizens of Louisiana and together own real property located at 3605 Decomine Drive, Chalmette, Louisiana 70043.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

529.  Plaintiffs, Ronald and Peggy Tromatore are citizens of Louisiana and together own real property located at 1221 Bayou Road, Violet, Louisiana 70085.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

530.  Plaintiff, Zachary Trueblood is a citizen of Louisiana and owns real property located at 1308 Lamanche Street, New Orleans, Louisiana 70017.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

531.  Plaintiff, Lissett Trujillo is a citizen of Florida and owns real property located at 8049 W. 36th Avenue #3, Hialeah, Florida 33018.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

532.  Plaintiffs, Douglas and Loreen Tupper are citizens of Louisiana and together own real property located at 7937 Camden Woods Drive, Tampa, Florida 33619.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

533.  Plaintiff, George Turckes is a citizen of Florida and owns real property located at 526 Wheaton Trent Place, Tampa, Florida 33619.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

534. Plaintiff, Walter Ucci is a citizen of Florida and owns real property located at 1562 SW 150th Terrace, Davie, Florida 33326. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

535. Plaintiff, Christopher Urso is a citizen of Florida and owns real property located at 2120 Delightful Drive, Ruskin, Florida 33570. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

536. Plaintiff, Cathy Parker Vappie is a citizen of Louisiana and owns real property located at 9700 Andover Drive, New Orleans, Louisiana 70127. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

537. Plaintiffs, Angel and Maria De Villalobos are citizens of Florida and together own real property located at 10849 NW 79 Street, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

538. Plaintiffs, George and Michael Villasana are citizens of Florida and together own real property located at 170 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

539. Plaintiffs, Matt Voebel and Lauren Villaneuva are citizens of Louisiana and together own real property located at 3313 Charles Court, Chalmette, Louisiana 70043.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

540.   Plaintiffs, Jessie Vu and Kristy Mai are citizens of Louisiana and together own real property located at 11342 Pressburg Street, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

541.   Plaintiffs, Alphonso and Nora Walker are citizens of Louisiana and together own real property located at 11346 Catalina Avenue, Baton Rouge, Louisiana 70814.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

542.   Plaintiffs, Melissa and Craig Walker are citizens of Florida and together own real property located at 1536 Abyss Drive, Odessa, Florida 33556.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

543.   Plaintiff, Wanadoo, LLC owns real property located at 251 Seabreeze Court, Vero Beach, FL 32963.   Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

544.   Plaintiff, Paul Wanger is a citizen of California and owns real property located at 5972 Louisville Street, New Orleans, Louisiana 70124.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

545.  Plaintiff, Arthur Wardally is a citizen of New York and owns real property located at 8576 Athena Court, Lehigh Acres, Florida 33971.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

546.  Plaintiff, Shawnell Ware is a citizen of Louisiana and owns real property located at 7310 Camberley Drive, New Orleans, Louisiana 70128.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

547.  Plaintiff, Javon Washington is a citizen of Louisiana and owns real property located at 3918 N. Johnson Street, New Orleans, Louisiana 70117.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

548.  Plaintiffs, Terry and Kathy Washington are citizens of Louisiana and together own real property located at 4654 Stephen Girard Avenue, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

549.  Plaintiff, Paul Wasson is a citizen of Florida and owns real property located at 1700 Chesapeake Drive, Odessa, Florida 33556.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

550.  Plaintiff, Althila Watson is a citizen of Louisiana and owns real property located at 2545 Desire Street, New Orleans, Louisiana 70117.  Plaintiff is participating as class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

551. Plaintiffs, Jerry Watson; Gordon Watson; Karen Watson and Charles Watson are citizens of Florida and together own real property located at 1759 Fuller Drive, Gulf Breeze, Florida 32563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

552. Plaintiff, Mary Weaver is a citizen of Alabama and owns real property located at 1403 Lovelady Lane, Lawley, Alabama 36793. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

553. Plaintiffs, William and Charlotte Weekley are citizens of Florida and together own real property located at 6277 Clear Creek Road, Milton, Florida 32570. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

554. Plaintiffs, Stephen Weiss; David Buckwald and Gary Borowiec are citizens of Florida; New Jersey and New Jersey, respectively and together own real property located at 711 SE 16th Court, Ft. Lauderdale, Florida 33304. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

555. Plaintiffs, Robert and Barri Wessler are citizens of Mississippi and together own real property located at 11643 Bluff Lane, Gulfport, Mississippi 39503. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

556. Plaintiffs, John and Robin Whelan are citizens of Florida and together own real property located at 6588 Canton Street, Fort Myers, Florida 33966. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

557. Plaintiffs, Tydell Nealy Whitfield are citizens of Louisiana and together own real property located at 5848 Louis Prima Drive, West, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

558. Plaintiffs, Tim and Julie Whitten are citizens of South Carolina and together own real property located at 5223 Municipal Park Drive, Loxley, Alabama 36551. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

559. Plaintiff, David Alan Wiggins is a citizen of Alabama and owns real property located at 4447 Sierra Lane, Gardendale, Alabama 35071. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

560. Plaintiff, John Wiley is a citizen of Pennsylvania and owns real property located at 1541 Gerona Terrace, North Port, Florida 34286. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

561.  Plaintiff, Roseanne Wilfer is a citizen of Louisiana and owns real property located at 1202 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

562.  Plaintiffs, Ryan and Danielle Willey are citizens of Florida and together own real property located at 1722 Graduate Way, Pensacola, Florida 32514.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

563.  Plaintiff, Catina Williams is a citizen of Florida and owns real property located at 1032 Kindly Road, North Ft. Myers, Florida 33903.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

564.  Plaintiffs, Damien and Claudette Williams are citizens of Louisiana and together own real property located at 2904 Alana Lane, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

565.  Plaintiff, Deborah Williams is a citizen of Louisiana and owns real property located at 2101 Caluda Lane, Violet, Louisiana 70092.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

566.  Plaintiffs, Jeffrey and Joan Williams are citizens of Iowa and together own real property located at 2025 McArthur Avenue, Alva, Florida 33920.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

567.  Plaintiffs, Shelby and Arnelle Williams are citizens of Louisiana and together own real property located at 3844 Alexander Lane, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

568.  Plaintiff, Carolyn Wilson is a citizen of Louisiana and owns real property located at 9910 Grant Street, New Orleans, Louisiana 70127.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

569.  Plaintiff, Michael Wilson is a citizen of Florida and owns real property located at 513 SE 17th Place, Cape Coral, Florida 33990.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

570.  Plaintiffs, Reginald Wilson and Marsha Smith are citizens of Florida and together own real property located at 1917 North Liberty Street, Jacksonville, Florida 32206.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

571.  Plaintiffs, Wilbert and Joyce Wilson are citizens of Louisiana and together own real property located at 4619 Evangeline Drive, New Orleans, Louisiana 70127.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

572.  Plaintiffs, Kenneth and Barbara Wiltz are citizens of Louisiana and together own real property located at 5337 Cameron Blvd., New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

573.  Plaintiff, Robert Wischler is a citizen of Louisiana and owns real property located at 3387 Desaix Boulevard, New Orleans, Louisiana 70119.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

574.  Plaintiffs, Marc and Jennifer Wites are citizens of Florida and together own real property located at 17625 Middlebrooke Way, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

575.  Plaintiffs, Benjamin and Deborah Woodward are citizens of Florida and together own real property located at 10600 Tara Dawn Circle, Pensacola, Florida 32534.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

576.  Plaintiff, Claudia Woods is a citizen of Florida and owns real property located at 3804 N. 24th Street, Tampa, Florida 33610.  Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

577.  Plaintiffs, George and Adria Worthington are citizens of Florida and together own real property located at 169 SE 2nd Court, Deerfield Beach, Florida 33441.  Plaintiffs are

107

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

578. Plaintiff, Irvin Young is a citizen of Louisiana and owns real property located at 2224 Delary Street, New Orleans, Louisiana 70117. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

579. Plaintiff, Melissa Young is a citizen of Louisiana and owns real property located at 2909 Monica Lane, Marrero, Louisiana 70072. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

580. Plaintiff, Louis Zelazny is a citizen of Florida and owns real property located at 405 NW 8th Terrace, Cape Coral, Florida 33993. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

581. Plaintiffs, Michael and Linda Zubrowski are citizens of Louisiana and together own real property located at 109 Indian Mound Lane, Slidell, Louisiana 70461. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

## DEFENDANTS

582. Unless specifically stated to the contrary, all individual defendants are citizens of the state where they do business and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and

belief that the entity is incorporated and/or organized in the state of its principal place of business.

### The Manufacturing Defendants

583.  Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.

584.  Defendant, Taian Taishan Plasterboard Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant has continuously and systematically distributed and sold

drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States.  Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.  Upon information and belief, certain of the problematic drywall manufactured, imported, exported, distributed, supplied and/or brokered by Defendant bear markings that state, "Crescent City Gypsum, Inc." or "Crescent City."

585.  Defendant, Taian Taishan Plasterboard Co., Ltd. is a wholly owned subsidiary of Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd.

586.  Defendant, Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States.   Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.  Upon information and belief, Defendant is the manufacturer, importer, exporter, distributor, supplier and/or broker of drywall bearing markings that state, "Crescent City Gypsum, Inc."

587.  Defendant, Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao

Taishan Building Materials Co., Ltd. is a wholly owned subsidiary of Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. (Taian Taishan Plasterboard Co., Ltd.; Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.; and Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. are collectively referred to herein as "Taishan").

### The Distributor/Supplier/Importer/Exporter/Broker Defendants

588.  Defendant USG Corporation is a Delaware corporation with a principal place of business in Chicago, Illinois.  USG, together with its various affiliates, including its subsidiary, L&W Supply Corporation and Seacoast Supply Company, is the nation's largest distributor of drywall and related building products.  USG, through its subsidiary L&W Supply Corporation, sold, distributed, supplied, marketed, inspected, imported, exported, or delivered the drywall at issue in this litigation.  USG is responsible for the actions of its subsidiary through control person and other management activities.

589.  Defendant, L&W Supply Corporation d/b/a Seacoast Supply Company is an entity or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago, Illinois 60661.  Defendant is organized under the laws of Delaware.  L&W Supply Corporation is a subsidiary of USG.  Defendant is a importer, exporter, distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

590.  Defendant, Banner Supply Company Fort Myers, LLC is an entity or individual with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

591. Defendant, Banner Supply Company Pompano, LLC is an entity or individual with a principal place of business at 1660 SW 13th Court, Pompano Beach, Florida 33069. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

592. Defendant, Banner Supply Co. is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

593. Defendant, Banner Supply Company Port St. Lucie, LLC is an entity or individual with a principal place of business at Miami, Florida. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

594. Defendant, Banner Supply Company Tampa, LLC is an entity or individual with a principal place of business at Miami, Florida. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

595.  Defendant, Banner Supply International, LLC is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

596.  Defendant, Ace Home Center, Inc. is an entity or individual with a principal place of business at Robertsdale, Alabama.  Defendant is organized under the laws of Alabama. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

597.  Defendant, Devon International Industries, Inc. f/k/a Devon International Trading, Inc. is an entity or individual with a principal place of business at King of Prussia, Pennsylvania. Defendant is organized under the laws of Pennsylvania.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

598.  Defendant, Allied Building Products Corporation is an entity or individual with a principal place of business at 14025 S.W. 142nd Ave., Unit 1, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

599.  Defendant, American Building Materials, Inc. is an entity or individual with a principal place of business at 1102 No. 50th Street, Tampa, Florida 33619.  Defendant is

113

organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

600. Defendant, BE Wholesale is an entity or individual with a principal place of business at 81 Golden Property Road, Bremen, Georgia 30110. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

601. Defendant, Cabinets 4 Sure is an entity or individual with a principal place of business at 11 Ayers Spur, Buchanan, Georgia 30113. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

602. Defendant, Bailey Lumber & Supply Co. is an entity or individual with a principal place of business at 2829 Lakeland Drive, #1605, Jackson Mississippi 39208. Defendant is organized under the laws of Mississippi. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

603. Defendant, Bayou Building Products, LLC is an entity or individual with a service address at 749 Huckleberry Lane, Gretna, Louisiana 70056. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

604. Defendant, Black Bear Gypsum, LLC is an entity or individual with a service

address at 14733 Turnberry Court, Clearwater, Florida 33762.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

605.  Defendant, Bradford Lumber & Supply, Inc. is an entity or individual with a principal place of business at Louisiana.  Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

606.  Defendant, Home Depot U.S.A., Inc. is an entity or individual with a principal place of business at Wilmington, Delaware.  Defendant is organized under the laws of Delaware. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

607.  Defendant, Builder's Depot is an entity or individual with a principal place of business at 101 S. Robinson Road, Texarkarna, Texas 75501.  Defendant is organized under the laws of Texas.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

608.  Defendant, Building Supply House, L.L.C. is an entity or individual with a service address at 8550 United Plaza Blvd., Ste. 1001, Baton Rouge, Louisiana 70809.   Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that

engaged in these practices, which has resulted in harm and damages to Subclass Members.

609.  Defendant, Devon International Group, Inc. is an entity or individual with a principal place of business at 1100 First Avenue, Suite 100, King of Prussia, Pennsylvania 19406.  Defendant is organized under the laws of Pennsylvania.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

610.  Defendant, Devon International, Inc. is an entity or individual with a principal place of business at King of Prussia, Pennsylvania.  Defendant is organized under the laws of Pennsylvania.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

611.  Defendant, Devon International Industries is an entity or individual with a principal place of business at 1100 First Avenue, Suite 100, King of Prussia, PA 19406.  Defendant is organized under the laws of Pennsylvania.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

612.  Defendant, Gulf Coast Shelter, Inc. is an entity or individual with a principal place of business at Daphne, Alabama.  Defendant is organized under the laws of Oregon.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

613.  Defendant, Shelter Products, Inc. is an entity or individual with a principal place of business at Portland, Oregon.  Defendant is organized under the laws of Oregon.  Defendant is a

116

importer, exporter, distributor, supplier or broker of drywall and related building products that
engaged in these practices, which has resulted in harm and damages to Subclass Members.

614.   Defendant, Mazer's Discount Home Centers, Inc. is an entity or individual with a
principal place of business at Wilmington, Delaware.  Defendant is organized under the laws of
Delaware.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and
related building products that engaged in these practices, which has resulted in harm and
damages to Subclass Members.

615.   Defendant, Drive Enterprises, Inc. is an entity or individual with a principal place of
business at Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant is a
importer, exporter, distributor, supplier or broker of drywall and related building products that
engaged in these practices, which has resulted in harm and damages to Subclass Members.

616.   Defendant, Smokey Mountain Materials, Inc. is an entity or individual with a
principal place of business at 5218 S. National Drive, Knoxville, Tennessee 37914.  Defendant is
organized under the laws of Tennesse.  Defendant is a importer, exporter, distributor, supplier or
broker of drywall and related building products that engaged in these practices, which has
resulted in harm and damages to Subclass Members.

617.   Defendant, Lowe's Home Centers, Inc. is an entity or individual with a service
address at 327 Hillsborough Street, Raleigh, North Carolina 27603.  Defendant is organized
under the laws of North Carolina.  Defendant is a importer, exporter, distributor, supplier or
broker of drywall and related building products that engaged in these practices, which has
resulted in harm and damages to Subclass Members.

618.   Defendant, Interior/Exterior Building Supply, LP is an entity or individual with a

117

principal place of business at 727 S. Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

619. Defendant, Interior/Exterior Enterprises, LLC is an entity or individual with a principal place of business at Louisiana. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

620. Defendant, Johnson Lumber Co. Inc. is an entity or individual with a principal place of business at Albertville, Alabama. Defendant is organized under the laws of Alabama. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

621. Defendant, KC Gypsum d/b/a Rew Materials is an entity or individual with a principal place of business at 15720 W 108th Street, Suite 100, Lenexa, Kansas 66219. Defendant is organized under the laws of Kansas. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

622. Defendant, Millennium Builders, Inc. is an entity or individual with a principal place of business at 310 Pinehurst Street, Suite 3, Lafayette, Louisiana 70508. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

623.  Defendant, North Pacific Group is an entity or individual with a principal place of business at 10300 SW Greenburg Road, Portland, Oregon 97223.  Defendant is organized under the laws of Oregon.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

624.  Defendant, O.C.D. of S. Florida, Inc. is an entity or individual with a principal place of business at 3431 SW 11th Street, Unit 1, Deerfield Beach, Florida 33442.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

625.  Defendant, Osprey Gulf Shore Building Materials, Inc. is an entity or individual with a principal place of business at 4328 Domestic Avenue, Naples, Florida 34104.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

626.  Defendant, Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. is an entity or individual with a service address at 720 A. Barracks Street, Bldg. A, Pensacola, Florida 32502.  Defendant is organized under the laws of Alabama.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

627.   Defendant, Picayune Discount Building Supply is an entity or individual with a principal place of business at 1919 Palestine Road, Picayune, Mississippi 39466.  Defendant is organized under the laws of Mississippi.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

628.   Defendant, R & H Masonry Contractors, Inc. is an entity or individual with a principal place of business at 3909 Andrew Jackson Circle, Pace, Florida 32571.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

629.   Defendant, Rinker Materials of Florida, Inc. is an entity or individual with a principal place of business at 9111 Southern Boulevard, West Palm Beach, Florida 33411. Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

630.   Defendant, Robertsdale Ace Home Center is an entity or individual with a principal place of business at 21090 Hwy 59 S., Robertsdale, Alabama 36567.  Defendant is organized under the laws of Alabama.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

631.   Defendant, Rosen Building Supplies, Inc. is an entity or individual with a principal place of business at 5310 NW 33rd Avenue, Suite 100, Ft. Lauderdale, Florida 33309.  Defendant

is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

632. Defendant, Rosen Materials, LLC is an entity or individual with a principal place of business at 1371 Sawgrass Corporate Parkway, Sunrise, Florida 33323. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

633. Defendant, Shanghai Yuyuan Market Import and Export Co., Ltd. is a foreign corporation. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

634. Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd. is a foreign corporation. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

635. Defendant, SIIC Shanghai International Trade (Group) Co., Ltd. is a foreign corporation. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

636. Defendant, Stock Building Supply, LLC is an entity or individual with a principal place of business at 8020 Arco Corporate Drive, Raleigh, North Carolina 27617. Defendant is

121

organized under the laws of North Carolina.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

637.  Defendant, Stock Building Supply Holdings, LLC is an entity or individual with a principal place of business at 8020 Arco Corporate Drive, Raleigh, North Carolina 27617. Defendant is organized under the laws of North Carolina.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

638.  Defendant, Stuart Lumber Company is an entity or individual with a principal place of business at 414 Seybold Bldg., Miami, Florida .  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

639.  Defendant, Venture Supply, Inc. is an entity or individual with a principal place of business at 1140 Azalea Garden Road, Norfolk, Virginia 23502-5612.  Defendant is organized under the laws of Virginia.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

640.  Defendant, Vetter Lumber Company, Inc. is an entity or individual with a principal place of business at 7505 W. St. Bernard Hwy,, Arabi, Louisiana 70032.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm

and damages to Subclass Members.

641. Defendant, W.B. Howland Co., L.L.C. is an entity or individual with a principal place of business at 610 11th Street, Live Oak, Florida 32064. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

642. Defendant, Wolf & Bear Distributors d/b/a Wolf & Bear Holdings Corp. is an entity or individual with a principal place of business at Florida. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

643. Defendant, Gulf States & Import Co., Inc. is an entity or individual with a principal place of business at Louisiana. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

**The Developer/Builder Defendants**

644. Defendant, A & C Development, LLC is an entity or individual with a principal place of business at 4439 Park Blvd., Pinellas Park, Florida 33781. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

645. Defendant, A&D Homes, LLC is an entity or individual with a principal place of

business at 25 Homestead Road, Lehigh Acres, Florida 33963. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

646. Defendant, Aburton Homes, Inc. is an entity or individual with a service address at 2026 SW Justison Avenue, Port St. Lucie, Florida 34952. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

647. Defendant, Adams Homes Realty, Inc. is an entity or individual with a principal place of business at 5508 North W Street #B, Pensacola, Florida 32505. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

648. Defendant, Albanese-Popkin The Oaks Development Group, Inc. is an entity or individual with a principal place of business at 6111 Broken Sound Parkway NW, Ste. 200, Boca Raton, Florida 33487. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

649. Defendant, Albert Howard, Jr. is an entity or individual with a principal place of business at 2685 Columbus Highway, Box Springs, Georgia 31801. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these

124

homes, which has resulted in harm and damages to Subclass members as described herein.

650. Defendant, American Homes, LLC is an entity or individual with a principal place of business at Orlando, Florida. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

651. Defendant, Anadon Construction, LLC is an entity or individual with a principal place of business at 1211 Brownin Avenue, Birmingham, Alabama 35213. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

652. Defendant, Antilles Vero Beach, LLC is an entity or individual with a principal place of business at 370 W. Cannery Row Circle, Delray Beach, Florida 33444. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

653. Defendant, Ironwood Properties, Inc. is an entity or individual with a principal place of business at 202 SE 5th Avenue, Delray Beach, Florida 33483. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

654. Defendant, Aranda Homes, Inc. is an entity or individual with a principal place of

business at 1310 SW 4th Terrace, Cape Coral, Florida 33991. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

655. Defendant, Arizen Homes, Inc. is an entity or individual with a service address at 3905 NW 122nd Terrace, Sunrise, Florida 33323. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

656. Defendant, Ashton Tampa Residential, LLC d/b/a Ashton Woods Homes is an entity or individual with a principal place of business at 2450 Maitland Center Pkwy, Ste. 301, Maitland, Florida 32751. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

657. Defendant, Ashton Woods, LLC is an entity or individual with a principal place of business at 207 North Blvd. West, Leesberg, FL 34748. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

658. Defendant, Avalon Building Corporation of Tampa Bay is an entity or individual with a service address at 1716 Hermit Thrush Circle, Palm Harbor, Florida 34683. Defendant is

126

organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

659.  Defendant, Avalon Preserve Developers, LLC is an entity or individual with a service address at 11371 Compass Point Drive, Fort Myers, Florida 33908. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

660.  Defendant, Banner Homes of Florida, Inc. is an entity or individual with a service address at 8040 Excelsior Drive, Ste. 200, Madison, Wisconsin 53717. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

661.  Defendant, Malphus and Son General Contractors, Inc. is an entity or individual with a principal place of business at 17705 Crystal Cove Place, Lutz, Florida 33549. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

662.  Defendant, Bass Homes, Inc. is an entity or individual with a service address at 34661 Hwy. 59 South, Stapleton, Alabama 36578. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

663. Defendant, Beazer Homes, Corp. is an entity or individual with a principal place of business at 1000 Abernathy Road, Ste. 1200, Atlanta, Georgia 30328. Defendant is organized under the laws of Tennessee. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

664. Defendant, Blanchard Homes, Inc. is an entity or individual with a principal place of business at 796 Aberdeen Run, The Villages, Florida 32162. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

665. Defendant, Brandhurst Construction & Maintenance Co., Inc. is an entity or individual with a principal place of business at 30 Brittany Drive, Kenner, Louisiana 70006. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

666. Defendant, Breakwater Custom Homes, Inc. is an entity or individual with a principal place of business at 1998 Trade Center Way, Unit 4, Naples, Florida 34109. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

667. Defendant, Bridges Development Group, Inc. is an entity or individual with a

principal place of business at 10701 N. Woodmere Road, Tampa, Florida 33617. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

668. Defendant, Bristol Corner, LLC is an entity or individual with a service address at 5115 16th Avenue South, Tampa, Florida 33619. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

669. Defendant, Statewide Associates, Inc. is an entity or individual with a principal place of business at 800 NW 83rd Terrace, Tamarac, Florida 33321. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

670. Defendant, C&G Development Group, LLC is an entity or individual with a principal place of business at 1229 Caper Coral Parkway E., Cape Coral, FL 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

671. Defendant, Cali-Florida Investments, Inc. is an entity or individual with a principal place of business at 3869 Grande Boulevard, Jacksonville, Florida 32250. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

672. Defendant, Caliber Homes, LLC is an entity or individual with a principal place of business at Bay Minette, Alabama. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

673. Defendant, Centerline Homes Construction, Inc. is an entity or individual with a service address at 20801 Biscayne Blvd., Ste. 501, Aventura, Florida 33180. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

674. Defendant, Centerline Homes, Inc. is an entity or individual with a service address at 20801 Biscayne Blvd., Ste. 501, Aventura, Florida 33180. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

675. Defendant, Completed Communities II, LLC is an entity or individual with a service address at 825 Coral Ridge Drive, Coral Springs, Florida 33071. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

676. Defendant, Centerline Homes at Tradition, LLC. is an entity or individual with a

service address at 20801 Biscayne Blvd., Ste. 501, Aventura, Florida 33180.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed problematic drywall in these homes, which has resulted in

harm and damages to Subclass members as described herein.

676. Defendant, Christopher O. and Valerie M. Jones are an entity or individuals with a

service address at 2065 Rogers Street, Picayune, Mississippi 39466.  Defendant built certain

Subclass Members' homes and, directly or through agents, installed problematic drywall in these

homes, which has resulted in harm and damages to Subclass members as described herein.

678. Defendant, Cierra Homes is an entity or individual with a principal place of

business at Harvey, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant

built certain Subclass Members' homes and, directly or through agents, installed problematic

drywall in these homes, which has resulted in harm and damages to Subclass members as

described herein.

679. Defendant, Citrus Park Development Group, LLC is an entity or individual with a

principal place of business at 10103 Hayfield Way, Tampa, Florida 33626.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed problematic drywall in these homes, which has resulted in

harm and damages to Subclass members as described herein.

680. Defendant, Coastal Living Homes, L.L.C. is an entity or individual with a principal

place of business at 9400 Block Lane, Estero, Florida 33928.  Defendant is organized under the

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed problematic drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

681.  Defendant, Conti Construction Company, Inc. is an entity or individual with a principal place of business at 6600 Pine Forest Road, Pensacola, Florida 32526.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

682.  Defendant, Core Construction, LLC. is an entity or individual with a service address at 555 NE 15th Street, 30-H, Miami, Florida 33132.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

683.  Defendant, Core Construction Services, Southeast, Inc. is an entity or individual with a principal place of business at 6320 Tower Lane, Sarasota, Florida 34240.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

684.  Defendant, Cornerstone Construction of SW Florida, Inc. is an entity or individual with a principal place of business at 5401 Jaeger Road, Naples, Florida 34109.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

685.  Defendant, D&A Construction Services, Inc. is an entity or individual with a principal place of business at 3341 SW Islesworth Circle, Palm City, Florida 34990.  Defendant

is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

686.  Defendant, Dalbert Poree' General Repairs & Renovations is an entity or individual with a principal place of business at 1919 Frenchmen Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

687.  Defendant, Dalbert J. Poree is an entity or individual with a principal place of business at 1919 Frenchmen Street, New Orleans, Louisiana 70119.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

688.  Defendant, Dalmau Construction, Corp. is an entity or individual with a principal place of business at Miami, Florida.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

689.  Defendant, David W. Stewart, Inc. is an entity or individual with a principal place of business at 53089 Highway 433, Slidell, Louisiana 70461.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

690.  Defendant, Deangelis Diamond Homes, Inc. is an entity or individual with a service address at 8085 Tauren Ct., Naples, Florida 34119.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

691.  Defendant, Deangelis Diamond Construction, Inc. is an entity or individual with a service address at 8085 Tauren Ct., Naples, Florida 34119.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

692.  Defendant, Deerfield Court Townhomes, LLC is an entity or individual with a principal place of business at 2070 N. Ocean Blvd., No. 3, Boca Raton, Florida 33431.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

693.  Defendant, Lavish Holding Corp. is an entity or individual with a principal place of business at 2070 N. Ocean Blvd., No. 3, Boca Raton, Florida 33431.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

694.  Defendant, Enchanted Homes, Inc. is an entity or individual with a service address at 11915 King James Court, Cape Coral, Florida 33991.  Defendant built certain Subclass

134

Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

695. Defendant, Esplanade Construction, L.L.C. is an entity or individual with a principal place of business at 3443 Esplandade Avenue, Ste. 423, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

696. Defendant, First Choice Homes of S.W. Florida, Inc. is an entity or individual with a service address at 4611 Lickskillet Rd., Blue Ridge, Georgia 30513. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

697. Defendant, Flips, L.L.C. is an entity or individual with a principal place of business at 2121 Brighton Place, Ste. G, Harvey, Louisiana 70058. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

698. Defendant, G.L. Homes of Boynton Beach Associates IX, Ltd. is an entity or individual with a service address at 1600 Sawgrass Corp. Parkway, Ste. 400, Sunrise, Florida 33323. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

699.  Defendant, G.L. Homes of Davie Associates, III, Ltd. is an entity or individual with a principal place of business at 1600 Sawgrass Corp. Parkway, Ste. 400, Sunrise, Florida 33323. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

700.  Defendant, Gabourel's Construction, L.L.C. an entity or individual with a service address at 1970 Giaise Street, Marrero, Louisiana 70072.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

701.  Defendant, Gilbert Lucas is an entity or individual with a principal place of business at 405 St. Andrew Street, New Orleans, Louisiana 70130.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

702.  Defendant, GLM Remodeling & Building Contractors, Inc. is an entity or individual with a principal place of business at 80 NE 4th Avenue 13, Delray Beach, Florida 33483. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

703.  Defendant, Grant Homes, LLC is an entity or individual with a principal place of business at 13366 Blythewood Drive, Spring Hill, Florida 34609.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through

136

agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

704.   Defendant, Gulfstream Development Group, LLC an entity or individual with a service address at 114 Del Prado Blvd. S., Cape Coral, Florida 33990.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

705.   Defendant, Hanover Homes, Inc. is an entity or individual with a principal place of business at 2407 SW Monterrey Lane, Port St. Lucie, Florida 34953.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

706.   Defendant, Hansen Homes of South Florida, Inc. is an entity or individual with a principal place of business at 1436 SE 16th Place, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

707.   Defendant, Heights Custom Homes, LLC is an entity or individual with a principal place of business at 2325 SW 16th Street, Cape Coral, Florida 33990 Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

708.   Defendant, Heritage Homes of Northwest FL, LLC is an entity or individual with a

principal place of business at 390 Hannah Street, Pensacola, Florida 32534. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

709. Defendant, Husley-Nezlo Construction, LLC is an entity or individual with a principal place of business at Albertville, Alabama. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

710. Defendant, James & Vita, L.L.C. is an entity or individual with a principal place of business at 109 Rue La Moth, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

711. Defendant, James G. Hoskins, Inc. d/b/a Chippendale is an entity or individual with a principal place of business at 1716 Green Meadow Drive, Lutz, Florida 33549. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

712. Defendant, Jim Walter Homes, Inc. is an entity or individual with a principal place of business at Tampa, Florida. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic

drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

713.   Defendant, Johnson & Johnson Home Repairs, L.L.C. is an entity or individual with a service address at 1613 South Saratoga Street, New Orleans, Louisiana 70113.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

714.   Defendant, Joseph Scott is an entity or individual with a principal place of business at 4967 Brittany Court, New Orleans, Louisiana 70124.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

715.   Defendant, JP Renovations, Inc. is an entity or individual with a service address at 930 Gulf Drive, Gretna, Louisiana 70053.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

716.   Defendant, Kaye Homes, Inc. is an entity or individual with a principal place of business at 1556 Serenety Circle, Naples, Florida 34110.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

717.   Defendant, KB Home Tampa, LLC is an entity or individual with a principal place of business at 3450 Buschwood Park Drive, #250, Tampa, Florida 33618.  Defendant is

139

organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

718.  Defendant, KB Home Florida, LLC is an entity or individual with a principal place of business at 10990 Wilshire Blvd., 7th Floor, Los Angeles, California 90024.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

719.  Defendant, KB Home Port St. Lucie, LLC n/k/a KB Home Treasure Coast, LLC is an entity or individual with a principal place of business at 9102 Southpark Central Loop, #200, Orlando, Florida 32819.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

720.  Defendant, Kenneth D. Nichols is an entity or individual with a principal place of business at 44 Bluebell Lane, Waggaman, Louisiana 70094.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

721.  Defendant, Kenwood Homes, Inc. is an entity or individual with a principal place of business at 5610 Division Drive, Ft. Myers, Florida 33905.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

722.   Defendant, Kimball Hill Homes Florida, Inc. is an entity or individual with a principal place of business at 5999 New Wike Road, Ste. 504, Rolling Meadows, Illinois 60008. Defendant is organized under the laws of Florida.   Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

723.   Defendant, L&J Builders, Inc. is an entity or individual with a principal place of business at 6 Intracoastal Way, Lake Worth, Florida 33460.   Defendant is organized under the laws of Florida.   Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

724.   Defendant, L.A. Homes, Inc. is an entity or individual with a principal place of business at Marrero, Louisiana.   Defendant is organized under the laws of Louisiana.   Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

725.   Defendant, Laporte Family Properties, LLC is an entity or individual with a principal place of business at 950 West Causeway Approach, Mandeville, Louisiana 70471. Defendant is organized under the laws of Louisiana.   Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

726.   Defendant, Legend Custom Builders, Inc. is an entity or individual with a principal

place of business at 1429 Colonial Blvd., Ste. 201, Fort Myers, Florida 33907.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

727.  Defendant, Lennar Corporation is an entity or individual with a principal place of business at 700 NW 107th Avenue, Ste. 400, Miami, Florida 33273.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

728.  Defendant, Liberty Home Builders, Inc. is an entity or individual with a principal place of business at 585 SW Biltmore Street, Port Saint Lucie, Florida 34983.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

729.  Defendant, Lighthouse Construction, L.L.C. is an entity or individual with a principal place of business at 7513 Elliot Road, Baton Rouge, Louisiana 70817.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

730.  Defendant, S.A. Weber Construction, LLC is an entity or individual with a principal place of business at 7513 Elliott Road, Baton Rouge, Louisiana 70817.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

731.  Defendant, Maranatha Construction, Inc. is an entity or individual with a principal place of business at 12431 Brookshire Avenue, Baton Rouge, Louisiana 70815.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

732.  Defendant, Lonnie Vollentine is an entity or individual with a principal place of business at 67323 Salt Lick Lane, Lacombe, Louisiana 70445.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

733.  Defendant, LTL Construction, Inc. is an entity or individual with a principal place of business at 2601 East 4th Avenue, Tampa, Florida 33605.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

734.  Defendant, Lucas Construction Corp. is an entity or individual with a principal place of business at 5742 Louis Prima Drive, West, New Orleans, Louisiana 70128.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

735.  Defendant, M/I Homes, Inc. is an entity or individual with a principal place of business at 3 Easton Oval, Ste. 500, Columbus, Ohio 43219.  Defendant is organized under the laws of Ohio.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

736.  Defendant, MacGlen Builders, Inc. is an entity or individual with a principal place of business at 5985 South River Circle, Macclenny, Florida 32063.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

737.  Defendant, MacIntosh Homes, LLC is an entity or individual with a principal place of business at 470 Courthouse Drive, Gulfport, Mississippi 39507.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

738.  Defendant, Madussa, LLC is an entity or individual with a principal place of business at Fort Myers, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

739.  Defendant, Maronda Homes, Inc. of Florida is an entity or individual with a principal place of business at 1383 St. Route 30, Clinton, Pennsylvania 15026.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

740.  Defendant, Matsa Construction Company, Inc. is an entity or individual with a principal place of business at 14167 SW 143rd Court, Miami, Florida  33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

741.  Defendant, MC Contractors, Inc. is an entity or individual with a principal place of business at 4040 16 Avenue SE, Naples, Florida 34117.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

742.  Defendant, MC-Ft. Myers Associates, Ltd. is an entity or individual with a principal place of business at 1986 NE 149th Street, North Miami, Florida 33181.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

743.  Defendant, Lauris Boulanger, Inc. is an entity or individual with a principal place of business at 1986 NE 149th Street, Miami, Florida 33181.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

744. Defendant, McCar Homes, Inc. is an entity or individual with a principal place of business at 4125 Old Milton Parkway, Alpharetta, Georgia 30005. Defendant is organized under the laws of Georgia. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

745. Defendant, Medallion Homes Gulf Coast, Inc. is an entity or individual with a principal place of business at 2212 58th Ave., E. Bradenton, Florida 34203. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

746. Defendant, Merit Homes, Inc. is an entity or individual with a principal place of business at 2436 Park Road, Lehigh Acres, Florida 33971. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

747. Defendant, Mills Construction is an entity or individual with a principal place of business at 10160 I-10 Service Road, New Orleans, Louisiana 70127. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

748. Defendant, Russell Mills is an entity or individual with a principal place of business at 10160 I-10 Service Road, New Orleans, Louisiana 70127. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

749. Defendant, Mitchell Homes, Inc. is an entity or individual with a principal place of business at 41 W. 165 Service Road N, Mobile, Alabama 36608. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

750. Defendant, MSC of NWF, Inc. an entity or individual with a with a principal place of business at 1694 Champagne Avenue, Gulf Breeze, FL 32563. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

751. Defendant, MW Johnson Construction of Florida, Inc. an entity or individual with a service address at 16823 Island Avenue, Lakeville, Minnesota 55044. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

752. Defendant, New Harbor Lofts, LLC is an entity or individual with a principal place of business at Weston, Florida. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic

drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

753. Defendant, Northstar Holdings at B and A, LLC is an entity or individual with a principal place of business at 1732 S. Congress Ave., Ste 335, Palm Springs, Florida 33461. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

754. Defendant, Oyster Bay Homes, Inc. is an entity or individual with a principal place of business at 4207 Lee Blvd., Lehigh Acres, Florida 33971. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

755. Defendant, Palm Isle Holdings, LLC an entity or individual with a service address at 436 SW 8 Street, Ste. 2000, Miami, Florida 33130. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

756. Defendant, Pat's Construction, LLC is an entity or individual with a principal place of business at 6396 Citrus Avenue, Ft. Pierce, Florida 34982. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

757. Defendant, Preferred Homes is an entity or individual with a principal place of

business in Louisiana. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

758. Defendant, Pride Homes of Lakes by the Bay-Parcel H, LLC is an entity or individual with a principal place of business at 12248 SW 127th Avenue, Miami, Florida 33186. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

759. Defendant, Princeton Homes, Inc. is an entity or individual with a principal place of business at 500 Australian Ave, SO, Suite 120, West Palm Beach, Florida 33401. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

760. Defendant, Pukka Development, Inc. is an entity or individual with a principal place of business at 252 Ocean Bay Drive, Jensen Beach, Florida 34957. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

761. Defendant, Sumaj Builders Corporation an entity or individual with a service address at 5110 Kathy Lane, West Palm Beach, Florida 33415. Defendant is organized under the

149

laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

762. Defendant, R.D.S. Construction is an entity or individual with a principal place of business at 11629 Greensleeve Avenue, Tampa, Florida 33626. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

763. Defendant, RCL Development, Inc. is an entity or individual with a principal place of business at 5099 Highway AIA, Ste. 200, Vero Beach, Florida 32963. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

764. Defendant, Richard Jones Construction Company, Inc. an entity or individual with a service address at 231 SW 12th Avenue, Pompano Beach, Florida 33069. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

765. Defendant, Rivercrest LLC/The St. Joe Company an entity or individual with a service address at 245 Riverside Ave., Ste. 500, Jacksonville, Florida 32202. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in

harm and damages to Subclass members as described herein.

766.   Defendant, Rogers Company, L.L.C. is an entity or individual with a principal place of business at 125 Country Club Drive West, Destin, Florida 32541.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

767.   Defendant, Rottlund Homes of Florida, Inc. is an entity or individual with a principal place of business at 2367 McCormick Drive, Clearwater, Florida 33759.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

768.   Defendant, S. George Investments, LLC is an entity or individual with a principal place of business at 6549 Dwyer Road, New Orleans, Louisiana 70126.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

769.   Defendant, Safeway Contractors, L.L.C. is an entity or individual with a principal place of business at 705 Florida Street, River Ridge, Louisiana 70123.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

770.   Defendant, Shoma Homes Splendido, Inc. is an entity or individual with a principal

place of business at 5835 Blue Lagoon Drive, 4th Floor, Miami, Florida 33126. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

771. Defendant, Sino Industries, Inc. is an entity or individual with a principal place of business at 5015 E. Hillsborough Avenue, Tampa, Florida 33610. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

772. Defendant, Smith Family Homes Corporation is an entity or individual with a principal place of business at 5110 Eisenhower Blvd., Ste. 160, Tampa, Florida 33634. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

773. Defendant, Solid Construction of the Gulf Coast d/b/a Westerheim Homes is an entity or individual with a principal place of business at 3108 Brittany Court, Pensacola, Florida 32504. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

774. Defendant, Southern Bay Homes, Inc. is an entity or individual with a principal place of business at 9990 Coconut Road, Bonita Springs, Florida 34135. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

775. Defendant, Southern Community Homes, Inc. an entity or individual with a service address at 1900 SW 97th Place, Ocala, Florida 34476. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

776. Defendant, Southern Homes of Broward XI, Inc. is an entity or individual with a principal place of business at 12895 SW 132nd Street, Ste. 200, Miami, Florida 33186. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

777. Defendant, Southern Star Construction Company, Inc. is an entity or individual with a principal place of business at 950 W. Causeway Approach, Mandeville, Louisiana 70471. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

778. Defendant, Sterling Communities at Talavera, LLC is an entity or individual with a principal place of business at 3090 Canterbury Drive, Boca Raton, Florida 33443. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

779.  Defendant, Sterling Communities, Inc. is an entity or individual with a principal place of business at 3090 Canterbury Drive, Boca Raton, Florida 33443.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

780.  Defendant, Steve Harrington Homes, Inc. is an entity or individual with a principal place of business at 2746 Greenridge Lane, Jay, Florida 32565.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

781.  Defendant, Steven R. Carter, Inc. is an entity or individual with a principal place of business at 3808 W. San Nicholas Street, Tampa, Florida 33629.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

782.  Defendant, Streamline Homes, Inc. is an entity or individual with a principal place of business at 6618 Green Acres Blvd., New Port Richey, Florida 34655.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

783.  Defendant, Taurus Homes, Inc. is an entity or individual with a principal place of business at 3563 Windsor Forest Court, Pace, Florida 32571.  Defendant is organized under the

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

784.  Defendant, Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. is an entity or individual with a principal place of business at 4900 N. Scottsdale Road, Ste. 2000, Scottsdale, Arizona 85251.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

785.  Defendant, The Haskell Company an entity or individual with a service address at 111 Riverside Avenue, Jacksonville, Florida 32202.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

786.  Defendant, Thompson Wood Products, Inc. is an entity or individual with a principal place of business in Covington, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

787.  Defendant, Three J's Remodeling, Incorporated is an entity or individual with a principal place of business at 134 Valencia Drive, Fort Walton Beach, Florida 32548.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in

155

harm and damages to Subclass members as described herein.

788.   Defendant, Timberline Builders, Inc. is an entity or individual with a principal place of business at 3618 Del Prado Blvd., Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

789.   Defendant, Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction is an entity or individual with a principal place of business at 2708 Guerra Drive, Violet, Louisiana 70092. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

790.   Defendant, Toula Properties, LLC is an entity or individual with a principal place of business at 22308 Fletcher Road, Ponchatoula, Louisiana 70454.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

791.   Defendant, Treasure Coast Communities, LLC is an entity or individual with a service address at 6301 SE Federal Hwy., Stuart, Florida 34997.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

792.   Defendant, Stuart South Group, L.C. is an entity or individual with a principal place

of business at 918 SE Lincoln Avenue, Stuart, Florida 34994.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

793.  Defendant, United Dream Builders, Inc. is an entity or individual with a principal place of business at 12304 Twin Branch Acres Road, Tampa, Florida 33626.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

794.  Defendant, United Home Builders, Inc. is an entity or individual with a principal place of business at Ft. Myers, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

795.  Defendant, US Home Corporation, a Delaware corporation is an entity or individual with a service address at 1209 Orange Street, Wilmington, Delaware 19801.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

796.  Defendant, Vasquez Construction Company, LLC is an entity or individual with a service address at 5859 Seneca Street, Detroit, Michigan 48213.  Defendant is organized under the laws of Michigan.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

797.  Defendant, Venetian Village, LLC is an entity or individual with a principal place of business at 3972 W Eau Gallie Blvd., Ste. A, Melbourne, Florida 32934.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

798.  Defendant, Welsh Companies of Brevard, Inc. is an entity or individual with a principal place of business at 3972 W. Eau Gallie Blvd., Ste. A, Melbourne, Florida 32934. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

799.  Defendant, Welsh Construction, LLC is an entity or individual with a principal place of business at 3972 W. Eau Gallie Blvd., Ste. A, Melbourne, Florida 32934. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

800.  Defendant, Venus Street, LLC is an entity or individual with a principal place of business at 10980 N.E. 29th Avenue, Aventura, Florida 33180. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

801. Defendant, Vet Construction, Inc. is an entity or individual with a principal place of business at 709 North Armada Road, Venice, Florida 34285. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

802. Defendant, Westminster Builders, Inc. is an entity or individual with a principal place of business at 8910 Wendy Lane W, West Palm Beach, Florida 33411. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

803. Defendant, Wyman Stokes Builder, LLC is an entity or individual with a principal place of business at 9340 College Parkway, Ft. Myers, Florida 33919. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed problematic drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

**The Contractor/Installer Defendants**

804.     Defendant, 84 Lumber, LP is an entity or individual with a principal place of business at 700 South Henderson Road, Suite 225, King of Prussia, Pennsylvania 19406. Defendant is organized under the laws of Pennsylvania. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

805. Defendant, Advantage Builders of America, Inc. is an entity or individual with a

159

principal place of business at Fort Myers, Florida.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

806.  Defendant, AI Brothers, Inc. is an entity or individual with a service address at 919 S. Charlotte Street, Lombard, Illinois 60148.  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

807.  Defendant, All County Drywall Service, Inc. is an entity or individual with a principal place of business at 514 Sugar Creek Drive, Plant City, Florida 33563.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

808.  Defendant, ATCO Int. Corp. is an entity or individual with a service address at 150 E. 1st Avenue, Hialeah, Florida 33010.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

809.  Defendant, Bayou Contracting, LLC is an entity or individual with a principal place of business at 2728 Crestview Street, Kenner, Louisiana 70062.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

810.   Defendant, Kevin McCusker is an entity or individual with a principal place of business at 1236 N. Robertson Street, New Orleans, Louisiana 70124.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

811.   Defendant, Bel-Tex Contracting, Inc. is an entity or individual with a principal place of business at 330 Eden Isles, Slidell, Louisiana 707458.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

812.   Defendant, Better Boxing is an entity or individual with a service address a 1600 N. Upland Avenue, Metairie, Louisiana 70003.  Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

813.   Defendant, Bradford Lumber & Supply, Inc. is an entity or individual with a service address at 3222 Deborah Drive, Monroe, Louisiana 71201.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

814.   Defendant, Bayou Building Products, LLC is an entity or individual with a service

address at 749 Huckleberry Lane, Gretna, Louisiana 70056. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

815. Defendant, Baron Construction is an entity or individual with a service address at 749 Huckleberry Lane, Terrytown, Louisiana. 70056. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

816. Defendant, Broadmoor Development Corp. is an entity or individual with a service address at 4520 S. Derbigny Street, New Orleans, Louisiana 70125. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

817. Defendant, C.A. Steelman, Inc. is an entity or individual with a principal place of business at 2271 Bruner Lane, Suite 5, Fort Myers, Florida 33912. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

818. Defendant, Chabot Enterprises, Inc. is an entity or individual with a principal place of business at Stuart, Florida. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of

certain Subclass Members, which has resulted in harm and damages to Subclass Members.

819.  Defendant, Global Home Builders, LLC is an entity or individual with a principal place of business at Port St. Lucie, Florida.  Defendant is organized under the laws of Florida.  . Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

820.  Defendant, Clayton's Drywall, Inc. is an entity or individual with a principal place of business at 6405 61st Court, Vero Beach, Florida 32967.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

821.  Defendant, Custom Drywall is an entity or individual with a service address at 7925 Simon Street, Metairie, Louisiana 70003.  Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

822.  Defendant, D & J Development, LLC is an entity or individual with a principal place of business at Weston, Florida.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

823.  Defendant, Jade Organization General Contractor, LLC is an entity or individual with a principal place of business at Weston, Florida.  Defendant is organized under the laws of

Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

824. Defendant, The Jade Organization, Inc. is an entity or individual with a principal place of business at Weston, Florida. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

825. Defendant, D & W Drywall is an entity or individual with a principal place of business at 12445 Prospero Drive, Pensacola, Florida 32506. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

826. Defendant, Darius Henry is an entity or individual with a principal place of business at 3327 Bruxelles Street, New Orleans, Louisiana 70122. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

827. Defendant, Delgado's Painting is an entity or individual with a service address at 422 Terry Parkway, Gretna, Louisiana 70056. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

828. Defendant, Design Drywall of South Florida, LLC is an entity or individual with a

164

service address at 4444 S.W. 71st Avenue #107, Miami, Florida 33155. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

829. Defendant, Emerald Coast Drywall, LLC is an entity or individual with a principal place of business at 6403 Ashborough Court, Apt. B, Milton, Florida 32570. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

830. Defendant, Eric Manuel is an entity or individual with a service address at 3000 Claire Avenue, Grenta, Louisiana 70053. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

831. Defendant, Florida Style Services, Inc. is an entity or individual with a service address at 5309 Cocoa Court, Cape Coral, Florida 33904. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

832. Defendant, Florida Walls, Inc. is an entity or individual with a principal place of business at 2351 Bishop 78 Drive, Alva, Florida 33920. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass

Members.

833. Defendant, G. Drywalls Corporation is an entity or individual with a principal place of business at 12951 SW 124th Street, Miami, Florida 33186. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

834. Defendant, G&B Roofing is an entity or individual with a principal place of business at 503 Du Monde Drive, Westwego, Louisiana 70094. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

835. Defendant, Gleibe Chavez is an entity or individual with a service address at 214 Cotton Street, Metairie, Louisiana 70005. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

836. Defendant, Gregg Neiberg Drywall is an entity or individual with a principal place of business at 1743 SW South Macedo Blvd., Port St. Lucie, Florida 34984. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

837. Defendant, Gulf Contracting, Inc. is an entity or individual with a principal place of business at 1625 28th Street, South, St. Petersburg, Florida 33712. Defendant is organized under

166

the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

838.  Defendant, Gulf South Drywall is an entity or individual with a principal place of business at 9551 Lancaster Road, Theodore, Alabama 36582.  Defendant is organized under the laws of Alabama.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

839.  Defendant, Harrell's Drywall, Inc. is an entity or individual with a principal place of business at 504 Debuel Road, Lutz, Florida 33549.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

840.  Defendant, Florida Drywall, Inc. is an entity or individual with a principal place of business at 5000 Palm Avenue, Cocoa, Florida 32926.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

841.  Defendant, HC Seals Drywall Partners is an entity or individual with a principal place of business at 125 George Mitchell Road, Carriere, Mississippi 39426.  Defendant is organized under the laws of Mississippi.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in

harm and damages to Subclass Members.

842.   Defendant, J&A Brothers, Inc. is an entity or individual with a principal place of business at 9780 NW 79 Avenue, Hialeah Gardens, Florida 33016.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

843.   Defendant, J. Wade Payne, LLC is an entity or individual with a principal place of business at 900 South Bengal Road, Metairie, Louisiana 70003.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

844.   Defendant, J.W. Hodges Drywall, Inc. is an entity or individual with a principal place of business at 2771 Vista Parkway, Suite F4, West Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

845.   Defendant, James Drywall, LLC is an entity or individual with a principal place of business at 431 NW 36th Place, Cape Coral, Florida 33993.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

846.   Defendant, Johnny Weary is an entity or individual with a service address at 616

Lincerne Street, Bogalusa, Louisiana 70427. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

847. Defendant, Joseph E. Bellande is an entity or individual with a principal place of business at 2900 St. Marie Street, Meraux, Louisiana 70075. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

848. Defendant, Kenneth Campo is an entity or individual with a principal place of business at 1301 Ysclockey Hwy., Saint Bernard, Louisiana 70085. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

849. Defendant, LA Home Improvement of New Orleans, LLC is an entity or individual with a service address at 3523 Piedemont Drive, New Orleans, Louisiana 70122. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

850. Defendant, Maguel Torez is an entity or individual with a principal place of business at 1629 Choctaw Street, New Orleans, Louisiana 70017. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

851. Defendant, Manuel Development Corporation is an entity or individual with a

service address at 4332 Country Club Circle, Virginia Beach, VA 23455. Upon information and

belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass

Members, which has resulted in harm and damages to Subclass Members.

852. Defendant, Mario Salvana is an entity or individual with a service address at 3120

St. Phillip Street, New Orleans, Louisiana 70119. Upon information and belief, Defendant

constructed or installed problematic drywall in the homes of certain Subclass Members, which

has resulted in harm and damages to Subclass Members.

853. Defendant, Martinez Drywall & Painting, L.L.C. is an entity or individual with a

service address at 515 Drury Lane, Slidell, Louisiana 70460. Defendant is organized under the

laws of South Carolina. Upon information and belief, Defendant constructed or installed

problematic drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

854. Defendant, Meeks Drywall & Stucco, Inc. is an entity or individual with a service

address at 8305 Tolles Drive, North Fort Myers, Florida 33917. Defendant is organized under

the laws of Florida. Upon information and belief, Defendant constructed or installed problematic

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

855. Defendant, Mercado Enterprises, Inc. is an entity or individual with a principal

place of business at 12690 NW South River Drive, Medley, Florida 33178. Defendant is

organized under the laws of Florida. Upon information and belief, Defendant constructed or

installed problematic drywall in the homes of certain Subclass Members, which has resulted in

harm and damages to Subclass Members.

856.  Defendant, Mid-State Drywall, Inc. is an entity or individual with a principal place of business at 1650 No. Highway 301, P.O. Box 1564, Dade City, Florida 33525.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

857.  Defendant, O.C.D. of S. Florida, Inc. is an entity or individual with a principal place of business at 3431 SW 11th Street, Unit 1, Deerfield Beach, Florida 33442.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

858.  Defendant, P.D.C. Drywall Contractors, Inc. is an entity or individual with a principal place of business at 3489 SE Gran Parkway, Stuart, Florida 34997.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

859.  Defendant, Mesa Construction Group, Inc. is an entity or individual with a principal place of business at 7300 SW 8 Ct., N. Lauderdale, Florida  33068.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

860.  Defendant, Other Brothers Drywall, Inc. is an entity or individual with a principal place of business at 280 Lock Road, Deerfield Beach, Florida 33442.  Defendant is organized

171

under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

861.  Defendant, Precision Drywall, Inc. is an entity or individual with a principal place of business at 352 Tall Pines Road, Unit E, West Palm Beach, Florida 33413.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

862.  Defendant, Preferred Homes is an entity or individual with a service address at 2325 Manhattan Blvd., Harvey, Louisiana 70058.  Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

863.  Defendant, R & B Housing, LLC is an entity or individual with a principal place of business at 401 Oakwood Street, Bossier City, LA 71111.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

864.  Defendant, Residential Drywall, Inc. is an entity or individual with a principal place of business at 9237 Lazy Lane, Tampa, Florida 33614.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass

172

Members.

865.  Defendant, Rightway Drywall, LLC  is an entity or individual with a principal place

of business at 224 East Derby Avenue, Auburndale, Florida 33823.  Defendant is organized

under the laws of Florida.  Upon information and belief, Defendant constructed or installed

problematic drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

866.  Defendant, Rightway Drywall, Inc. is an entity or individual with a principal place

of business at 7425 Cochran Street, Macon, Georgia 31216.  Defendant is organized under the

laws of Georgia.  Upon information and belief, Defendant constructed or installed problematic

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

867.  Defendant, Robert Matriene is an entity or individual with a service address at

21535 Noble Reames Road, Zachary, Louisiana 70791.  Upon information and belief, Defendant

constructed or installed problematic drywall in the homes of certain Subclass Members, which

has resulted in harm and damages to Subclass Members.

868.  Defendant, Roman Gonzalez is an entity or individual with a service address at

3232 Sugar Mill Road, Kenner, Louisiana 70065.  Upon information and belief, Defendant

constructed or installed problematic drywall in the homes of certain Subclass Members, which

has resulted in harm and damages to Subclass Members.

869.  Defendant, S.A.M. Drywall, Inc. is an entity or individual with a principal place of

business at 5600 Zip Drive, Fort Myers, Florida 33905.  Defendant is organized under the laws of

Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in

the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

870.  Defendant, Shear Corp. is an entity or individual with a principal place of business at 5490 Lee Street, Lehigh Acres, Florida 33971.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

871.  Defendant, Siesta Bay Custom Homes, LLC is an entity or individual with a principal place of business at 15750 Quail Train, Ft. Myers, Florida 33912.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

872.  Defendant, Sinceno Construction, LLC is an entity or individual with a service address at 2517 Virginia Colony Avenue, LaPlace, Louisiana 70068.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

873.  Defendant, South Florida Custom Trim, Inc. is an entity or individual with a principal place of business at 4600 Mahogany Ridge Drive, Naples, Florida 34119.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

174

874.  Defendant, St. Joe Home Building LP is an entity or individual with a service address at 245 Riverside Ave., Ste. 500, Jacksonville, Florida 32202.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

875.  Defendant, Steven Sweet Drywall, LLC is an entity or individual with a principal place of business at 1511 Wetstone Drive, Tampa, Florida 33613.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

876.  Defendant, Struggler Drywall, LLC is an entity or individual with a principal place of business at P.O. Box 1463, Pelham, Alabama 35124.  Defendant is organized under the laws of Alabama.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

877.  Defendant, Suncoast Drywall, Inc. is an entity or individual with a principal place of business at 9333 Eden Drive, Tampa, Florida 33610.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

878.  Defendant, Supreme Builders, Inc. is an entity or individual with a principal place of business at 6142 Royal Palm Beach Blvd., West Palm Beach, Florida 33412.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or

installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

879. Defendant, Talmadge Drywall, Inc. is an entity or individual with a principal place of business at 7007 Aspen Avenue, Tampa, Florida 33637. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

880. Defendant, Troy Patterson Drywall, LLC is an entity or individual with a principal place of business at 6466 Kennington Circle, Milton, Florida 32570. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

881. Defendant, Wholesale Direct Lumber, LLC is an entity or individual with a service address at 2713 Bienville Street, New Orleans, Louisiana 70119. Upon information and belief, Defendant constructed or installed problematic drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

## FACTS REGARDING PROBLEMATIC DRYWALL

882. Defendants' drywall is predominately composed of gypsum.

883. In "problematic drywall" (such as that designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold by Defendants herein), sulfur compounds exit the drywall.

884. The sulfur compounds, including Hydrogen Sulfide, Carbonyl Sulfide, and Carbon

Disulfide, exit Defendants' drywall and cause rapid sulfidation and damage to personal property
(such as air conditioning and refrigerator coils, faucets, utensils, electrical wiring, copper,
electronic appliances and other metal surfaces and property).

885. Exposure to the sulfur compounds that exit Defendants' drywall, causes personal
injury resulting in eye problems, sore throat and cough, nausea, fatigue, shortness of breath, fluid
in the lungs, and/or neurological harm.

886. Although the drywall functions according to its intended purpose as a building
component, it is unfit for this purpose due to the damaging side effects and/or because its use is
so inconvenient that Plaintiffs would not have purchased their homes had the side effects been
disclosed by Defendants.

887. As a direct and proximate result of Defendants' actions and omissions, Plaintiffs'
and the Class Members' structures, personal property, and bodies have been exposed to
Defendants' problematic drywall and the harmful effects of the sulfur compounds that exit from
Defendants' problematic drywall.

888. Defendants tortiously manufactured, exported, imported, distributed, delivered,
supplied, inspected, installed, marketed and/or sold the problematic drywall, which was unfit for
its intended purpose and unreasonably dangerous in its normal use in that the drywall caused
rapid sulfidation and damage to personal property in Plaintiffs' and Class Members' homes,
residences or structures and/or caused personal injury resulting in eye problems, a sore throat and
cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

889. Defendants recklessly, wantonly, and/or negligently manufactured, exported,
imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the

177

problematic drywall at issue in this litigation.

890.   Defendants recklessly, wantonly and/or negligently implemented faulty procedures for purposes of formulating, preparing, testing, and otherwise ensuring the quality and/or character of the problematic drywall at issue in this litigation.

891.   As a direct and proximate result of Defendants' problematic and unfit drywall and the harmful effects of the sulfur compounds exit these products, Plaintiffs and Class Members have suffered, and continue to suffer economic harm and/or personal injury.

892.   As a direct and proximate result of Defendants' problematic and unfit drywall and the harmful effects of the sulfur compounds exit these products, the Plaintiffs and the Class Members have suffered, and continue to suffer damages.  These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove the problematic drywall and other property that has been impacted; lost value or devaluation of their homes, residences or structures and property as a direct result of damage caused to the property and indirect damage resulting from perceived defects to the property, including stigma damages; loss of use and enjoyment of their home and property; and/or damages associated with personal injuries.

893.   As a direct and proximate result of Defendants' problematic and unreasonably dangerous drywall and the harmful effects of the sulfur compounds that exit these products, Plaintiffs and the Class Members have been exposed to harmful sulfur compounds, suffered personal injury, have been placed at an increased risk of disease, and have need for injunctive relief in the form of repair and remediation of their home, recision of contracts, the ordering of emergency/corrective notice, the ordering of testing and monitoring, and/or the ordering of

medical monitoring.

# CLASS ACTION ALLEGATIONS

## The TAISHAN CLASS

894.  All Plaintiffs bring this suit as a class action pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and the following Class comprised of:

> All owners and residents (past or present) of real property located in the United States containing problematic Chinese drywall manufactured, sold, distributed, and/or supplied by Taishan.

## The Distributor/Supplier/Importer/Exporter/Broker Subclasses (Subclasses 1-55)

895.  The representative Plaintiffs with claims against their distributors/suppliers, set forth in the attached Schedule "1" (the alignment of Plaintiffs and Defendants is depicted in Schedule 1 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the distributors/suppliers for whom they have standing.  The designated Plaintiffs in Schedule 1 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing Taishan's problematic drywall that was sold, distributed, supplied, marketed, inspected, imported, exported, brokered, or delivered by each defendant identified in Schedule 1.

896.  The Distributor/Supplier/Importer/Exporter/Broker subclasses identified in Schedule 1 are comprised as follows:

Subclass #1:   Ace Home Center, Inc.
Subclass #2:   Allied Building Products Corporation
Subclass #3:   American Building Materials, Inc.

Subclass #4:   Bailey Lumber & Supply Company
Subclass #5:   Banner Supply Co.
Subclass #6:   Banner Supply Company Fort Myers, LLC
Subclass #7:   Banner Supply Company Pompano, LLC
Subclass #8 :  Banner Supply Company Port St. Lucie, LLC
Subclass #9:   Banner Supply Company Tampa, LLC
Subclass #10:  Banner Supply International, LLC
Subclass #11:  Bayou Building Products, LLC
Subclass #12:  BE Wholesale
Subclass #13:  Black Bear Gypsum, LLC
Subclass #14:  Bradford Lumber & Supply, Inc.
Subclass #15:  Builder's Depot
Subclass #16:  Building Supply House, L.L.C.
Subclass #17:  Cabinets 4 Sure
Subclass #18:  Devon International Group, Inc.
Subclass #19:  Devon International, Inc.
Subclass #20:  Devon International Industries
Subclass #21:  Devon International Industries, Inc. f/k/a Devon International Trading, Inc.
Subclass #22:  Drive Enterprises, Inc.
Subclass #23:  Gulf Coast Shelter, Inc.
Subclass #24:  Gulf States & Import Co., Inc.
Subclass #25:  Home Depot U.S.A., Inc.
Subclass #26:  Interior/Exterior Building Supply, LP
Subclass #27:  Interior/Exterior Enterprises, LLC
Subclass #28:  Johnson Lumber Co., Inc.
Subclass #29:  KC Gypsum d/b/a Rew Materials
Subclass #30:  L&W Supply Corporation d/b/a Seacoast Supply Company
Subclass #31:  Lowe's Home Centers, Inc.
Subclass #32:  Mazer's Discount Home Centers, Inc.
Subclass #33:  Millennium Builders, Inc.
Subclass #34:  North Pacific Group
Subclass #35:  O.C.D. of S. Florida, Inc.
Subclass #36:  Orient International Holding Shanghai Foreign Trade Co., Ltd.
Subclass #37:  Osprey-Gulf Shore Building Materials, Inc.
Subclass #38:  Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc.
Subclass #39:  Picayune Discount Building Supply
Subclass #40:  R & H Masonry Contractors, Inc.
Subclass #41:  Rinker Materials of Florida, Inc.
Subclass #42:  Robertsdale Ace Home Center
Subclass #43:  Rosen Building Supplies, Inc.
Subclass #44:  Rosen Materials, LLC
Subclass #45:  Shanghai Yuyuan Market Import & Export Co., Ltd.
Subclass #46:  Shelter Products, Inc.

Subclass #47: SIIC Shanghai International Trade (Group) Co., Ltd.
Subclass #48: Smokey Mountain Materials, Inc.
Subclass #49: Stock Building Supply Holdings, LLC
Subclass #50: Stock Building Supply, LLC
Subclass #51: Stuart Lumbar Company
Subclass #52: Venture Supply, Inc.
Subclass #53: Vetter Lumber Company, Inc.
Subclass #54: W.B. Howland Co., L.L.C.
Subclass #55: Wolf & Bear Distributors d/b/a Wolf & Bear Holdings, Corp.

## The Builder/Developer Subclasses (Subclasses 56-215)

897.  The representative Plaintiffs with claims against their builders/developers, set forth

in the attached Schedule "2" (the alignment of Plaintiffs and Defendants is depicted in Schedule

2 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or

23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly

situated, against the builders/developers for whom they have standing.  The designated Plaintiffs

in Schedule 2 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located
> in the United States containing Taishan's problematic drywall
> where each of the defendants identified in Schedule 2 was the
> builder or developer of the property.

898.  The builder/developer subclasses identified in Schedule 2 are comprised as follows:

Subclass #56:      A & C Development, LLC
Subclass #57:      A&D Homes, LLC
Subclass #58:      Aburton Homes, Inc.
Subclass #59:      Adams Homes Realty, Inc.
Subclass #60:      Albanese-Popkin The Oaks Development Group Inc.
Subclass #61:      Albert Howard, Jr.
Subclass #62:      American Homes, LLC
Subclass #63:      Anadon Construction, LLC
Subclass #64:      Antilles Vero Beach, LLC
Subclass #65:      Aranda Homes, Inc.
Subclass #66:      Arizen Homes, Inc.
Subclass #67:      Ashton Tampa Residential, LLC d/b/a Ashton Woods Homes

181

| | |
|---|---|
| Subclass #68: | Ashton Woods, LLC |
| Subclass #69: | Avalon Building Corporation of Tampa Bay |
| Subclass #70: | Avalon Preserve Developers, LLC |
| Subclass #71: | Banner Homes of Florida, Inc. |
| Subclass #72: | Bass Homes, Inc. |
| Subclass #73: | Beazer Homes Corp. |
| Subclass #74: | Blanchard Homes, Inc. |
| Subclass #75: | Brandhurst Construction & Maintenance Co., Inc. |
| Subclass #76: | Breakwater Custom Homes, Inc. |
| Subclass #77: | Bridges Development Group, Inc. |
| Subclass #78: | Bristol Corner, LLC |
| Subclass #79: | C&G Development Group, LLC |
| Subclass #80: | Cali-Florida Investments, Inc. |
| Subclass #81: | Caliber Homes, LLC |
| Subclass #82: | Centerline Homes at Tradition, LLC |
| Subclass #83: | Centerline Homes Construction, Inc. |
| Subclass #84: | Centerline Homes, Inc |
| Subclass #85: | Christopher O. and Valerie M. Jones |
| Subclass #86: | Cierra Homes |
| Subclass #87: | Citrus Park Development Group, LLC |
| Subclass #88: | Coastal Living Homes, L.L.C. |
| Subclass #89: | Completed Communities II, LLC |
| Subclass #90: | Conti Construction Company, Inc. |
| Subclass #91: | Core Construction, LLC |
| Subclass #92: | Core Construction Services Southeast, Inc. |
| Subclass #93: | Cornerstone Construction of SW Florida, Inc. |
| Subclass #94: | D&A Construction Services, Inc. |
| Subclass #95: | Dalbert J. Poree, individually |
| Subclass #96: | Dalbert Poree' General Repairs & Renovations |
| Subclass #97: | Dalmau Construction, Corp. |
| Subclass #98: | David W. Stewart, Inc. |
| Subclass #99: | Deangelis Diamond Construction, Inc. |
| Subclass #100: | Deangelis Diamond Homes, Inc. |
| Subclass #101: | Deerfield Court Townhomes, LLC |
| Subclass #102: | Enchanted Homes, Inc. |
| Subclass #103: | Esplanade Construction, L.L.C. |
| Subclass #104: | First Choice Homes of S.W. Florida, Inc. |
| Subclass #105: | Flips, L.L.C. |
| Subclass #106: | G.L. Homes of Boynton Beach Associates IX, Ltd. |
| Subclass #107: | Gabourel's Construction, L.L.C. |
| Subclass #108: | Gilbert Lucas |
| Subclass #109: | G.L. Homes of Davie Associates, III, Ltd. |
| Subclass #110: | GLM Remolding & Building Contractors, Inc. |

| | |
|---|---|
| Subclass #111: | Grant Homes, LLC |
| Subclass #112: | Gulfstream Development Group, LLC |
| Subclass #113: | Hanover Homes, Inc. |
| Subclass #114: | Hansen Homes of South Florida, Inc. |
| Subclass #115: | Heights Custom Homes, LLC |
| Subclass #116: | Heritage Homes of Northwest FL, LLC |
| Subclass #117: | Husley-Nezlo Construction, LLC |
| Subclass #118: | Ironwood Properties, Inc. |
| Subclass #119: | James & Vita, L.L.C. |
| Subclass #120: | James G. Hoskins, Inc. d/b/a Chippendale |
| Subclass #121: | Jim Walters Homes, Inc. |
| Subclass #122: | Johnson & Johnson Home Repairs, L.L.C. |
| Subclass #123: | Joseph Scott |
| Subclass #124: | JP Renovations, Inc. |
| Subclass #125: | Kaye Homes, Inc. |
| Subclass #126: | KB Home Florida, LLC |
| Subclass #127: | KB Home Port St. Lucie, LLC n/k/a KB Home Treasure Coast, LLC |
| Subclass #128: | KB Home Tampa, LLC |
| Subclass #129: | Kenneth D. Nichols |
| Subclass #130: | Kenwood Homes, Inc. |
| Subclass #131: | Kimball Hill Homes Florida, Inc. |
| Subclass #132: | L.A. Homes, Inc. |
| Subclass #133: | L&J Builders, Inc. |
| Subclass #134: | Laporte Family Properties, LLC |
| Subclass #135: | Lauris Boulanger, Inc. |
| Subclass #136: | Lavish Holdings Corporation |
| Subclass #137: | Legend Custom Builders, Inc. |
| Subclass #138: | Lennar Corporation |
| Subclass #139: | Liberty Home Builders, Inc. |
| Subclass #140: | Lighthouse Construction, L.L.C. |
| Subclass #141: | Lonnie Vollentine |
| Subclass #142: | LTL Construction, Inc. |
| Subclass #143: | Lucas Construction Corp. |
| Subclass #144: | M/I Homes, Inc. |
| Subclass #145: | MacGlen Builders, Inc. |
| Subclass #146: | MacIntosh Homes, LLC |
| Subclass #147: | Madussa, LLC |
| Subclass #148: | Malphus and Son General Contractors, Inc. |
| Subclass #149: | Maranatha Construction, Inc. |
| Subclass #150: | Maronda Homes Inc. of Florida |
| Subclass #151: | Matsa Construction Company, Inc. |
| Subclass #152: | MC Contractors, Inc. |
| Subclass #153: | MC-FT Myers Associates, Ltd. |

| | |
|---|---|
| Subclass #154: | McCar Homes, Inc. |
| Subclass #155: | Medallion Homes Gulf Coast, Inc. |
| Subclass #156: | Merit Homes, Inc. |
| Subclass #157: | Mills Construction |
| Subclass #158: | Mitchell Homes, Inc. |
| Subclass #159: | MSC of NWF, Inc. |
| Subclass #160: | MW Johnson Construction of Florida, Inc. |
| Subclass #161: | New Harbor Lofts, LLC |
| Subclass #162: | Northstar Holdings at B and A, LLC |
| Subclass #163: | Oyster Bay Homes, Inc. |
| Subclass #164: | Palm Isles Holdings, LLC |
| Subclass #165: | Pat's Construction, LLC |
| Subclass #166: | Preferred Homes |
| Subclass #167: | Pride Homes of Lakes by the Bay-Parcel H, LLC |
| Subclass #168: | Princeton Homes, Inc. |
| Subclass #169: | Pukka Development, Inc. |
| Subclass #170: | R.D.S. Construction |
| Subclass #171: | RCL Development, Inc. |
| Subclass #172: | Richard Jones Construction Company, Inc. |
| Subclass #173: | Rivercrest LLC/The St. Joe Company |
| Subclass #174: | Rogers Company, L.L.C. |
| Subclass #175: | Rottlund Homes of Florida, Inc. |
| Subclass #176: | Russell Mills |
| Subclass #177: | S. George Investments, LLC |
| Subclass #178: | S.A. Weber Construction, LLC |
| Subclass #179: | Safeway Contractors, L.L.C. |
| Subclass #180: | Shoma Homes Splendido, Inc. |
| Subclass #181: | Sino Industries, Inc. |
| Subclass #182: | Smith Family Homes Corporation |
| Subclass #183: | Solid Construction of the Gulf Coast d/b/a/ Westerheim Homes |
| Subclass #184: | Southern Bay Homes, Inc. |
| Subclass #185: | Southern Community Homes, Inc. |
| Subclass #186: | Southern Homes of Broward XI, Inc. |
| Subclass #187: | Southern Star Construction Company, Inc. |
| Subclass #188: | Statewide Associates, Inc. |
| Subclass #189: | Sterling Communities at Talavera, LLC |
| Subclass #190: | Sterling Communities, Inc. |
| Subclass #191: | Steve Harrington Homes, Inc. |
| Subclass #192: | Steven R. Carter, Inc. |
| Subclass #193: | Streamline Homes, Inc. |
| Subclass #194: | Stuart South Group, L.C. |
| Subclass #195: | Sumaj Builders Corporation |
| Subclass #196: | Taurus Homes, Inc. |

| Subclass #197: | Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. |
|---|---|
| Subclass #198: | The Haskell Company |
| Subclass #199: | Thompson Wood Products, Inc. |
| Subclass #200: | Three J's Remodeling, Incorporated |
| Subclass #201: | Timberline Builders, Inc. |
| Subclass #202: | Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction |
| Subclass #203: | Toula Properties, LLC |
| Subclass #204: | Treasure Coast Communities, LLC |
| Subclass #205: | United Dream Builders, Inc. |
| Subclass #206: | United Home Builders, Inc. |
| Subclass #207: | US Home Corporation, a Delaware Corporation |
| Subclass #208: | Vasquez Construction Company, LLC |
| Subclass #209: | Venetian Village, LLC |
| Subclass #210: | Venus Street, LLC |
| Subclass #211: | Vet Construction, Inc. |
| Subclass #212: | Welsh Companies of Bevard, Inc. |
| Subclass #213: | Welsh Construction, LLC |
| Subclass #214: | Westminster Builders, Inc. |
| Subclass #215: | Wyman Stokes Builders, LLC |

## The Contractor/Installer Subclasses (Subclasses 216-293)

899. The representative Plaintiffs with claims against their contractors/installers, set forth in the attached Schedule "3" (the alignment of Plaintiffs and Defendants is depicted in Schedule 3 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the contractors/installers for whom they have standing.  The designated Plaintiffs in Schedule 3 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing Taishan's problematic drywall where each of the defendants identified in Schedule 3 was the contractor or installer of the drywall for the property.

900. The contractor/installer subclasses identified in Schedule 3 are comprised as follows:

| Subclass #216: | 84 Lumber, LP |
|---|---|
| Subclass #218: | Advantage Builders of America, Inc. |

| | |
|---|---|
| Subclass #218: | AI Brothers, Inc. |
| Subclass #219: | All County Drywall Service, Inc. |
| Subclass #220: | ATCO Int. Corp. |
| Subclass #221: | Baron Construction |
| Subclass #222: | Bayou Building Products, LLC |
| Subclass #223: | Bayou Contracting, LLC |
| Subclass #224: | Bel-Tex Contracting, Inc. |
| Subclass #225: | Better Boxing |
| Subclass #226: | Bradford Lumber & Supply, Inc. |
| Subclass #227: | Broadmoor Development Corp. |
| Subclass #228: | C.A. Steelman, Inc. |
| Subclass #229: | Chabot Enterprises, Inc. |
| Subclass #230: | Clayton's Drywall, Inc. |
| Subclass #231: | Custom Drywall |
| Subclass #232: | D & W Drywall |
| Subclass #233: | D & J Development, LLC |
| Subclass #234: | Darius Henry |
| Subclass #235: | Delgado's Painting |
| Subclass #236: | Design Drywall of South Florida, LLC |
| Subclass #237: | Emerald Coast Drywall, LLC |
| Subclass #238: | Eric Manuel |
| Subclass #239: | Florida Drywall, Inc. |
| Subclass #240: | Florida Style Services, Inc. |
| Subclass #241: | Florida Walls, Inc. |
| Subclass #242: | G. Drywalls Corporation |
| Subclass #243: | G&B Roofing |
| Subclass #244: | Gleibe Chavez |
| Subclass #245: | Global Home Builders, LLC |
| Subclass #246: | Gregg Neiberg Drywall |
| Subclass #247: | Gulf Contracting, Inc. |
| Subclass #248: | Gulf South Drywall |
| Subclass #249: | Harrell's Drywall, Inc. |
| Subclass #250: | HC Seals Drywall Partners |
| Subclass #251: | J&A Brothers, Inc. |
| Subclass #252: | J. Wade Payne, LLC |
| Subclass #253: | J.W. Hodges Drywall, Inc. |
| Subclass #254: | Jade Organization General Contractor, LLC |
| Subclass #255: | James Drywall, LLC |
| Subclass #256: | Johnny Weary |
| Subclass #257: | Joseph E. Bellande |
| Subclass #258: | Kenneth Campo |
| Subclass #259: | Kevin McCusker |
| Subclass #260: | LA Home Improvement of New Orleans, LLC |

186

| | |
|---|---|
| Subclass #261: | Maguel Torez |
| Subclass #262: | Manuel Development Corporation |
| Subclass #263: | Mario Salvana |
| Subclass #264: | Martinez Drywall & Painting, L.L.C. |
| Subclass #265: | Meeks Drywall & Stucco, Inc. |
| Subclass #266: | Mercado Enterprises, Inc. |
| Subclass #267: | Mesa Construction Group, Inc. |
| Subclass #268: | Mid-State Drywall, Inc. |
| Subclass #269: | O.C.D. of S. Florida, Inc. |
| Subclass #270: | Other Brothers Drywall, Inc. |
| Subclass #271: | P.D.C. Drywall Contractors, Inc. |
| Subclass #272: | Precision Drywall, Inc. |
| Subclass #273: | Preferred Homes |
| Subclass #274: | R & B Housing, LLC |
| Subclass #275: | Residential Drywall, Inc. |
| Subclass #276: | Rightway Drywall, LLC |
| Subclass #277: | Rightway Drywall, Inc. |
| Subclass #278: | Robert Matriene |
| Subclass #279: | Roman Gonzalez |
| Subclass #280: | S.A.M. Drywall, Inc. |
| Subclass #281: | Shear, Corp. |
| Subclass #282: | Siesta Bay Custom Homes, LLC |
| Subclass #283: | Sinceno Construction, LLC |
| Subclass #284: | South Florida Custom Trim, Inc. |
| Subclass #285: | St. Joe Home Building LP |
| Subclass #286: | Steven Sweet Drywall, LLC |
| Subclass #287: | Struggler Drywall, LLC |
| Subclass #288: | Suncoast Drywall, Inc. |
| Subclass #289: | Supreme Builders, Inc. |
| Subclass #290: | Talmadge Drywall, Inc. |
| Subclass #291: | The Jade Organization, Inc. |
| Subclass #292: | Troy Patterson Drywall LLC |
| Subclass #293: | Wholesale Direct Lumber, LLC |

## General Class Allegations and Exclusions from the Class Definitions

901.  The following Persons shall be excluded from the Class and Subclasses: (1)

Defendants and their subsidiaries, affiliates, officers and employees; (2) all Persons who make a

timely election to be excluded from the proposed Class; (3) governmental entities; and (4) the

judge(s) to whom this case is assigned and any immediate family members thereof.

187

902.  Upon information and belief, the problematic and unreasonably dangerous drywall in Plaintiffs' homes or other structures was installed in at least hundreds of homes, residences, or other structures owned by Plaintiffs and Class Members.  Therefore, the Classes and Subclasses are sufficiently numerous such that the joinder of all members of the Classes and Subclasses in a single action is impracticable.

903.  There are numerous common questions of law and fact that predominate over any questions affecting only individual members of the Classes and/or Subclasses.  Among these common questions of law and fact are the following:

   a.  whether Defendants' drywall products are problematic and/or unfit for their intended purpose;

   b.   whether Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold problematic drywall products;

   c.  whether Plaintiffs are entitled to recover compensatory, exemplary, incidental, consequential, and/or other damages as a result of Defendants' unlawful and tortious conduct; and

   d.  whether Plaintiffs are entitled to recover injunctive and/or equitable relief as a result of Defendants' unlawful and tortious conduct.

904.  The legal claims of named Plaintiffs are typical of the legal claims of other Class and Subclass Members.  Additionally, for each of the subclasses that named Plaintiffs seek to participate in, the legal claims of the named Plaintiffs are typical of the legal claims of other Subclass Members.  Named Plaintiffs have the same legal interests and need for legal remedies as other Class and/or Subclass Members.

905.  Named Plaintiffs are adequate representatives of the Class and Subclasses in which they participate, together with their legal counsel, each will fairly and adequately protect the

188

interests of Class and Subclass Members.  Named Plaintiffs have no known conflict with the Class or Subclasses and are committed to the vigorous prosecution of this action.

906.  The undersigned counsel are competent counsel experienced in class action litigation, mass torts, and complex litigation involving harmful products.  Counsel will fairly and adequately protect the interests of the Classes and/or Subclasses.

907.  The various claims asserted in this action are certifiable under the provisions of Federal Rules of Civil Procedure 23(b)(1) because prosecuting separate actions by or against individual Class and/or Subclass members would create a risk of inconsistent or varying adjudications with respect to individual Class and Subclass members that would establish incompatible standards of conduct for the party opposing the Class and Subclass; or adjudications with respect to individual Class and Subclass members that, as a practical matter, would be dispositive of the interests of the other Class and Subclass members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

908.  The claims for injunctive relief in this case are certifiable under Fed. R. Civ. P. 23(b)(2).  Defendants have acted or refused to act on grounds that apply generally to the Class and/or Subclass, so that final injunctive relief is appropriate respecting the Class and/or Subclass as a whole.

909.  A class action is superior in this case to other methods of dispute resolution.  The Class and Subclass members have an interest in class adjudication rather than individual adjudication because of their overlapping rights.  It is highly desirable to concentrate the resolution of these claims in this single forum because it would be difficult and highly unlikely

189

that the affected Class and Subclass Members would protect their rights on their own without this

class action case.  Management of the class will be efficient and far superior to the management

of individual lawsuits.  Accordingly, Plaintiffs' legal claims are properly certified pursuant to

Rule 23(b)(3).

910.  The issues particularly common to the Class and Subclass members' claims, some

of which are identified above, are alternatively certifiable pursuant to Fed. R. Civ. P. 23(c)(4), as

resolution of these issues would materially advance the litigation, and class resolution of these

issues is superior to repeated litigation of these issues in separate trials.

## COUNT I
## NEGLIGENCE
### (Against All Defendants)

911.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

912.  Defendants owed a duty to Plaintiffs and Class Members to exercise reasonable care

in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g)

supplying, h) inspecting, i) installing, j) marketing, and/or k) selling this drywall, including a

duty to adequately warn of their failure to do the same.

913.  Defendants knew or should have known that their wrongful acts and omissions would

result in harm and damages in the manner set forth herein.

914.  Defendants breached their duty to exercise reasonable care in the designing,

manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing, and/or

selling this drywall.

915.  Defendants likewise breached their duties to Plaintiffs and Class Members by failing to

warn about the problematic nature of the drywall.  Defendants, through the exercise of reasonable

care, knew or should have known the nature of the problematic drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

916. Defendants breached their duty to exercise reasonable care to timely remove and/or recall from the market and/or otherwise prevent the continued contact of Plaintiffs and Class Members with the drywall, upon leaning it had been sold in an unreasonably dangerous condition.

917. Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

918. As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

## COUNT II
### NEGLIGENCE PER SE
#### (Against All Defendants)

919. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

920. Defendants owed statutory duties to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

921. Defendants breached their statutory duties to the Plaintiffs and Class Members by failing to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, i) marketing, and/or j) selling this drywall.

922. Defendants likewise breached their statutory duties, including but not limited to those imposed under the International Building Code ("IBC") and other State and local Building Codes, to Plaintiffs and Class Members by failing to warn about the problematic nature of the drywall. For

instance, it is specifically alleged that Defendants furnished the drywall in violation of ASTMC C 1396/C 1396M-069, and its predecessor(s).

923.  Defendants, through the exercise of reasonable care, knew or should have known the nature of the problematic drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

924.  Given the problematic nature of Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

925.  As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT III**
**STRICT LIABILITY**
**(All Defendants)**

926.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

927.  At all times relevant hereto, Defendants were in the business of distributing, delivering, supplying, inspecting, marketing, and/or selling drywall for sale to the general public.

928.  The drywall, including that installed in the homes of Class Members was placed by Defendants in the stream of commerce.

929.  Defendants knew that the subject drywall would be used without inspection by consumers.

930.  Defendants intended that the drywall reach the ultimate consumers, such as Class Members, and it indeed reached Class Members when it was installed in their homes.

931.  When installed in Class Members' homes, the drywall was in substantially the same

condition as it was in when Defendants manufactured, sold, and/or delivered it.

932.  At all times relevant hereto the subject drywall was used in a manner consistent with the uses intended by, or known to Defendants, and in accordance with the Defendants' directions and instructions.

933.  The subject drywall was not misused or altered by any third parties.

934.  The Defendants' drywall was improperly manufactured, designed, inspected, tested, marketed, distributed, and sold.

935.  The design impropriety was in designing drywall that allows high levels of sulfur compounds to exit the drywall.

936.  The manufacturing impropriety was in improperly selecting, testing, inspecting, mining, making, assembling, and using, gypsum for drywall with levels of sulfur compounds that were too high and allow high levels of sulfur compounds to exit the drywall.

937.  The drywall was also problematic because it was improperly exported, imported, distributed, delivered, supplied, inspected, marketed, and/or sold in a unacceptable condition, as described above.

938.  The Defendants' negligence in manufacturing, designing, inspecting, testing, marketing, distributing, and selling of the drywall rendered it unsafe and unreasonably dangerous for its intended use and to Class Members.

939.  The drywall is also problematic and unreasonably dangerous because Defendants failed to adequately warn and instruct Class Members of their negligent design, inspection, testing, manufacturing, marketing, and selling of the drywall.

940.  Class Members were unaware of the unreasonably dangerous propensities and

problematic condition of the drywall, nor could Class Members, acting as reasonably prudent people

discovery that Defendants' drywall was problematic, as set forth herein, or perceive its danger.

941.  Defendants' problematic drywall was much more dangerous and harmful than expected

by the average consumer and by Class Members.

942.  Defendants' problematic drywall benefit to Class Members, if any, was greatly

outweighed by the risk of harm and danger to them.

943.  The harmful and dangerous propensities of the drywall, as well as Defendants' failure to

adequately warn Class Members of these propensities rendered the drywall unreasonably dangerous

and was the direct and proximate cause of damages and/or personal injuries to Class Members.

## COUNT IV
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (All Defendants)

944.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

945.  Defendants and/or their agents were in privity with Plaintiffs and Class Members and/or

Plaintiffs and Class Members were foreseeable third party beneficiaries of any warranty.

946.  At the times Defendants utilized, supplied, inspected, and/or sold this drywall for use in

structures owned by Plaintiffs and Class Members, Defendants knew, or it was reasonably

foreseeable, that the drywall would be installed in structures owned by Plaintiffs and Class Members

for use as a building material, and expressly or impliedly warranted the product to be fit for that use.

947.  Defendants placed their drywall products into the stream of commerce in a problematic

condition and these products were expected to, and did, reach users, handlers, and persons coming

into contact with said products without substantial change in the condition in which they were sold.

194

948.  Although the drywall functions according to its intended purpose as a building component, it is unfit, problematic as alleged in Paragraph 886 and not merchantable for this purpose due to the damaging side effects and/or because its use is so inconvenient that Plaintiffs would not have purchased their homes had the side effects been disclosed by Defendants.

949.  The Defendants breached their warranty because the drywall was not fit and safe for the particular purposes for which the goods were required (to be installed in structures owned by Plaintiffs and Class Members as a building material) due to the problems set forth herein.

950.  Defendants had reasonable and adequate notice of the Plaintiffs' and the Class Members' claims for breach of warranty and failed to cure.

951.  As a direct and proximate cause of Defendants' breach of warranties, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT V**
**BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY**
**PURSUANT TO FLORIDA STATUTES SECTION 718.203**
**(On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)**
**(Against Builders Only)**

952.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

953.  Subclass Members who own condominiums in Florida, are owners of condominiums as that term is defined by Florida Statutes section 718.503.

954.  Such Subclass Members, as owners, are entitled to the benefit of the statutory warranties of fitness and merchantability pursuant to Florida Statutes section 718.203.

955.  Each of the builders who are subject to this claim are developers, as defined by Florida Statutes section 718.203(16), as they created condominiums or offered condominiums for sale in the ordinary course of business.

195

956. Pursuant to Florida Statutes section 718.203(1)(a-e), each of the builders who are subject to this claim is deemed to have granted Subclass Members, who own condominiums in Florida, an implied warranty of fitness and merchantability for the purposes or uses as follows:

a. As to each unit, a warranty for 3 years commencing with the completion of the building containing the unit.

b. As to the personal property that is transferred with, or appurtenant to, each unit, a warranty which is for the same period as that provided by the manufacturer of the personal property, commencing with the date of closing of the purchase or the date of possession of the unit, whichever is earlier.

c. As to all other improvements for the use of unit owners, a 3 year warranty commencing with the date of completion of the improvements.

d. As to all other personal property for the use of unit owners, a warranty which shall be the same as that provided by the manufacturer of the personal property.

e. As to the roof and structural components of a building or other improvements and as to mechanical, electrical, and plumbing elements serving improvements or a building, except mechanical elements serving only one unit, a warranty for a period beginning with the completion of construction of each building or improvement and continuing for 3 years thereafter or 1 year after owners other than the developer obtain control of the association, whichever occurs last, but in no event more than 5 years.

957. At all times relevant hereto, routine maintenance was performed by Subclass Members and/or the builders who are subject to this claim or by an association controlled by such builders.

958. At the times the builders who are subject to this claim installed, utilized, supplied, inspected, and/or sold drywall for use in the Subclass Members' homes, the builders knew, or it was reasonably foreseeable, that the drywall would be installed in the Subclass Members' homes for use as a building material, and warrantied the product be fit and merchantable for that use.

959. Defendants' drywall product was placed into the stream of commerce by the builders who are subject to this claim in a problematic condition and was expected to, and did, reach users, handlers, and persons coming into contact with said product without substantial change in the condition in which it was sold.

960. Although the drywall functions according to its intended purpose as a building component, it is unfit, problematic as alleged in Paragraph 886 and not merchantable for this purpose due to the damaging side effects and/or because its use is so inconvenient that Plaintiffs would not have purchased their homes had the side effects been disclosed by Defendants.

961. The builders who are subject to this claim breached the implied warranty of merchantability and fitness because the drywall was not fit to be installed in Subclass Members' homes as a building material due to the defects set forth herein.

962. The builders who are subject to this claim had reasonable and adequate notice of the Subclass Members' claims for breach of implied warranty of fitness and merchantability and failed to cure.

963. As a direct and proximate cause of the builders' breach of the warranties under Florida Statutes section 718.203, Subclass Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT VI
## BREACH OF THE IMPLIED WARRANTY OF HABITABILITY
### (Against Builders Only)

964. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

965. The Builder Defendants were in direct contractual privity with their Subclass Members.

966. The drywall that the Builder Defendants installed in the homes of Subclass Members was placed into the stream of commerce by the Builder Defendants in a problematic condition and was expected to, and did, reach users, handlers, and persons coming into contact with said drywall product without substantial change in the condition in which it was sold.

967. Certain Subclass Members bought their homes containing problematic drywall based upon the judgment of the Builder Defendants.

968. The Builder Defendants breached the implied warranty of habitability because the problematic drywall causes Subclass Members homes not be meet ordinary, normal standards reasonably to be expected of living quarters of comparable kind and quality due to the defects set forth herein.

969. The Builder Defendants had reasonable and adequate notice of the claims of the Subclass Members for breach of implied warranty of habitability and failed to cure.

970. As a direct and proximate cause of the Builder Defendants' breach of the implied warranty of habitability, Plaintiffs and Subclass Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT VII
## BREACH OF CONTRACT
### (Against Builders Only)

971. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

198

972.  As part of the agreements to purchase real properties from the Builder Defendants, for which Subclass Members paid valuable consideration, the Builder Defendants contracted with Subclass Members to construct homes that would be free of defects.

973.  The Builder Defendants materially breached their contracts by providing Subclass Members with homes containing the problematic drywall; to wit, sulfur compounds exit the drywall and cause harm and damage as described herein.

974.  As a direct and proximate cause of the Builder Defendants' breach of contract, Plaintiffs and Subclass Members have incurred harm and damages as described herein.

**COUNT VIII**
**VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT**
**(on Behalf of Plaintiffs Who Own Homes in the State of Louisiana)**
**(Against Louisiana Builders Only)**

975.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

976.  The Louisiana New Home Warranty Act provides protection to owners of homes against builders in connection with the construction of the homes.

977.  For each applicable subclass, every subclass plaintiff is an "owner," as that term is defined by LSA-R.S. 9:3143(3), who is asserting a claim under the New Home Warranty Act against their "builder," as that term is defined by LSA-R.S. 9:3143(1).

978.  Implicit in every Builder Defendant's building contract is the requirement that the work to be completed be performed in a workmanlike manner that is free from defects in material and workmanship.

979.  Each of the Builders who are subject to this claim violated their duties to Plaintiffs and Class Members since the drywall they used is harmful and problematic for the reasons set forth above.

980.  Given the problematic nature of the drywall, the Builders knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

981.  As a direct and proximate cause of the Builders' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT IX**
**REDHIBITION**
**(By Louisiana Plaintiffs Against All Defendants)**

982.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

983.  The drywall manufactured, distributed and/or sold by Defendants was not reasonably fit for its ordinary and intended purpose as alleged in Paragraph 886 above.

984.  Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises, in accordance with La. Civ. Code art. 2524.

985.  In addition, or in the alternative, the drywall manufactured, distributed and/or sold by Defendants contained redhibitory defects, in that, at the time of delivery, the propensity to allow sulfur compounds to exit the drywall renders the drywall so useless and/or inconvenient that it must be presumed that Plaintiffs would not have purchased the drywall had they known of the redhibitory defect or defects.

986.  In the alternative, the defects are redhibitory defects in that, while not rendering the drywall totally useless, diminish the drywall's use and/or value to such an extent that it must be

presumed that the buyer would have bought it, but for a lesser price.

987.  The Manufacturing Defendants are conclusively presumed to know of the defects in the drywall manufactured by them.

988.  In addition, it is believed and alleged that All Defendants knew of the defects in the drywall at the time the drywall was delivered and/or sold.

989.  Defendants have had numerous opportunities to repair and/or replace the drywall and associated fixtures and/or building components and have failed to do so; in addition, and/or in the alternative, such requests have been, would have been and/or would be futile; Manufacturing Defendants and/or Distributor Defendants are, moreover, deemed to be placed on notice when notice is provided to Builder Defendants (and/or Distributor Defendants); and All Defendants, in addition, or alternatively, had actual knowledge of the problems in the drywall and the need for replacement, remediation and/or repair.

990.  All Defendants are therefore liable to all Louisiana Plaintiffs for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale and those incurred for the preservation of the drywall and associated items, for damages, and for reasonable attorneys' fees, in accordance with La. Civ. Code art. 2545.

991.  In the alternative, to the extent that any Distributor Defendant and/or Builder Defendant did not know of the defects in the drywall at the time of delivery and/or sale, those defendants are liable to Louisiana Plaintiffs to repair, remedy or correct the defect; and/or, if unable to do so, for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale, and those expenses incurred for the preservation of the drywall and associated items, in accordance with La. Civ. Code art. 2531.

**COUNT X**
**LOUISIANA PRODUCTS LIABILITY ACT**
**(Manufacturing Defendants)**
**(Pleaded in the Alternative Against Distributor Defendants)**

992.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

993.   In addition to any and all damages, attorneys fees and other remedies made available to Louisiana Plaintiffs under the warranty of fitness and/or warranty against redhibitory defects, the Manufacturing Defendants are liable to Louisiana Plaintiffs under the Louisiana Products Liability Act, ("LPLA"), La. R.S. 9:2800.51, *et seq.*

994.  The LPLA is also pleaded in the alternative with respect to any Distributor Defendant who might be considered a "manufacturer" under La. R.S. 9:2800.53(1)(a) (labels or otherwise holds the drywall out as his own), 9:2800.53(1)(b) (exercises control over or influences a characteristic of the drywall causing damage), 9:2800.53(1)(c) (the manufacturer of a product which contains the drywall as a component part), and/or 9:2800.53(1)(d) (a seller of a product of an alien manufacturer where the seller is in the business of importing or distributing the drywall for resale and is the *alter ego* of the alien manufacturer).

995.  The Manufacturing Defendants, upon information and belief, expressly warranted that "the gypsumboards manufactured and sold ... are guaranteed to be free from defects in materials and workmanship."

996.  The Manufacturing Defendants expressly warranted that "the gypsumboards were manufactured in accordance to ASTM C36."

997.  The drywall at issue is, in all cases, unreasonably dangerous by virtue of the unreasonable emission of sulfur compounds which do not in any way contribute to or enhance the

utility of the drywall, yet pose a risk to the wiring, plumbing, appliances, personal property, overall economic value of the property and financial security of the owner, and/or the health of the residents of the property.

998.  At all times pertinent and material hereto, there existed alternative feasible manufacturing processes and/or designs of drywall which perform all of the functions and utility of traditional drywall, without allowing unreasonable levels of sulfur compounds to exit the drywall.

999.  At all times pertinent and material hereto, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) knew that their drywall was unreasonably dangerous and/or problematic as set forth herein.

1000.  In the alternative, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) should have, at all times pertinent and material hereto, known of the unreasonably dangerous and/or problematic characteristics and/or conditions, had they reasonably employed then-existing scientific and/or technical knowledge, reasonable testing, and/or other reasonable and then-accepted methods of quality assurance and/or quality control.

1001.  Defendants' drywall is unreasonably dangerous in composition or construction in that, at the time it left Defendant's control, it deviated in a material way from Defendant's own specifications or performance standards.

1002.  In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in design, in that, at the time the drywall left Defendant's control, there existed an alternative design for the product that was capable of preventing Plaintiffs' damage, and the likelihood of causing the plaintiffs' damage and the gravity of that harm outweighed the burden (if any) on the Defendant in adopting such alternative design and the adverse effect (if any) on the utility of the drywall.

1003.  In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in that it fails to conform to an express warranty about the product which induced the use of the product and caused damage to Plaintiffs to the extent that the warranty was untrue.

1004.  In addition, and in the alternative, Defendants' drywall is unreasonably dangerous due to an inadequate warning, in that, at the time the drywall left Defendant's control, the drywall possessed a characteristic that might cause damage and yet Defendant failed to use reasonable care to provide an adequate warning of such characteristics and/or dangers to users and/or handlers of the drywall.

1005.  Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises.

## COUNT XI
## PRIVATE NUISANCE
### (All Defendants)

1006.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1007.  The Defendants' tortious or wrongful acts or omissions have caused sulfur compounds and/or other chemical leaching into structures owned by Plaintiffs and Class Members which has unreasonably interfered, and continues to interfere, with the Plaintiffs' and Class Members' use and enjoyment of their properties and caused them harm and damage as discussed herein.

1008.  Defendants' interference has impaired the rights of Plaintiffs' and Class Members' health, comfort, safety, free use of their property, and/or peaceful enjoyment of their property.

1009.  Defendants' invasions were intentional and unreasonable, and/or unintentional but otherwise negligent or reckless.

1010. The interference with Plaintiffs' and Class Members' use of their property caused by Defendants is substantial and is ongoing.

1011. Defendants' private nuisance was the direct, proximate, and foreseeable cause of Plaintiffs' and Class Members' damages, injuries, harm, loss, and increased risk of harm, which they suffered and will continue to suffer.

1012. As a direct and proximate cause of Defendants' creation of a private nuisance, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT XII
## UNJUST ENRICHMENT
### (All Defendants)

1013. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1014. Defendants received money as a result of Plaintiffs' and Class Members' purchases of Defendants' problematic drywall, or purchases of structures containing this drywall, either directly or through an agent, and Defendants wrongfully accepted and retained these benefits to the detriment of Plaintiffs and Class Members.

1015. Defendants' acceptance and retention of these benefits under the circumstances make it inequitable and unjust for Defendants to retain the benefit without payment of the value to the Plaintiffs and the Class Members.

1016. Defendants, by the deliberate and tortious conduct complained of herein, have been unjustly enriched in a manner which warrants restitution.

## COUNT XIII
## VIOLATION OF CONSUMER PROTECTION ACTS
### (All Defendants)

1017.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1018.  This is an action for relief under the various Consumer Protection Acts of the jurisdictions in which affected properties are present, including but not limited to, L.SA-R.S. 51:1401, *et seq.* (Louisiana Unfair Trade Practices and Consumer Protection Law); Ala. Code 1975 § 8-19-1, *et seq.* (Alabama Deceptive Trade Practices Act); G.S. § 75-1.1, *et seq.* (North Carolina Consumer Protection Act); F.S. § 501.201, *et seq.* (Florida Deceptive and Unfair Trade Practices Act); Va. Code. Ann. § 59.1-196, *et seq.* (Virginia Consumer Protection Act); Tex. Bus. Com. Code Ann. § 17.41, *et seq.* (Texas Deceptive Trade Practices-Consumer Protection Act); Miss. Code Ann. § 75-24-1, *et seq.* (Mississippi Consumer Protection Act).

1019.  The Defendants' acts and omissions as well as their failure to use reasonable care in this matter as alleged in this complaint, including but not limited to, the knowing misrepresentation or failure to disclose the source, affiliation, origin, characteristics, ingredients, standards and quality of problematic drywall constitute violation of the provisions of the Consumer Protection Acts of the Relevant States.

1020.  Plaintiffs and Class Members have suffered actual damages as a result of Defendants' violation of these Consumer Protection Acts and are entitled to relief.

1021.  As a direct and proximate cause of Defendants' violations of the Consumer Protection Acts of the Relevant States, Plaintiffs and Class Members have incurred harm and damages as described herein.

206

## COUNT XIV
## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
### (All Defendants)

1022.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1023.  Plaintiffs and the Class Members are without adequate remedy at law, rendering injunctive and other equitable relief appropriate.

1024.  Plaintiffs and the Class Members will suffer irreparable harm if the Court does not render the injunctive relief and medical monitoring relief set forth herein, and if defendants are not ordered to recall, buy back, rescind, and/or repair the structures owned by Plaintiffs and Class Members.

1025.  Plaintiffs, on behalf of themselves and all others similarly situated, demand injunctive and equitable relief and further, that defendants be ordered to: (1)  to buy back or rescind the contracts for Plaintiffs' and Class Members' homes or other structures, or  in the alternative, remediate, repair and/or replace the drywall in such structures upon proof by the defendants of the feasibility of such remedy or repair; (2) cease and desist from misrepresenting to the Class and the general public that the drywall is not problematic and/or unreasonably dangerous as alleged herein; (3) institute, at their own cost, a public awareness campaign to alert the Class and general public of the harm and dangers associated with the drywall; and (4) create, fund, and support a medical monitoring program.

1026.  Until Defendants' problematic drywall has been removed and remediated, Defendants must provide continued air monitoring in the structures owned by Plaintiffs and Class Members.

1027.  Plaintiffs and Class Members have been exposed to greater than normal levels of sulfur compounds as a result of exposures to Defendants' problematic and unfit drywall and have suffered personal injuries as a result.

1028.  The sulfur compounds which exit from the Defendants' drywall and to which Plaintiffs and Class Members have been exposed are proven unreasonably dangerous.

1029.  Plaintiffs' and Class Members' exposures were caused by the Defendant's negligent or otherwise tortious conduct.

1030.  Plaintiffs' and Class Members' exposure may lead to serious health problems, diseases, and medical conditions that may be prevented by timely medical diagnosis and treatment.

1031.  The method and means for diagnosing the Plaintiffs' and Class Members' potential medical problems are well accepted in the medical and scientific community and will be of great benefit to the Plaintiffs and Class Members by preventing or minimizing health problems that they may encounter as a result of the problematic and unfit drywall.

1032.  As a proximate result of their exposure to sulfide and other noxious compounds from Defendants' problematic and unfit drywall, Plaintiffs and Class Members have developed a significantly increased risk of contracting a serious latent disease.

1033.  Monitoring procedures exist that make the early detection of any latent disease possible that are different from those normally recommended in the absence of the exposure.

1034.  The prescribed monitoring regime is reasonably necessary according to contemporary scientific principles.

## DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.  an order certifying the case as a class action;

b.  an order certifying the Class and each of the Subclasses;

c.  an order appointing Plaintiffs as the Class Representatives of the Class;

d.  an order appointing undersigned counsel and their firms as counsel for the Class;

e.  compensatory and statutory damages;

f.  punitive damages as allowed by law;

g.  pre and post-judgment interest as allowed by law;

h.  injunctive relief;

I.  an award of attorneys' fees as allowed by law;

j.  an award of taxable costs; and

k.  any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: 1/14/11

By:
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

## COUNSEL FOR INDIVIDUAL PLAINTIFFS[2]

---

[2] Attached hereto as Exhibit "C" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Allison Grant, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Conway, Centre, L.L.C.
Harmer, Barbara and Frank
Haya, Laura and Haya, Daniel and Irene
Wanadoo, LLC

**Baron & Budd; Alters Law Firm, P.A.; and**
**Allison Grant, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ankiel, Rich and Lory
Attard, Kenneth
Banner, Luke and Deborah
Batsch, Kevin
Bautista, Mario
Bekhos, Lidan
Benes, Mary Anne
Blue Water Condominium Association
Blue Water of Cape Coral, Inc.
Bookman, Jarrod and Fishman-Bookman, Sheryl
Bosch, Yunia
Bosse, David N. and Christina
Boucvait, Shane
Burke, Kenneth Cindy
Burns, Ronald and Joan
Cabrera, Israel and Diana
Casanas, Dulce
Cocquerelle, Nicolas
Corvaia, Steve
Cox, Shawn and Lisa
Cueva, Elia and Romero, Christian
DeFrancesco, Joyce and Richard
Doerre, Christopher
Dow, Jared
Downing, Kenneth and Maria
Dunbar, Michael
Ehrsam, Howard and Lisa
Engasser, Paul and Patricia
Escalona, Ileana and Delgado, Ruben
Evans, Robyn
Fenlason, Jarred and Rochelle
Fermoile, James and Ann
Fernandez, Frederico and Maria
Ferroni, Peter and Christian
Filardo, Thomas and Thomas, Jr.

Flint, Joseph and Sloan, Danielle
Forbes, Scott
Forest, Gerard and Hopal
Francipane, Sal and Susan
Francisco, Thomas and Jane
Freijo, Isis
Gaines, Timothy and Julie
Gaylord, Peter and Kelly
Golovkin, Sergei and Natalia
Grant, Tonia
Graziano, Michael and Garcia, Frankie
Green, Crystal
Heinemann, Bernie and Barbara
Hendrix, Valentine
Hernandez, John and Bertha
Hill, Jerry and Sharon
Holloway, Sylvia and Louis
Jaen, Ruben
Jamison, Steve and Kim
Johnson, Simartra
Kent, Edward and Donna
Kowalik, Gregory and Jolanta
Labo, LLC
Leger, Marie
Lehmann, Horst and Linda
Leon, Aldo and Tanya
Lonergan, John
Magdalena Gardens Condominium Association
Manso, Jose
Marin, Jose and Monica
Marquina, Belkys
Marrero, Ingrid
Matute, Argerie
McKinney, Ali
McNealy, James and Fran

213

Miller, Craig and Danyell
Miranda, Jose and Adela
Monge, Erika
Monge, Gildardo and Kelly
Moore, Deborah and David
Morisset, Onel and Margareth
Morton, Robert and Nancy
Musa, Massimo and Karrie
Myers, Paul and Lisa
Neal, Stephen
Nguyen, Thai and Lieu
Nobo, Raquel
Nunez, Jeovany and Monica
Ortiz, Daysi and Diaz, Rafael
Oyer, Stephen and Angela
Peace Harbor Condominium
Pena, Alfredo
Pittman, Earnest and Beverly
Prieto, Belkis
Ramirez, Xiomara
Raspall, Maria and Stephanie
Reeves, Michael and Kathryn
Rincon, Gabriel and Rosas, Luz Angela
Roy, Sandy
Rutski, Timothy and Minnie
Salas, Esteban and Gomez, Yvette
Sanchez, Julio and Nelaine

Sanden, Paul Conrad
Sanders, Joseph
Santimauro, Robert and Joanne
Schoenberg, Kathleen and Ken
Scott, Karen and James
Serrano, Irene and Pouncey, Kenneth
Shepherd Felix and Jacqueline and
Shepherd, Tracy and Bryson, Diane
Sherman, Aryn and Cody
Smith, Wendy and Scott
Solana, Marlen
Spiga, Saturnino and Susan
Spotts, Rus and Linda
Stevens, Gregory
Sweeney, Patrick and Susan
Thomas, Steven and Elaine
Thompson, Jason and Jennifer
Tinney, Marjorie
Toledo, Maria
Touriz, Christopher
Trujillo, Lissett
Tupper, Douglas and Loreen
Villasana, George and Michael
Walker, Melissa and Craig
Wilson, Michael
Woods, Claudia
Worthington, George and Adria

**Becnel Law Firm, LLC and Morris Bart, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Adams, Eddie and Rose
Bierria, Cindy and Nathaniel
Bourg, James
Boutte, Gloria
Bowden, Charles and Tracy
Bryant, Debra and Adam
Carter, Andrea
Davis, Lolita
Evans, Ronald
Green, Mary
Gross, Cheryl and David
Hall, Mary and Lorne
Hall, Torin
Hayes, Gloria

Johnson, Barbara and Herbert
Louis, Herbert
Mai, Kim Lien and Nguyen, David
Mai, Long
Miller, Karen and Buras, Sr., Clyde
Miller, Yasha
Moore, Leon
Morel, Rudolph
Murphy, Lawrence and Sharon
Pitre, Diane
Simmons, Sandra and James
Stout, Michael and Kristina
Taylor, Willie
Treadaway, Danny and Kathy

214

Vu, Jessie and Mai, Kristy
Ware, Shawnell
Williams, Damien and Claudette

Williams, Shelby and Arnelle
Young, Irvin

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Alexander, Henry and Penny
Barbarin, Gloria
Bargky, David
Batiste, Frank and Gralina
Battie, Silas
Belsom, Scott and Jennifer
Boutte, Kevin
Charles, Marva
Conrad, Ariane
Cresson, Sr., Robert
Dakin, Kim
Desselle, Brent
Domingue, Craig and Lesa
Donaldson, Jill and Oertling, Jared
Elias, Mark
Forsythe, Blaise and Patsy
Frank, Peter and Elizabeth
Haindel, Mary
Hall, Nathaniel and Darlene
Hampton, Konrad
Hampton, Vernon
Hargrove, Linda
Haydel, Merlin and Gail
Hite, Tonya
Hughes, Jan and Matthew

Indovina, Leon
Jackel, Jon
Mays, Bobby and Gina
McKenzie, Elaine
McKinnies, Kionne and Terral
Mickens, Gail
Mitchell, James and Kelsey
Nane, Earline and Salah
Petric, Vince and Whitney
Reed, Ernest and Rosie
Rey, Angel
Robinson, Allison
Robinson, Jerome and Ellen
Rushing, Shirley
Singleton, Deirdre
St. Germaine, Keith
Staub, Dana and Marcus
Steffy, Sandra and Meyers, Peggy
Sterlng, Jr., Elvin
Tatum, Martin and Doris
Thorne, Dontroy
Trueblood, Zachary
Wischler, Robert
Young, Melissa

**Bencomo & Associates,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Bienemy, Eric
Lund, Lesie and Anna Bertholette

**Berniard Law Firm**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Livers, Alvin J.
Wiltz, Kenneth and Barbara

**Berrigan, Litchfield, Schonekas, Mann & Traina, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Gilchrist, Norman and Sharon
Perez, Karen and Hector
Pizanni, Calvin and Lindsay
Triche, Glen and Susan

**The Braswell Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Klipsch, Ron and Christy

**Bruno & Bruno, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ambrose, Rosalie
Bailey, Delores
Baptiste, Harrison and Regina
Gordon, Patricia
Grant, Edward and Coretta
Guidry, Shelia
Hankton, Earl and Louise
Harrington, Thomas and Maxine
Harrison, Belinda
Harvey, Lawrence and Patricia
Holloway, Virgie
Jones, Daphne
Joseph, Louise
Lampton, Alean
LeBlanc, Beatrice
Lewis, Wanda
Louis, Leonard and Wanda
Martin, Cornell and Beverly
Morgan, Rogchelle

Nelson, Frances
Nelson, Melissa
Palmer, Frances
Perez, Sandra and Pedro
Russo, John
Shelmire, Geraldine
Smiles, John and Jacquelyn
Smith, Curtis
Smith, Gary and Carlette
Smith, Tarika
Thomas, Celeste
Thomas, Herman and Valice
Toney, Ferdinand and Charlotte
Tromatore, Ronald and Peggy
Washington, Javon
Watson, Althila
Wilson, Carolyn
Wilson, Wilbert and Joyce
Zubrowski, Michael and Linda

**C.S. Chiepalich, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Branning, William and Betty

216

**Carey, Danis & Lowe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Robinhood Terrace, LLC

**Christopher N. Ligori & Associates,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ancer, Jason and Heather

**Don Barrett, P.A./Lovelace Law Firm,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Loper, Joseph and Sherry

**Doyle Law Firm,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hayes, Robert and Deborah S.
Wiggins, David Alan

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Alonzo, Lana
Bourgeois, Marc P.
Chetta, Rosary
Desmore, Judy and Barry
Hartenstein, Lorena
Everard, Elliott and Angelia
Holden, Dawn
Pierre, Renior and Sherry

**Gould, Cooksey, Fennell, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Lindsay, Horace and Donna
Morgan, Keith and Shirley

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bishop, Brian
Breckenridge, Russell
Fields, Lawrence
Gregory, Betty
Hatten, Gabriel
Hudson, Adam
Kelly, Jr., Jerry
Lopez, Christie
McNeil, Gabe
Noldge, Don
Somerhalder, Bob
Tracy, Ron

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Barisich, Frances, Joseph, George and Barisich
Sever, Ann Marie
Billy, William and Thadius
Campos, Carlos A.
Catalanotto, Mary Ann
Cheramie, Bertoul and Joan
Colomb, John and Sharon
Dier, Amanda and Derek Campo
Donofrio, Michael and Kristin
Elly, Ernest and Portia
Galatas, Lloyd E., Jr. and Sherrie R.
Houghton, Thomas
Huges, Mathew and Jan
Johnson, Jimmie S. (Sr.)

Jones, Alice and Jeannie
Lund, Daniel (III) and Elizabeth
Nguyen, Cathy Mai Thi
Nunez, Patricia
Peterson, John and Sydna
Pritchett Wale, Carla
Rogers, Michelle L.
Romain, Eric and Tracey
Ryckman, Rickey
Seelig, Samuel P.
Simon, Catherine
Vappie, Cathy Parker
Whitfield, Tydell Nealy

**Krupnick, Campbell, Malone,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Silverblatt, James and Cheryl

**Lambert & Nelson, PLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Back, Charles and Mary
Banner, Tammy
Blue, Johnny and Rachelle
Borne, Barry and Mary

Braselman, Holly
Carrol, Cindy
Chalmers, Ryan and Julie
Eide, Stale and Anne

218

Fineschi, Nicola and Connie
Gammage, Dr. Daniel
Grant, Marcus and Jevon
Haskin, Tracy
Kehoe, Molly
Legere, Michele

Ney, Connie and Terry
Pierce, Alton
Taylor, Noel
Voebel, Matt and Villaneuva, Lauren
Wessler, Robert and Barri
Wilfer, Roseanne

**Lemmon Law Firm, LLC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bartholomew, Bonnie
Craik, Diane
Schenck, Vickie and Gary

**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bentley, Lonette and Lowery, Kenneth
Bradley, Sr., Leon and Robin
Brewton, III, Sonia and I.D.
Burkhead, Samantha and John
Calloway, Frederic and Amanda
Daniels, Lula
Davis, Chris
Fluharty, Carson and Charlene
Gilman, James c/o Houck, Carolyn
Harvey, Jr., Ronald and Brandy
Holt, Herschel and Karen
Hughes, Amanda
Jones, Rosetta and Lucious
Kapalin, Daniel and Danielle
Kelson, Sherrie
Knowles, Timothy and Tosha
Lister, Mindy and Martin
Lundy, William and Gena
Lussier, Lynne
Miller, Sr., Ronald and Lisa

Morris, Robert
Nowling, Michael and Angel
Parker, Jr., William
Parker, Sr., William
Pate, Jeremy
Posey, Susan
Reber, Todd and Melissa
Risko, Mark and Beverly Ann
Salter, Kenneth and Cindy
Shehadi, Fred and Susan
Sims, Fred
Sims, Willie
Skipper, Phillip and Cheryl
Swan, Christina and Hardwick, Michael
Taylor, George and Anna
Watson, Jerry, Gordon, Karen and Charles
Weekley, William and Charlotte
Willey, Ryan and Danielle
Woodard, Benjamin and Deborah

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Arnold, Mike and Nicole
Ayers, Randy and Carrie
Bell, Marvaleen
Bell, Thomas
Bennett, Andrew
Boglin, Richard and Regina
Butler, Bernice
Cashion, William
Dalton, Inc.
Demarrais, William S.
Donmeyer, Scott and Kristin
Eltahawy, Sherif and Leoyn, Mikhail
Falls, Jameson
Foster, Van
Glasscox, Travis
Graham, Gerald and Terry
Hampton, Helen and Bingham, L.C.
Hatcher, Cecil and Lena
Hayes, Joseph and Selena
Headley, Danny and Cathy
Hodo, Mary and Simpson, Jesse and Melinda
Howell, Victor and Loumertistene

Hunt, Walter, II and Catherine
Johnson, Robert and Elizabeth
Ledford, Samuel
Lewis, Judith
Lewis, Leonard
Owens, Brenda
Patton, Kevin and Laura
Reed, Corey Ike and Angelynn
Reed, Randy
Reeves, Carrie
Robinson, Louis
Shepard, Austin
Tarver, Theodore and Cynthia
Thrower, Christopher
Torres-Barajas, Ramiro and Noel
Weaver, Mary
Weiss, Stephen and Buckwald, David and
Borowiec, Gary
Wiley, John
Williams, Deborah
Zelazny, Louis

**Colson, Hicks, Eidson, Colson Matthews, Martinez,**
**Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bereijo, Joseph
Brennan, Arlene
Busbee, Jr., Clarence and Sheri
Duboq De Vicente, Evelyn
Ferrer, Haydee
Godwin, Franklin and Veronia
Hueston, Deborah A.
Labell, Barry
Machado Bohorquez, Noe A.

Nunez, Alvaro
Nuss, Doug
Pelligra, Anna R.
Pereira Dos Ramos, Jose J.
Perez, Mike
Quattrocchi, William A. (Promenade)
Roy, Clifford
Villalobos, Angel and Maria De
Wites, Marc and Jennifer

**Martzell & Bickford**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Anderson, Clarence and Constance
Badon, Ive and Loraine
Berthaut, Colin and Dayne Gelpi
Blalock, Angeles
Callais, Gary and Michelle
Dillon, Ray and Selestin
Dowell, Darren and Kim
Dunn, Diane
Fisher, Donald and Nadja
Harding, Matthew and Kristin
Hotard, Christopher
Howerton, Jason and Marie
Johnson, Audrey Mae

Long, Kenneth
Lubrano, Raymond and Mary
Macomber, Shawn
Maggiore, Peter and Frankie
Marullo, Jude
Meyaski, Grenes
Mullet, Edwin and Debbie
Pennington, Dorothy
Samples, Deneen
Schubert, Alex and Beth
Walker, Alphonso and Nora
Wanger, Paul
Washington, Terry and Kathy

**McCallum, Hoaglund, Cook & Irby, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Austin, Jason and Tara
Bryant, Victor and Falana
Diffley, Matthew and Christa
Everette, Charles and Eugene, Dawn Newell
Grasso, William and Debra
Harris, Jessica and Brandon

**McIntosh, Sawran, Peltz & Cartaya, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Buck, David and Wendy
Palombi, Mark and Allison
Ucci, Walter

**Morgan & Morgan, P.A.**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Baker, Garry and Lynn
Chatmon, Lillian
Clark, James
Daley, Donnett
Distel, Matthew and Stephanie
Etienne, Frantz and Guirlaine
Feltner, Donna
Gallucci, Gary and Patricia

Garraffa, Ronald and Debra
Grout, John and Lynette
Jacques, Paul and Michelle
Johansson, Henrik and Jennifer
Kelso, Christopher
Mattox, Dread
McKinnon, Joseph and Christina
Meyers, Stuart and Lee

Oler, Danette and Raymond
Pineda, Samantha
Pinero, Juan and Rodriguez, Veronica
Pollman, Todd and Robyn

Salman, Samir and Julia
Sonnie, Eric and Andrea
Whelan, John and Robin
Williams, Jeffrey and Joan

### Parker Waichman Alonso, LLP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abel, Kenneth
Aguilar, Antonio and Jenice
Amaral, Antonio and Isabel
Astrin, Scott and Terri
Azor, Harry and Stephania
Barnes, Arlanda
Bartschat, Eric and Anne Marie
Browne, Jill and James
Collingwood, Sharon and Samue
DeKeyser, Lee and Phyllis
Durrance, Barry
Earley, Peter and Amanda
Ewald, Thomas and Christina
Foxwell, Craig and Linda
Frasiolas, Steve and Harriet
Gregory, Robert and Fern
Hartley, Charles and Janet
Hurley, April and Jonathan
Johnson, Edward and Gail
Jones, Kenneth
Kepler, LLC
Kim, Mai and Bui
Lau, Donald K Trustee
Lewis, Jayme C, Revocable Trust
Love, Nakisha Rockliff Christie
Maloy, Jack and Louise
Mancini, Richard

Marion, James
Meinke, Mark and Jennifer
Meister, David and Diane
Mizell, Jr. George
Mosley, Toni
Muradali, Fazeel
Nord, John
Notarpasquale, Agostina
Ojeda, Benjamin and Nancy
Organista Guzman, Maria Veronica
Patchan, Catherine
Peltier, Isaac and Brown Shanon
Pfeiffer, Marion
Portnoy, Sidney and Sandra
Robles, Amparo and Jose
Roth, Stephen and Leslie
Saltzman, Scott and Jordana
Scocco, Bart
Scott, Denise
Seddon, Robert
Semyon Lumar Trust
Tomac, Tom and Carrie
Turckes, George
Wardally, Arthur
Williams, Catina
Wilson, Reginald and Smith, Marsha

### Pittman, Dutton, Kirby & Hellums, PC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Patterson, Lee and Brandie
Whitten, Tim and Julie

**Podhurst Orseck, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Aleman, Axas and Salazar, Enrique
Reinstein, Michael
Somohano, Martha

**Reich & Binstock, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Arrington, Angela
Aubert, John and Pamela
Bart, Eugene and Cynthia
Bland, Elbert and Gloria
Chestnut, Thomas
Crandle, Angela
DeOliveira, Harry
Frazier, Debra
Galmiche, Stephen and Tiffany
Givens, Leroy and Rose
Rankins, Edward and Pamela
Urso, Christopher

**Saunders and Walker, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Wasson, Paul

**Seeger Weiss, LP,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Baxter, Mavis, Joseph V. and Lillian
Donohue, Francis J., Jr.
Macon, Jeremy
Mertlitz, Andy
Pinchinat, Myriam
Polk, Donna

**Taylor Martino Zarzaur, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Smith, Daniel L. and Nicole
St. Martin's Lion's Club and Don Richardson (Corporation)

223

**The Thornhill Law Firm,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Almeida Properties, L.L.C.

**Watts Hilliard, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased

**Willis & BuckleyAPC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Alveris, Lucille
Hadley, Stephnea
Latusek, Dean
McCallum, Leroy and Lona
McDougal, Scott
Mullet, Edwin A. and Debra